# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **ESCORT INC.,** | § | |
| **an Illinois Corporation,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 3:18-cv-00161-N** |
| | § | |
| **UNIDEN AMERICA CORPORATION,** | § | |
| **a Delaware Corporation,** | § | |
| *Defendant*. | § | |

## APPENDIX TO PLAINTIFF ESCORT INC.'S OPENING CLAIM CONSTRUCTION BRIEF

| **Document** | **Appendix Page No.** |
|---|---|
| U.S. Patent No. RE39,038 | APP. 001 |
| U.S. Patent No. RE40,653 | APP. 010 |
| U.S. Patent No. 7,576,679 | APP. 018 |
| *Fleming v. Escort*, Civ. Action No. 1:09-cv-00105-BLW (D. Idaho June 29, 2010), Document 56 | APP. 050 |
| U.S. Patent No. RE40,653 File History | APP. 057 |
| Uniden's Local Patent Rule 4-1(a) disclosures | APP. 064 |
| Ex Parte Reexamination Certification No. US RE39,038 C1 | APP. 069 |
| Ex Parte Reexamination Certification No. US RE40,653 C1 | APP. 071 |

Dated: November 16, 2018

Respectfully submitted,

/s/ Megan M. O'Laughlin
Megan M. O'Laughlin (TX24013263)
E-Mail: molaughlin@hitchcockevert.com
John T. Tower (TX24045362)
E-Mail: jtower@hitchcockevert.com
Kristen M. Zahnow (TX24102678)
E-Mail: kzahnow@hitchcockevert.com
HITCHCOCK EVERT LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: (214) 953-1111
Facsimile: (214) 953-1121

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On November 16, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and /or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Megan M. O'Laughlin
Megan M. O'Laughlin



US00RE39038E

(19) **United States**

(12) **Reissued Patent**
  Fleming, III

(10) Patent Number:     **US RE39,038 E**

(45) Date of Reissued Patent:    *Mar. 28, 2006

(54) **METHOD AND APPARATUS FOR ALERTING AN OPERATOR OF A MOTOR VEHICLE TO AN INCOMING RADAR SIGNAL**

(76) Inventor:  **Hoyt A. Fleming, III**, P.O. Box 140678, Boise, ID (US) 83703

( * ) Notice:  This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/352,679**

(22) Filed:  **Jan. 28, 2003**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.:  **6,204,798**
   Issued:  **Mar. 20, 2001**
   Appl. No.:  **09/292,089**
   Filed:  **Apr. 14, 1999**

(51) **Int. Cl.**
   **G01S 7/40**   (2006.01)

(52) **U.S. Cl.** ............................ **342/20**; 342/52; 342/89; 342/195; 342/357.06; 342/357.1; 342/357.17

(58) **Field of Classification Search** .................. 342/20, 342/26, 27, 52, 73, 83, 90, 91, 92, 93, 104, 342/105, 103, 115, 118, 159, 165, 175, 195, 342/357.01, 357.06, 357.1, 357.13, 357.17; 370/901–905, 933, 936, 988, 989, 991

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,660,844 A | * | 5/1972 | Potter | ............................ 342/20 |
| 4,313,216 A | * | 1/1982 | Jaeger et al. | |
| 4,750,215 A | * | 6/1988 | Biggs | ........................ 342/20 X |
| 4,949,088 A | * | 8/1990 | Ryan et al. | .................... 342/20 |
| 5,068,663 A | * | 11/1991 | Valentine et al. | ............. 342/20 |
| 5,250,951 A | * | 10/1993 | Valentine et al. | ............. 342/20 |
| 5,977,884 A | | 11/1999 | Ross | ............................ 340/936 |
| 6,118,403 A | | 9/2000 | Lang | |

OTHER PUBLICATIONS

Poteet, David C., *RadioSat*, <http://newcitymedia.com/radiosat/radiosat/radiosat/index.html>.*
Provisional U.S. Appl. No. 60/108,362, filed Nov. 13, 1988, which became U.S. Appl. No. 09/382,217, and then U.S. Pat. No. 6,118,403.

* cited by examiner

*Primary Examiner*—Bernarr E. Gregory

(57)     **ABSTRACT**

A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal. This radar detector includes a microprocessor; a circuit coupled to the microprocessor for detecting the incoming police radar signal; and a global positioning system receiver coupled to the microprocessor. Upon detection of an incoming radar signal, the radar detector can utilize the position, velocity, and/or heading data from the global positioning system receiver to determine whether to generate an alert.

**50 Claims, 2 Drawing Sheets**





**Fig. 1**



**Fig. 2**

Detect an incoming radar signal.

Determine at least one characteristic of the incoming radar signal.

Determine the position of the radar detector.

Generate an alert if the radar detector is not within a predetermined distance of a predetermined position and the at least one characteristic is not similar to a predetermined characteristic.

**Fig. 3**

Detect an incoming radar signal.

Determine the velocity of the radar detector.

Generate an alert if the velocity of the radar detector is greater than a predetermined velocity.

**Fig. 4**

APP. 003

**1**

# METHOD AND APPARATUS FOR ALERTING AN OPERATOR OF A MOTOR VEHICLE TO AN INCOMING RADAR SIGNAL

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

## 1. BACKGROUND

The present invention relates generally to police radar detectors used in motor vehicles and, more particularly, to police radar detectors that utilize a motor vehicle's position, velocity and/or heading to minimum false alarms.

Many operators of motor vehicles utilize radar detectors to alert them to the fact that their speed is being monitored by law enforcement agencies. However, conventional radar detectors often generate "false alarms." These false alarms are annoying to the operators of motor vehicles. In fact, various automotive publications publish results of "false alarm" tests. Thus, anything that can be accomplished by the manufacturer to reduce the number of false alarms without reducing detection of police radar is commercially valuable.

In addition to police radar signals, there are many different sources of microwave signals in the frequency bands allocated to police radar by the U.S. Federal Communications Commission (FCC). For example, motion-detecting burglar alarms and automatic door openers also operate in the frequency bands allocated to police radar. Thus, a need exists for a radar detector that can distinguish between signals generated by a police radar transmitter and those generated by other devices which utilize microwave signals within the same frequency bands.

Still another source of annoying false alarms occurs when an operator of a motor vehicle is travelling at a speed that is below the legal speed limit, such as occurs when the operator is in traffic, and the radar detector alerts him to an incoming radar signal. Even if a police radar signal is monitoring the speed of the operator's vehicle, because the velocity of the vehicle is below the legal speed limit, the operator of the vehicle may not need to be alerted to the presence of the police radar signal. Thus, a need exists for a radar detector that does not generate an alert if the velocity of the radar detector is below the legal speed limit.

Operators have become accustomed to radar detectors activating in certain locations along commonly traveled streets and highways. Police radar units may be deployed by the side of the roadway at these locations since the police also are aware of the local activation signals and the police are aware that the signals tend to mask their own speed monitoring radar units. Thus, a need exists for a radar detector that can avoid generating a false alarm due to such accustomed radar signals while still generating an alert for such police radar signals.

## 2. SUMMARY OF THE INVENTION

One embodiment is a radar detector for alerting an operator of a motor vehicle to an incoming police radar signal. This radar detector includes a microprocessor; a circuit coupled to the microprocessor for detecting the incoming police radar signal; and a global positioning system receiver coupled to the microprocessor. The radar detector also includes a program storage device containing instructions for determining whether to generate an alert to an incoming radar signal based upon the radar detector's position, velocity, and/or heading.

**2**

Another embodiment of the invention is a method of generating an alert to an incoming radar signal. This method includes first detecting the incoming radar signal. Next, the position of a radar detector is determined. Then, an alert is generated if the position of the radar detector is not within a predetermined distance of a predetermined position.

Still another embodiment of the invention is a second method of generating an alert to an incoming radar signal. This method includes first detecting the incoming radar signal. Next, the velocity of the radar detector is determined. Then, an alert is generated if the velocity of a radar detector is greater than a predetermined velocity.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a radar detector including one embodiment of the present invention.

FIG. **2** is a flow diagram of a method of operating a radar detector.

FIG. **3** is a flow diagram of another method of operating a radar detector.

FIG. **4** is a flow diagram of yet another method of operating a radar detector.

## 3. DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

### 3.1 Description of a First Embodiment

One embodiment of the novel radar detector is shown in FIG. **1**. The radar detector includes an antenna that is coupled to a detector circuit. The detector circuit, which may be controlled by the microprocessor of FIG. **1**, collects the signals from the antenna, detects the incoming signals, and distinguishes valid radar signals from electrical noise. The detector circuit may be any appropriate radar detector circuit capable of generating an output signal which indicates the strength, the presence, and/or the frequency of incoming radar signals. While the detector circuit may operate autonomously, operation and control of the detector circuit may be performed by the microprocessor. For example, the microprocessor may control the detector as is known in the art so that radar signals in the different frequency bands allocated to police radar signals are detected. Such detector circuits can take a wide variety of forms and can include amplifiers, mixers, duplexes, and other circuitry commonly used in the radar detector field. Several examples of such circuits are shown in U.S. Pat. Nos. 4,313,216, 5,068,663, and 5,250,951, which are incorporated herein by reference.

The output of the detector circuit is coupled to the input of one or more analog-to-digital converters. These converters convert the analog output of the detector circuit into digital signal that represent signal strength, signal presence, and/or signal frequency.

In addition to being coupled to the detector circuit and the analog-to-digital converter, the microprocessor is also coupled to an alert circuit. The alert circuit communicates information regarding detected radar signals to the operator of a motor vehicle using the radar detector by means of one or more alarm tones and/or visual indicators that are included within the alert circuit. Alert circuits are known by those skilled in the art. For example, see U.S. Pat. Nos. 4,313,216, 5,068,663, and 5,250,951, which are incorporated herein by reference.

The microprocessor, which may be any conventional single or multiple chip microprocessor or digital signal processor, is coupled to a program storage device. The program storage device may be any conventional memory device such as a PROM, EPROM, EEPROM, ROM,

US RE39,038 E

**3**

SRAM, or even battery backed up DRAM. The program storage device contains machine readable instructions that command the microprocessor to perform certain functions. For example, the program storage device may be conventionally programmed to sweep a predetermined number of radar frequency bands, determine the frequency and/or signal strength of any detected radar signals in the swept frequency bands, and, if the signal strength of the detected radar signals exceed a predetermined value, then generate a signal that activates the alert circuit. Such programming is known by those skilled in the art. For example, see U.S. Pat. Nos. 4,313,216, 5,068,663, and 5,250,951, which are incorporated herein by reference.

The microprocessor is also coupled to a positioning system such as a global positioning system ("GPS") receiver. As is well known, a GPS receiver receives signals from satellites and uses these signals to calculate the position of the GPS receiver. In addition, the GPS receiver may receive differential correction data and/or dead reckoning data, such as from a compass or a wheel sensor, to increase the accuracy of the receiver. By calculating the position of the GPS receiver at two different times, the velocity and heading of the GPS receiver can be easily determined using conventional algorithms. Thus, the GPS receiver can provide the microprocessor with data that includes the position, the velocity, and/or the heading of the radar detector.

The microprocessor may also be coupled to a user interface circuit (not shown). The user interface circuit may include a plurality of buttons that are intended to be depressed by an operator of a motor vehicle. Such buttons may include: a power button, a mute button, a city/highway button, and a dim button.

As will be discussed more fully below, the program storage device may also contain machine readable instructions that command the microprocessor to determine whether to generate an alert based upon data received from the GPS. Thus, upon detection of an incoming radar signal, the radar detector can utilize the position, velocity, and/or heading data from the global positioning system receiver to determine whether to generate an alert.

3.2 Description of a Second Embodiment

One method of operating the radar detector of FIG. **1** is shown in FIG. **2**. In this embodiment, the radar detector first detects an incoming radar signal. Next, the position of the radar detector is determined. Then, an alert is generated if the position of the radar detector is not within a predetermined distance of a predetermined position.

By utilizing the above method, many false alarms may be eliminated. For example, if the position of a microwave automatic door opener is programmed into the radar detector and the radar detector detects an incoming signal when the radar detector's position is near the automatic door opener, then it is likely that the source of the incoming radar signal is the automatic door opener and not a police radar. Thus, using the method of FIG. **2**, an alert would not be generated for the detector radar signal.

The programming of predetermined positions may be accomplished by depressing one or more buttons that are coupled to the interface circuit discussed above. Thus, if an operator of a motor vehicle approaches a microwave automatic door opener, then the operator can depress an "ignore radar" button. Then, the radar detector would store the position of the radar detector and possibly the frequency and the signal strength of the incoming radar signal in the program storage device of FIG. **1** or another memory device (not shown) coupled to or integrated within the microprocessor. An alternative method of storing such data would be

**4**

to hold down a "mute" button for an extended length of time such as 3 to 5 seconds. It is also possible to experimentally generate a database containing position, frequency and/or signal strength for a specific geographical region. This database could be provided to operators of motor vehicles for a fee. Accessing the Internet via a cellular phone (not shown) coupled to the microprocessor of FIG. **1** would be one method of providing the above database to operators of motor vehicles.

In still another embodiment, when the operator instructs the radar detector to store a position of a incoming radar signal, the radar detection could attempt to locate the approximate position of the source of the incoming radar signal. For example, if an operator instructs the radar detector to store a position of an incoming radar signal as the operator is still approaching the source of the incoming radar signal, the signal strength of the incoming radar signal will be increasing. The radar detector could locate a position that is very near the position of the source of the incoming radar signal by determining the position of the radar detector when the strength of the incoming signal is at a maximum. In addition, radar detectors such as described in U.S. Pat. No. 5,250,951, may utilize multiple radar antennas and signal processing logic to more accurately determine the position of the source of the incoming radar signal. For example, the position of the source of many incoming radar signals may be closely approximated by the position of a radar detector when the radar detector identifies that the radar source is to the side of the vehicle.

The predetermined distance may also be programmed by the operator of the motor vehicle. If the GPS receiver is receiving differential correction data or is receiving dead reckoning data, then the predetermined distance may be set to a smaller value because the position of the radar detector may be more precisely determined. In addition, if the strength of the incoming radar is strong, the predetermined distance could be set (manually or automatically) to a higher value because the radar detector will detect the incoming radar signal at a greater distance from the source. For example, if a radar detector in a vehicle detected a radar signal while the vehicle traveled a **1** mile distance, then the predetermined distance for that particular radar signal may be calculated by dividing the **1** mile distance in half. In order to compensate for non-symmetrical detection of the radar signal and inaccuracies of the positioning of the radar detector, an additional ¼ or ½ mile might be added to the above predetermined distance.

3.3 Description of a Third Embodiment

The simple method of operating a radar detector shown in FIG. **2** can be improved as shown in FIG. **3**. In this embodiment, the after the radar detects an incoming radar signal it determines a characteristic of the radar signal. For example, the radar detector may determine the frequency and/or the signal strength of the incoming radar signal. Next, the position of the radar detector is determined. Then, an alert is generated if the radar detector is not within a predetermined distance of a predetermined position and the characteristic is not similar to a predetermined characteristic.

By utilizing this method, many false alarms may be eliminated. For example, the location of a microwave automatic door opener and the frequency of the radar signal transmitted by the door opener are first programmed into a radar detector. Assume that a police radar is being transmitted near the location of the microwave automatic door opener. Because the police radar is near the automatic door opener, the method of FIG. **2** would not generate an alert.

US RE39,038 E

5

Thus, the operator of a motor-vehicle would not be properly alerted to the police radar. However as shown below, the method of FIG. 3 would generate an alert.

If the automatic door opener signal is processed first according to the method of FIG. 3, then the frequency of the automatic door opener signal would be determined. Next, the position of the radar detector would be determined. Because the radar detector is near the previously programmed position of the automatic door opener and the frequency of the incoming radar signal is equal to the previously programmed frequency of the automatic door opener, the radar detector would not generate an alert.

Next, the police radar signal would be processed. Thus, the frequency of the police radar signal would be determined. However, even though the location of the radar detector is near the previously programmed location of the automatic door opener, because the frequency of the police radar is not equal to the previously programmed frequency of the radar signal transmitted by the door opener, an alert would be generated. Thus, the operator of the motor vehicle would be properly alerted to the presence of the police radar signal.

Due to inaccuracies in algorithms and slight variations in frequencies due to physical phenomena such as temperature of radar transmitters, it may not be practical to determine if a frequency of an incoming signal is exactly equal to a previously programmed frequency. Thus, is often sufficient to determined if the frequency of an incoming radar signal is similar to a previously programmed frequency. For example, if two frequencies are within ½, 1, 2, 3, 4, or 5 MHz of each other, then they may be considered to be similar.

In one embodiment of the invention, 256 frequency bins are defined for each frequency band of the radar detector. Thus, this one embodiment of the invention, each of the following frequency bands would have 256 bins: X band (10.475–10.575 GHz); Ku band (13.400–13.500 GHz); K band (24.025–24.275 GHz); and Ka band (34.150–35.250 GHz). In this embodiment, frequencies are considered to be similar if they are in the same frequency band and are in the same bin. In still another embodiment, frequencies are considered to be similar if they are in the same frequency band and are in the same or adjacent bins. In these two embodiments, the exact frequency of the incoming radar signal need not be determined. Only the frequency band and the appropriate frequency bin number need be determined. If higher resolution is required, then the number of bins for one or more frequency bands can be increased. On the other hand, if only very low resolution is required, then if two frequencies are in the same frequency band, they may be considered to be similar.

3.4 Description of a Fourth Embodiment

FIG. 4 shows still another method of operating the radar detector of FIG. 1. In this embodiment, the radar signal is first detected. Then, the velocity of the radar detector is determined. Next, an alert is generated if the velocity of the radar detector is greater than a predetermined velocity.

This embodiment is particularly useful if the predetermined velocity is set to a value that is less than the minimum speed time. For example, if an operator of a motor vehicle programs the predetermined velocity to 65 miles per hour, which may be the speed limit on a particular highway, then the operation will not be alerted to a radar signal unless he is speeding. Thus, the operator will not be alerted to radar signals when he is traveling at a slow rate of speed such as when the operator is in traffic. The operator could also program the predetermined velocity to the minimum speed

6

limit that the operator is likely to encounter in a specific geographical region. For example, if the city in which the operator lives has some streets with a 25 miles per hour speed limit, then the operator could program the predetermined speed to 25 miles per hour. If the operator performed such programming, such as by decreasing one or more buttons that are coupled to the interface circuit, the operator could be spared some, but not all false alarms.

A more sophisticated embodiment would not require the user to manually program the speed limit. This embodiment would obtain the speed limit from a database that contains speed limits for particular roads in a geographical region. By comparing the location and/or the heading of a motor vehicle to the location and/or heading of a plurality of roads in the above database, the radar detector could determine the particular road upon which the vehicle is traveling. After such a determination, the speed limit for the particular road could be accessed from the database. Such algorithms are known by those skilled in the art. This database could be stored on the program storage device of FIG. 1 or could be stored on an external storage device such as a CD ROM or a hard disk drive. This database could also be provided to operators of motor vehicles for a fee.

3.5 Other Embodiments

In some cases, an operator of a motor vehicle may desire to be alerted to the presence of a radar signal even if the above methods would not "generate an alert." In such cases, a less intrusive alert such as a reduced volume tone, and/or a flashing LED could be generated. Thus, the phrase "generate an alert if" a condition occurs is intended to include generating a particular alert if the condition occurs. If another condition occurs, such as detection of an incoming radar signal while the radar detector is within a predetermined distance of a predetermined position as shown in FIG. 2, then another alert may be generated.

The above Description of the Preferred Embodiments includes words, such as "first," "then," and "next." These words indicate a sequence of acts. Many of the sequences can be modified within the scope of the invention. Thus, unless the results of a first act is required for a second act, then the language indicating a sequence should not be considered to be limitations to the invention.

Many of the above embodiments can be combined to produce a radar detector that generates very few false alarms. For example, the methods of FIG. 2 or FIG. 3 can be combined with the method of FIG. 4. Such combinations are intended to be within the scope of the invention.

I claim:

1. A method, executed by a device having a position, of generating an alert to an incoming radar signal having a frequency and a signal strength, the method comprising the acts of:

(a) detecting the incoming radar signal;

(b) determining the position of the device that detected the incoming radar signal; and

(c) generating an alert if the position of the device is not within a predetermined distance of a predetermined position.

2. The method of claim 1 wherein the act of detecting the incoming radar signal includes determining at least one characteristic of the radar signal.

3. The method of claim 2 wherein the act of determining at least one characteristic of the radar signal includes determining the frequency of the radar signal.

4. The method of claim 2 wherein the act of determining at least one characteristic of the radar signal includes determining a frequency bin number.

US RE39,038 E

7

**5**. The method of claim **2** wherein the act of determining at least one characteristic of the radar signal includes determining whether the incoming radar signal is in the X frequency band, the Ku frequency band, the K frequency band, or the Ka frequency band.

**6**. The method of claim **2** wherein the act of determining at least one characteristic of the radar signal includes determining the signal strength of the incoming radar signal.

**7**. The method of claim **2** wherein the act of generating an alert includes generating an alert if the at least one characteristic is not similar to a predetermined characteristic.

**8**. The method of claim **1** wherein the act of determining the position of the device includes receiving signals from a plurality of satellites.

**9**. The method of claim **1** wherein the act of determining the position of the device includes receiving a differential global positioning signal.

**10**. The method of claim **1** wherein the act of determining the position of the device includes receiving dead reckoning data.

**11**. A method, executed by a device having a *position and a* velocity, of generating an alert to an incoming radar signal having a frequency and a signal strength, the method comprising the acts of:

  (a) detecting the incoming radar signal;

  (b) determining the velocity of the device that detected the incoming radar signal; **[and]**

  (c) generating an alert if the velocity of the device is greater than a predetermined velocity*;*

  (*d*) *determining the position of the device that detected the incoming radar signal; and*

  (*e*) *comparing the position of the device that detected the incoming radar signal to a predetermined position.*

**12**. The method of claim **11** wherein the act of determining the velocity of the device includes receiving data from a plurality of satellites.

**13**. The method of claim **11** wherein the act of determining the velocity of the device includes receiving data from a plurality of global positioning satellites.

**14**. The method of claim **11** wherein the act of determining the velocity of the device includes receiving differential global positioning data.

**15**. The method of claim **11** wherein the act of determining the velocity of the device includes receiving dead reckoning data.

**16**. The method of claim **11** wherein the act of generating an alert if the velocity of the device is greater than a predetermined velocity includes generating an alert if the velocity of the device is greater than a velocity that has been previously programmed by an operator of a motor vehicle.

**17**. The method of claim **11** wherein the act of generating an alert if the velocity of the device is greater than a predetermined velocity includes generating an alert if the velocity of the device is greater than a legal speed limit that is retrieved from a database.

**18**. A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal comprising:

  (a) a microprocessor;

  (b) a circuit coupled to the microprocessor for detecting the incoming police radar signal; and

  (c) a global positioning system receiver coupled to the microprocessor and operable to provide the microprocessor with data *that indicates the position of the radar detector*.

**19**. **[**The radar detector of claim **18**, further including**]** *A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal comprising:*

  (*a*) *a microprocessor;*

  (*b*) *a circuit coupled to the microprocessor for detecting the incoming police radar signal;*

8

  (*c*) *a global positioning system receiver coupled to the microprocessor and operable to provide the microprocessor with data; and*

  (*d*)a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

    **[**(a)**]** (*i*)determining the position of a radar detector; and

    **[**(b)**]** (*ii*)generating an alert if the position of the radar detector is not within a predetermined distance of a predetermined position.

**20**. The radar detector of claim **19**, wherein the program storage device includes machine readable instructions for determining at least one characteristic of the radar signal.

**21**. The radar detector of claim **18**, further including a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  (a) determining the velocity of the device utilized to detect the incoming radar signal; and

  (b) generating an alert if the velocity of a radar detector is greater than a predetermined velocity.

*22. The method of claim 1, further comprising:*

  (*d*) *generating the alert if the device is within the predetermined distance of the predetermined position and if the signal strength of the incoming radar signal is greater than a predetermined radar signal strength.*

*23. The method of claim 1, further comprising:*

  (*d*) *generating the alert if the device is within the predetermined distance of the predetermined position and if the signal strength of the incoming radar signal is not within a predetermined frequency range of a predetermined radar frequency.*

*24. The method of claim 1, further comprising:*

  (*d*) *generating the alert if the device is within the predetermined distance of the predetermined position and if either the signal strength of the incoming radar signal is greater than a predetermined signal strength or if the frequency of the incoming radar signal is not within a predetermined frequency range of a predetermined radar frequency.*

*25. The method of claim 1, further comprising:*

  (*d*) *generating the alert if the position of the device is within the predetermined distance of the predetermined position.*

*26. The method of claim 1, further comprising:*

  (*d*) *storing the position of the device in a memory device.*

*27. The method of claim 1, further comprising:*

  (*d*) *storing the frequency of the incoming radar signal in a memory device.*

*28. The method of claim 1, further comprising:*

  (*d*) *storing the signal strength of the incoming signal in a memory device.*

*29. The radar detector of claim 18, wherein the global positioning system receiver is operable to provide the microprocessor with data that indicates the velocity of the radar detector.*

*30. The radar detector of claim 18, wherein the global positioning system receiver is operable to provide the microprocessor with data that indicates the heading of the radar detector.*

*31. The radar detector of claim 18, further comprising:*

  (*d*) *a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:*

    *i) storing the position of the radar detector.*

US RE39,038 E

**9**

32. The radar detector of claim 18, further comprising:

(d) a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  i) determining the position of a source of a radar signal; and

  ii) storing the position.

33. The radar detector of claim 18, further comprising:

(d) a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  i) determining the distance between the position of the radar detector and another position.

34. The radar detector of claim 18, further comprising:

(d) a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  i) determining the bearing between the position of the radar detector and another position.

35. The radar detector of claim 18, further comprising:

(d) a memory device that is coupled to the microprocessor, the memory device containing at least one position.

36. The radar detector of claim 18, further comprising:

(d) a memory device that is coupled to the microprocessor, the memory device containing at least one radar frequency.

37. The radar detector of claim 18, further comprising:

(d) a memory device that is coupled to the microprocessor, the memory device containing at least one radar signal strength.

38. The radar detector of claim 18, further comprising:

(d) a memory device that is coupled to the microprocessor, the memory device containing at least one position and at least one radar frequency.

39. The radar detector of claim 18, further comprising:

(d) a memory device that is coupled to the microprocessor, the memory device containing at least one position and at least one radar signal strength.

40. The radar detector of claim 18, further comprising:

(d) a memory device that is coupled to the microprocessor, the memory device containing at least one position, at least one radar frequency, and at least one radar signal strength.

41. The radar detector of claim 18, further comprising:

(d) a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  i) comparing the frequency of an incoming radar signal with a previously stored radar frequency.

**10**

42. The radar detector of claim 18, further comprising:

(d) a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  i) comparing the frequency of an incoming radar signal with a previously stored radar frequency; and

  ii) generating an alert based at least in part upon the result of the comparison.

43. The radar detector of claim 18, further comprising:

(d) a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  i) comparing the signal strength of an incoming radar signal with a previously stored radar signal strength.

44. The radar detector of claim 18, further comprising:

(d) a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

  i) comparing the signal strength of an incoming radar signal with a previously stored radar signal strength; and

  ii) generating an alert based at least in part upon the result of the comparison.

45. A radar detector for alerting an operator of a motor vehicle to an incoming radar signal comprising:

  (a) a circuit operable to detect an incoming radar signal; and

  (b) a microprocessor operable to disable an alert to the incoming radar signal based at least in part upon the position of the radar detector.

46. The radar detector of claim 45, wherein the microprocessor is operable to disable the alert based at least in part upon the velocity of the radar detector.

47. The radar detector of claim 45, wherein the microprocessor is operable to disable the alert based at least in part upon the frequency of the incoming radar signal.

48. The radar detector of claim 45, wherein the microprocessor is operable to enable the alert based at least in part upon the frequency of the incoming radar signal.

49. The radar detector of claim 45, wherein the microprocessor is operable to disable the alert based at least in part upon the signal strength of the incoming radar signal.

50. The radar detector of claim 45, wherein the microprocessor is operable to enable the alert based at least in part upon the signal strength of the incoming radar signal.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : RE 39,038 E       Page 1 of 1
APPLICATION NO. : 10/352679
DATED   : March 28, 2006
INVENTOR(S) : Hoyt A. Fleming, III

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Insert in the first line of the specification the following:

--Notice:  More than one reissue application has been filed for the reissue of patent

6,204,798.  The reissue applications are applications Nos. 11/196,841 and 10/352,679.

Reissue applicatin No. 11/196,841 is a continuation of reissue application No.

10/352,679.--

In Claim 23 (at column 8, line 31):
 Replace "signal strength" with --frequency--.

In Claim 25 (at column 8, line 43):
 Replace "the alert" with --a second alert--.

In Claim 28 (at column 8, line 53):
 Replace "incoming signal" with --incoming radar signal--.

Signed and Sealed this

Thirteenth Day of March, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*



US00RE40653E

(19) **United States**

(12) **Reissued Patent**

Fleming, III

(10) Patent Number:     **US RE40,653 E**

(45) Date of Reissued Patent:     *Mar. 10, 2009

(54) **RADAR DETECTOR FOR DETECTING POLICE RADAR THAT RECEIVES GPS DATA**

(76) Inventor:    **Hoyt A. Fleming, III**, 4134 W. Quail Ridge Dr., Boise, ID (US) 83703

( * ) Notice:    This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/196,841**

(22) Filed:     **Aug. 2, 2005**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.:     **6,204,798**
      Issued:      **Mar. 20, 2001**
      Appl. No.:     **09/292,089**
      Filed:      **Apr. 14, 1999**

U.S. Applications:
(63) Continuation of application No. 10/352,679, filed on Jan. 28, 2003, now Pat. No. Re. 39,038.

(51) **Int. Cl.**
      *G01S 7/40*       (2006.01)
      *G01S 13/00*      (2006.01)
(52) **U.S. Cl.** .............................. **342/20**; 342/52; 342/89; 342/195; 342/357.06; 342/357.1; 342/357.17
(58) **Field of Classification Search** ................... 342/20, 342/26 R–26 D, 27, 52, 83, 90–93, 104, 105, 342/109, 115, 118, 159, 165, 175, 195, 357.01, 342/357.06, 357.1, 357.13, 357.17, 146–158; 370/901–905, 933, 936, 988, 989, 991; 340/933–936
      See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,660,844 | A | * | 5/1972 | Potter | 342/20 |
| 4,313,216 | A | * | 1/1982 | Jaeger et al. | 342/20 |
| 4,750,215 | A | * | 6/1988 | Biggs | 342/20 |
| 4,906,999 | A | * | 3/1990 | Harrah et al. | 342/20 |
| 4,949,088 | A | * | 8/1990 | Ryan et al. | 342/20 |
| 5,068,663 | A | * | 11/1991 | Valentine et al. | 342/20 |
| 5,083,129 | A | * | 1/1992 | Valentine et al. | 342/20 |
| 5,151,701 | A | * | 9/1992 | Valentine et al. | 342/20 |
| 5,250,951 | A | * | 10/1993 | Valentine et al. | 342/20 |
| 5,977,884 | A | * | 11/1999 | Ross | 340/936 |
| 6,049,301 | A | * | 4/2000 | Weagant | 342/20 |
| 6,118,403 | A | * | 9/2000 | Lang | 342/20 |
| 6,252,544 | B1 | | 6/2001 | Hoffberg | 342/357.1 |
| 6,670,905 | B1 | | 12/2003 | Orr | |
| RE39,038 | E | * | 3/2006 | Fleming, III | 342/20 |

OTHER PUBLICATIONS

"Buyers Guide: Radar Detectors"; no author listed; no date given; copyright 2002–206; on the Internet at radarbusters.com.*
Dr. Tom J. Chalko, "High accuracy speed measurement using GPS (Global Positioning System)"; Scientific Engineering Research P/L; Mount Best, Victoria, Australia; no date listed; copyright in the year 2007.
Poteet, David C., "RadioSat"; on the Internet at newcitymedia.com; no date given; copyright 1995–1997; last modified Oct. 6, 1998.*
U.S. Appl. Ser. No. 60/108,362, filed Nov. 13, 1988, never published.*
U.S. Appl. Ser. No. 60/139,097 filed Jun. 1999 Steven K. Orr.
U.S. Appl. Ser. No. 60/145,394 filed Jul. 1999 Steven K. Orr.

* cited by examiner

*Primary Examiner*—Bernarr E Gregory

(57)            **ABSTRACT**

A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal. This radar detector includes a microprocessor; a circuit coupled to the microprocessor for detecting the incoming police radar signal; and a global positioning system receiver coupled to the microprocessor. Upon detection of an incoming radar signal, the radar detector can utilize the position, velocity, and/or heading data from the global positioning system receiver to determine whether to generate an alert.

**30 Claims, 2 Drawing Sheets**



**APP. 010**



## Fig. 1



## Fig. 2

APP. 011

Detect an incoming radar signal.

Determine at least one characteristic of the incoming radar signal.

Determine the position of the radar detector.

Generate an alert if the radar detector is not within a predetermined distance of a predetermined position and the at least one characteristic is not similar to a predetermined characteristic.

## *Fig. 3*

Detect an incoming radar signal.

Determine the velocity of the radar detector.

Generate an alert if the velocity of the radar detector is greater than a predetermined velocity.

## *Fig. 4*

US RE40,653 E

**1**

## RADAR DETECTOR FOR DETECTING POLICE RADAR THAT RECEIVES GPS DATA

Matter enclosed in heavy brackets **[ ]** appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

*This application is a continuation of U.S. patent application Ser. No. 10/352,679, filed on Jan. 28, 2003 now Reissued U.S. Pat. No. Re. 39,038, which is a Reissue of U.S. Pat. No. 6,204,798, which issued from U.S. patent application Ser. No. 09/292,089, filed on Apr. 14, 1999.*

### 1. BACKGROUND

The present invention relates generally to police radar detectors used in motor vehicles and, more particularly, to police radar detectors that utilize a motor vehicle's position, velocity and/or heading to minimize false alarms.

Many operators of motor vehicles utilize radar detectors to alert them to he fact that their speed is being monitored by law enforcement agencies. However, conventional radar detectors often generate "false alarms." These false alarms are annoying to the operators of motor vehicles. In fact, various automotive publications publish results of "false alarm" tests. Thus, anything that can be accomplished by the manufacturer to reduce the number of false alarms without reducing detection of police radar is commercially valuable.

In addition to police radar signals, there are many different sources of microwave signals in the frequency bands allocated to police radar by the U.S. Federal Communications Commission (FCC). For example, motion-detecting burglar alarms and automatic door openers also operate in the frequency band allocated to police radar. Thus, a need exists for a radar detector that can distinguish between signals generated by a police radar transmitter and those generated by other devices which utilize microwave signals within the same frequency bands.

Still another source of annoying false alarms occurs when an operator of a motor vehicle is travelling at a speed that is below the legal speed limit, such as occurs when the operator is in traffic, and the radar detector alerts him to an incoming radar signal. Even if a police radar signal is monitoring the speed of the operator's vehicle, because the velocity of the vehicle is below the legal speed limit, the operator of the vehicle may not need to be alerted to the presence of the police radar signal. Thus, a need exists for a radar detector that does not generate an alert if the velocity of the radar detector is below the legal speed limit.

Operators have become accustomed to radar detectors activating in certain locations along commonly traveled streets and highways. Police radar units may be deployed by the side of the roadway at these locations since the police also are aware of the local activation signals and the police are aware that the signals tend to mask their own speed monitoring radar units. Thus, a need exits for a radar detector that can avoid generating a false alarm due to such accustomed radar signals while still generating an alert for such police radar signals.

### 2. SUMMARY OF THE INVENTION

One embodiment is a radar detector for altering an operator of a motor vehicle to an incoming police radar signal. This radar detector includes a microprocessor; a circuit coupled to the microprocessor for detecting the incoming police radar signal; and a global positioning system receiver

**2**

coupled to the microprocessor. The radar detectors also includes a program storage device containing instructions for determining whether to generate an alert to an incoming radar signal based upon the radar detector's position, velocity and/or heading.

Another embodiment of the invention is a method of generating an alert to an incoming radar signal. This method includes first detecting the incoming radar signal. Next, the position of a radar detector is determined. Then, an alert is generated if the position of the radar detector is not within a predetermined distance of a predetermined position.

Still another embodiment of the invention is a second method of generating an alert to an incoming radar signal. This method includes first detecting the incoming radar signal. Next, the velocity of the radar detector is determined. Then, an alert is generated if the velocity of a radar detector is greater than a predetermined velocity.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a radar detector including one embodiment of the present invention.

FIG. **2** is a flow diagram of a method of operating a radar detector.

FIG. **3** is a flow diagram of another method of operating a radar detector.

FIG. **4** is a flow diagram of yet another method of operating a radar detector.

### 3. DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

3.1 Description of a First Embodiment

One embodiment of the novel radar detector is shown in FIG. **1**. The radar detector includes an antenna that is coupled to a detector circuit. The detector circuit, which may be controlled by the microprocessor of FIG. **1**, collects the signals from the antenna, detects the incoming signals, and distinguishes valid radar signals from electrical noise. The detector circuit may be any appropriate radar detector circuit capable of generating an output signal which indicates the strength, the presence, and/or the frequency of incoming radar signals. While the detector circuit may operate autonomously, operation and control of the detector circuit may be performed by the microprocessor. For example, the microprocessor may control the detector as is known in the art so that radar signals in the different frequency bands allocated to police radar signals are detected. Such detector circuits can take a wide variety of forms and can include amplifiers, mixers, diplexers, and other circuitry commonly used in the radar detector field. Several examples of such circuits are shown in U.S. Pat. Nos. 4,313,216, 5,068,663, and 5,250,951, which are incorporated herein by reference.

The output of the detector circuit is coupled to the input of one or more analog-to-digital converters. These converters convert the analog output of the detector circuit into digital signals that represent signal strength, signal presence, and/or signal frequency.

In addition to being coupled to the detector circuit and the analog-to-digital converter, the microprocessor is also coupled to an alert circuit. The alert circuit communicates information regarding detected radar signals to the operator of a motor vehicle using the radar detector by means of one or more alarm tones and/or visual indicators that are included within the alert circuit. Alert circuits are known by those skilled in the art. For example, see U.S. Pat. Nos. 4,313,216, 5,068,663, and 5,250,951, which are incorporated herein by reference.

US RE40,653 E

**3**

The microprocessor, which may be any conventional single or multiple chip microprocessor or digital signal processor, is coupled to a program storage device. The program storage device may be any conventional memory device such as a PROM, EPROM, EEPROM, ROM, SRAM or even battery backed up DRAM. The program storage device contains machine readable instructions that command the microprocessor to perform certain functions. For example, the program storage device may be conventionally programmed to sweep a predetermined number of radar frequency bands, determine the frequency and/or signal strength of any detected radar signals in the swept frequency bands, and, if the signal strength of the detected radar signals exceed a predetermined value, then generate a signal that activates the alert circuit. Such programming is known by those skilled in the art. For example, see U.S. Pat. Nos. 4,313,216, 5,068,663, and 5,250,951, which are incorporated herein by reference.

The microprocessor is also coupled to a positioning system such as a global positioning system ("GPS") receiver. As is well known, a GPS receiver receives signals from satellites and uses these signals to calculate the position of the GPS receiver. In addition, the GPS receiver may receive differential correction data and/or dead reckoning data, such as from a compass or a wheel sensor, to increase the accuracy of the receiver. By calculating the position of the GPS receiver at two different times, the velocity and heading of the GPS receiver can be easily determined using conventional algorithms. Thus, the GPS receiver can provide the microprocessor with data that indicates the position, the velocity, and/or the heading of the radar detector.

The microprocessor may also be coupled to a user interface circuit (not shown). The user interface circuit may include a plurality of buttons that are intended to be depressed by an operator of a motor vehicle. Such buttons may include: a power button, a mute button, a city/highway button, and a dim button.

As will be discussed more fully below, the program storage device may also contain machine readable instructions that command the microprocessor to determine whether to generate an alert based upon data received from the GPS. Thus, upon detection of an incoming radar signal, the radar detector can utilize the position, velocity, and/or heading data from the global positioning system receiver to determine whether to generate an alert.

3.2 Description of a Second Embodiment

One method of operating the radar detector of FIG. 1 is shown in FIG. 2. In this embodiment, the radar detector first detects an incoming radar signal. Next, the position of the radar detector is determined. Then, an alert is generated if the position of the radar detector is not within a predetermined distance of a predetermined position.

By utilizing the above method, many false alarms may be eliminated. For example, if the position of a microwave automatic door opener is programmed into the radar detector and the radar detector detects an incoming radar signal when the radar detector's position is near the automatic door opener, then it is likely that the source of the incoming radar signal is the automatic door opener and not a police radar. Thus, using the method of FIG. 2, an alert would not be generated for the detected radar signal.

The programming of predetermined positions may be accomplished by depressing one or more buttons that are coupled to the interface circuit discussed above. Thus, if an operator of a motor vehicle approaches a microwave automatic door opener, then the operator can depress an "ignore radar" button. Then, the radar detector would store the posi-

**4**

tion of the radar detector and possibly the frequency and the signal strength of the incoming radar signal in the program storage device of FIG. 1 or another memory device (not shown) coupled to or integrated within the microprocessor. An alternative method of storing such data would be to hold down a "mute" button for an extended length of time such as 3 to 5 seconds. It is also possible to experimentally generate a database containing position, frequency and/or signal strength for a specific geographical region. This database could be provided to operators of motor vehicles for a fee. Accessing the Internet via a cellular phone (not shown) coupled to the microprocessor of FIG. 1 would be one method of providing the above database to operators of motor vehicles.

In still another embodiment, when the operator instructs the radar detector to store a position of an incoming radar signal, the radar detector could attempt to locate the approximate position of the source of the incoming radar signal. For example, if an operator instructs the radar detector to store a position of an incoming radar signal as the operator is still approaching the source of the incoming radar signal, the signal strength of the incoming radar signal will be increasing. The radar detector could locate a position that is very near the position of the source of the incoming radar signal by determining the position of the radar detector when the strength of the incoming signal is at a maximum. In addition, radar detectors such as described in U.S. Pat. No. 5,250,951, may utilize multiple radar antennas and signal processing logic to more accurately determine the position of the source of the incoming radar signal. For example, the position of the source of many incoming radar signals may be closely approximated by the position of a radar detector when the radar detector identifies that the radar source is to the side of the vehicle.

The predetermined distance may also be programmed by the operator of the motor vehicle. If the GPS receiver is receiving differential correction data or is receiving dead reckoning data, then the predetermined distance may be set to a smaller value because the position of the radar detector may be more precisely determined. In addition, if the strength of the incoming radar is strong, the predetermined distance could be set (manually or automatically) to a higher value because the radar detector will detect the incoming radar signal at a greater distance from the source. For example, if a radar detector in a vehicle detected a radar signal while the vehicle traveled a 1 mile distance, then the predetermined distance for that particular radar signal may be calculated by dividing the 1 mile distance in half. In order to compensate for non-symmetrical detection of the radar signal ad inaccuracies of the positioning of the radar detector, an additional ¼ or ½ mile might be added to the above predetermined distance.

3.3 Description of a Third Embodiment

The simple method of operating a radar detector shown in FIG. 2 can be improved as shown in FIG. 3. In this embodiment, the after the radar detects an incoming radar signal it determines a characteristic of the radar signal. For example, the radar detector may determine the frequency and/or the signal strength of the incoming radar signal. Next, the position of the radar detector is determined. Then, an alert is generated if the radar detector is not within a predetermined distance of a predetermined position and the characteristic is not similar to a predetermined characteristic.

By utilizing this method, many false alarms may be eliminated. For example, the location of a microwave automatic door opener and the frequency of the radar signal transmitted by the door opener are first programmed into a radar detec-

US RE40,653 E

5

tor. Assume that a police radar is being transmitted near the location of the microwave automatic door opener. Because the police radar is near the automatic door opener, the method of FIG. **2** would not generate an alert. Thus, the operator of a motor vehicle would not be properly alerted to the police radar. However as shown below, the method of FIG. **3** would generate an alert.

If the automatic door opener signal is processed first according to the method of FIG. **3**, then the frequency of the automatic door opener signal would be determined. Next, the position of the radar detector would be determined. Because the radar detector is near the previously programmed position of the automatic door opener and the frequency of the incoming radar signal is equal to the previously programed frequency of the automatic door opener, the radar detector would not generate an alert.

Next, the police radar signal would be processed. Thus, the frequency of the police radar signal would be determined. However, even though the location of the radar detector is near the previously programmed location of the automatic door opener, because the frequency of the police radar is not equal to the previously programmed frequency of the radar signal transmitted by the door opener, an alert would be generated. Thus, the operator of the motor vehicle would be properly alerted to the presence of the police radar signal.

Due to inaccuracies in algorithms and slight variations in frequencies due to physical phenomena such as temperature of radar transmitters, it may not be practical to determine if a frequency of an incoming radar signal is exactly equal to a previously programmed frequency. Thus, is often sufficient to determine if the frequency of an incoming radar signal is similar to a previously programmed frequency. For example, if two frequencies are within $\frac{1}{2}$, 1, 2, 3, 4, or 5 MHz of each other, then they may be considered to be similar.

In one embodiment of the invention, 256 frequency bins are defined for each frequency band of the radar detector. Thus, this one embodiment of the invention, each of the following frequency bands would have 256 bins: X band (10.475–10.575 GHz); Ku band (13.400–13.500 GHz); K band (24.025–24.275 GHz); and Ka band (34.150–35.250 GHz). In this embodiment, frequencies are considered to be similar if they are in the same frequency band and are in the same bin. In still another embodiment, frequencies are considered to be similar if they are in the same frequency band and are in the same or adjacent bins. In these two embodiments, the exact frequency of the incoming radar signal need not be determined. Only the frequency band and the appropriate frequency bin number need be determined. If higher resolution is required, then the number of bins for one or more frequency bands can be increased. On the other hand, if only very low resolution is required, then if two frequencies are in the same frequency band, they may be considered to be similar.

3.4 Description of a Fourth Embodiment

FIG. **4** shows still another method of operating the radar detector of FIG. **1**. In this embodiment, the radar signal is first detected. Then, the velocity of the radar detector is determined. Next, an alert is generated if the velocity of the radar detector is greater than a predetermined velocity.

This embodiment is particularly useful if the predetermined velocity is set to a value that is less than the minimum speed limit. For example, if an operator of a motor vehicle programs the predetermined velocity to 65 miles per hour, which may be the speed limit on a particular highway, then the operator will not be alerted to a radar signal unless he is speeding. Thus, the operator will not be alerted to radar signals when he is traveling at a slow rate of speed such as when

6

the operator is in traffic. The operator could also program the predetermined velocity to the minimum speed limit that the operator is likely to encounter in a specific geographical region. For example, if the city in which the operator lives has some streets with a 25 miles per hour speed limit, then the operator could program the predetermined speed to 25 miles per hour. If the operator performed such programming, such as by depressing one or more buttons that are coupled to the interface circuit, the operator could be spared some, but not all false alarms.

A more sophisticated embodiment would not require the user to manually program the speed limit. This embodiment would obtain the speed limit from a database that contains speed limits for particular roads in a geographic region. By comparing the location and/or the heading of a motor vehicle to the location and/or heading of a plurality of roads in the above database, the radar detector could determine the particular road upon which the vehicle is traveling. After such a determination, the speed limit for the particular road could be accessed from the database. Such algorithms are known by those skilled in the art. This database could be stored on the program storage device of FIG. **1** or could be stored on an external storage device such as a CD ROM or a hard disk drive. This database could also be provided to operators of motor vehicles for a fee.

3.5 Other Embodiments

In some cases, an operator of a motor vehicle may desire to be alerted to the presence of a radar signal even if the above methods would not "generate an alert." In such cases, a less intrusive alert such as a reduced volume tone, and/or a flashing LED could be generated. Thus, the phrase "generate an alert if" a condition occurs is intended to include generating a particular alert if the condition occurs. If another condition occurs, such as detection of an incoming radar signal while the radar detector is within a predetermined distance of a predetermined position as shown in FIG. **2**, then another alert may be generated.

The above Description of the Preferred Embodiments includes words, such as "first," "then," and "next." These words indicate a sequence of acts. Many of the sequences can be modified within the scope of the invention. Thus, unless the result of a first act is required for a second act, then the language indicating a sequence should not be considered to be limitations to the invention.

Many of the above embodiments can be combined to produce a radar detector that generates very few false alarms. For example, the methods of FIG. **2** or FIG. **3** can be combined with the method of FIG. **4**. Such combinations are intended to be within the scope of the invention.

I claim:

**[1**. A method, executed by a device having a position, of generating an alert to an incoming radar signal having a frequency and a signal strength, the method comprising the acts of:

(a) detecting the incoming radar signal;

(b) determining the position of the device that detected the incoming radar signal; and

(c) generating an alert if the position of the device is not within a predetermined distance of a predetermined position.**]**

**[2**. The method of claim **1** wherein the act of detecting the incoming radar signal includes determining at least one characteristic of the radar signal.**]**

**[3**. The method of claim **2** wherein the act of determining at least one characteristic of the radar signal in includes determining the frequency of the radar signal.**]**

**[4**. The method of claim **2** wherein the act of determining at least one characteristic of the radar signal includes determining a frequency bin number.**]**

**APP. 015**

7

[5. The method of claim 2 wherein the act of determining at least one characteristic of the radar signal includes determining whether the incoming radar signal is in the X frequency band, the Ku frequency band, the K frequency band, or the Ka frequency band.]

[6. The method of claim 2 wherein the act of determining at least one characteristic of the radar signal includes determining the signal strength of the incoming radar signal.]

[7. The method of claim 2 wherein the act of generating an alert includes generating an alert if the at least one characteristic is not similar to a predetermined characteristic.]

[8. The method of claim 1 wherein the act of determining the position of the device includes receiving signals from a plurality of satellites.]

[9. The method of claim 1 wherein the act of determining the position of the device includes receiving a differential global positioning signal.]

[10. The method of claim 1 wherein the act of determining the position of the device includes receiving dead reckoning data.]

[11. A method, executed by a device having a velocity, of generating an alert to an incoming radar signal having a frequency and a signal strength, the method comprising the acts of:

(a) detecting the incoming radar signal;

(b) determining the velocity of the device that detected the incoming radar signal; and

(c) generating an alert if the velocity of the device is greater than a predetermined velocity.]

[12. The method of claim 11 wherein the act of determining the velocity of the device includes receiving data from a plurality of satellites.]

[13. The method of claim 11 wherein the act of determining the velocity of the device includes receiving data from a plurality of global positioning satellites.]

[14. The method of claim 11 wherein the act of determining the velocity of the device includes receiving differential global positioning data.]

[15. The method of claim 11 wherein the act of determining the velocity of the device includes receiving dead reckoning data.]

[16. The method of claim 11 wherein the act of generating an alert if the velocity of the device is greater than a predetermined velocity includes generating an alert if the velocity of the device is greater than a velocity that has been previously programmed by an operator of a motor vehicle.]

[17. The method of claim 11 wherein the act of generating an alert if the velocity of the device is greater than a predetermined velocity includes generating an alert if the velocity of the device is greater than a legal speed limit that is retrieved from a database.]

[18. A radar detector for altering an operator of a motor vehicle to an incoming police radar signal comprising:

(a) a microprocessor;

(b) a circuit coupled to the microprocessor for detecting the incoming police radar signal; and

(c) a global positioning system receiver coupled to the microprocessor and operable to provide the microprocessor with data.]

[19. The radar detector of claim 18, further including a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

(a) determining the position of a radar detector; and

(b) generating an alert if the position of the radar detector is not within a predetermined distance of a predetermined position.]

8

[20. The radar detector of claim 19, wherein the program storage device includes machine readable instructions for determining at least one characteristic of the radar signal.]

[21. The radar detector of claim 18, further including a program storage device that is coupled to the microprocessor, the program storage device containing machine readable instructions for:

(a) determining the velocity of the device utilized to detect the incoming radar signal; and

(b) generating an alert if the velocity of a radar detector is greater than a predetermined velocity.]

22. A method, executed by a radar detector for alerting an operator of a motor vehicle to an incoming police radar signal, the radar detector having a GPS receiver and a processor, the method comprising:

receiving data based at least in part upon the incoming police radar signal;

alerting the operator of the motor vehicle to the incoming police radar signal;

determining a first position of the radar detector;

determining a second position of the radar detector; and receiving data based at least in part upon the second position;

wherein the determining of the second position of the radar detector is performed by the radar detector's GPS receiver;

wherein the receiving the data based at least in part upon the second position and the receiving the data based at least in part upon the incoming police radar signal are both performed by the radar detector's processor.

23. The method of claim 22, further comprising determining the moving direction between the first position and the second position.

24. The method of claim 23, further comprising generating a visual indication based at least in part upon the moving direction.

25. The method of claim 22, wherein the radar detector includes a button, the method further comprising muting an audible alert based upon data received from the button.

26. The method of claim 25, wherein the radar detector includes non-volatile memory, the method further comprising storing data in the non-volatile memory based upon data received from the button.

27. The method of claim 25, wherein the radar detector includes non-volatile memory, the method further comprising storing the second position in the non-volatile memory based at least in part upon data received from the button.

28. The method of claim 25, wherein the radar detector includes non-volatile memory, the method further comprising storing the second position and the frequency of the incoming radar signal in the non-volatile memory based upon data received from the button.

29. The method of claim 25, wherein the radar detector includes non-volatile memory, the method further comprising storing the second position and data related to the frequency of the incoming radar signal in the non-volatile memory based upon data received from the button.

30. The method of claim 25, wherein the button is a mute button and the radar detector includes non-volatile memory, the method further comprising storing data in the non-volatile memory based upon data received from the mute button.

31. The method of claim 25, wherein the button is a mute button and the radar detector includes non-volatile memory, the method further comprising storing the second position in the non-volatile memory based upon data received from the mute button.

US RE40,653 E

**9**

32. The method of claim 25, wherein the button is a mute button and the radar detector includes non-volatile memory, the method further comprising storing the second position and the frequency of the incoming radar signal in the non-volatile memory based upon data received from the mute button.

33. The method of claim 25, wherein the button is a mute button and the radar detector includes non-volatile memory, the method further comprising storing the second position and data related to the frequency of the incoming radar signal in the non-volatile memory based upon data received from the mute button.

34. The method of claim 25, wherein the button is a mute button and the radar detector includes non-volatile memory, the method further comprising performing an act that is unrelated to muting an alert based upon data received from the mute button.

35. The method of claim 25, wherein the radar detector includes non-volatile memory, the method further comprising storing the second position in the non-volatile memory based upon first data received from the button and performing an act that is unrelated to storing a position in the non-volatile memory based upon second data received from the button.

36. The method of claim 22, wherein the radar detector has a velocity, the method further comprising generating an alert if the velocity of the radar detector is greater than a predetermined velocity.

37. The method of claim 22, wherein the radar detector has a velocity, the method further comprising muting an alert if the velocity of the radar detector is less than a predetermined velocity.

38. A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal, the radar detector comprising:

an alert circuit that alerts the operator of the motor vehicle to the incoming police radar signal;

a GPS receiver that determines a first position and a second position of the radar detector;

a processor, the processor receiving data based at least in part upon the second position, the processor also receiving data based at least in part upon the incoming police radar signal; and

a display that generates a visual indication based at least in part upon the second position of the radar detector.

39. The radar detector of claim 38, wherein the radar detector determines the moving direction between the first position and the second position.

40. The radar detector of claim 39, wherein the radar detector generates a visual indication based at least in part upon the moving direction.

41. The radar detector of claim 38, wherein the radar detector includes a button and the radar detector mutes an audible alert based upon data received from the button.

42. The radar detector of claim 38, wherein the radar detector includes a button and non-volatile memory and the radar detector stores data in the non-volatile memory based upon data received from the button.

**10**

43. The radar detector of claim 38, wherein the radar detector includes a button and non-volatile memory and the radar detector stores the second position and the frequency of the incoming radar signal in the non-volatile memory based upon data received from the button.

44. The radar detector of claim 38, wherein the radar detector includes a mute button and non-volatile memory and the radar detector stores data in the non-volatile memory based upon data received from the mute button.

45. The radar detector of claim 38, wherein the radar detector includes a mute button and non-volatile memory and the radar detector stores the second position in the non-volatile memory based upon data received from the mute button.

46. The radar detector of claim 38, wherein the radar detector includes a mute button and non-volatile memory and the radar detector stores at least two items in the non-volatile memory based upon data received from the mute button.

47. The radar detector of claim 38, wherein the radar detector includes a mute button and non-volatile memory and the radar detector performs an act that is unrelated to muting an alert based upon data received from the mute button.

48. The radar detector of claim 38, wherein the radar detector includes a button and non-volatile memory, and the radar detector stores data related to the second position in the non-volatile memory based upon first data received from the button and performing an act that is unrelated to storing a position in the non-volatile memory based upon second data received from the button.

49. The radar detector of claim 38, wherein the radar detector has a velocity and the radar detector generates an alert if the velocity of the radar detector is greater than a predetermined velocity.

50. The radar detector of claim 38, wherein the radar detector has a velocity and the radar detector mutes an alert if the velocity of the radar detector is less than a predetermined velocity.

51. A system, for use in an automobile, the system comprising:

a GPS receiver that outputs first data;

a plurality of antennas that receive radar signals;

signal processing logic coupled to the plurality of antennas, the signal processing logic using the received radar signals to determine positions of objects with respect to a side of the automobile;

a device, coupled to the GPS receiver and the signal processing logic, the device generating a first visual indication based at least in part upon the first data, the device generating a second visual indication based at least in part upon the positions of the objects with respect to the side of the automobile.

\*   \*   \*   \*   \*

US00RE40653C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (9520th)

# United States Patent

Fleming, III

(10) **Number:**           **US RE40,653 C1**

(45) **Certificate Issued:**      **Feb. 22, 2013**

(54) **RADAR DETECTOR FOR DETECTING POLICE RADAR THAT RECEIVES GPS DATA**

(76) Inventor: **Hoyt A. Fleming, III**, Boise, ID (US)

**Reexamination Request:**
No. 90/012,234, Apr. 3, 2012

**Reexamination Certificate for:**
Patent No.:       **Re. 40,653**
Issued:           **Mar. 10, 2009**
Appl. No.:        **11/196,841**
Filed:            **Aug. 2, 2005**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.:       **6,204,798**
Issued:           **Mar. 20, 2001**
Appl. No.:        **09/292,089**
Filed:            **Apr. 14, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 10/352,679, filed on Jan. 28, 2003, now Pat. No. Re. 39,038.

(51) **Int. Cl.**
*G01S 7/36*        (2006.01)
*G01S 7/42*        (2006.01)
*G01S 13/00*       (2006.01)
*G01S 19/48*       (2010.01)
*H04K 3/00*        (2006.01)

(52) **U.S. Cl.** ..................... **342/20**; 342/195; 342/357.31

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56)                 **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,234, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Robert Nasser

(57)                 **ABSTRACT**

A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal. This radar detector includes a microprocessor; a circuit coupled to the microprocessor for detecting the incoming police radar signal; and a global positioning system receiver coupled to the microprocessor. Upon detection of an incoming radar signal, the radar detector can utilize the position, velocity, and/or heading data from the global positioning system receiver to determine whether to generate an alert.



US RE40,653 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

**2**

The patentability of claims **22-26**, **30-33**, **38**, **41**, **42**, **45**, **46** and **48-50** is confirmed.

Claims **1-21** were previously cancelled.

Claims **27-29**, **34-37**, **39-40**, **43**, **44**, **47** and **51** were not reexamined.

\* \* \* \* \*



(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 7,576,679 B1**
Orr et al.　　　　　　　　　　　　　(45) **Date of Patent:**　　　**Aug. 18, 2009**

(54) **RADAR DETECTOR WITH POSITION AND VELOCITY SENSITIVE FUNCTIONS**

(75) Inventors: **Steven K. Orr**, Cincinnati, OH (US); **Robert Gregory Blair**, Cincinnati, OH (US); **John Kuhn**, Sharonville, OH (US); **Timothy A. Coomer**, West Chester, OH (US)

(73) Assignee: **Escort Inc.**, West Chester, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/620,443**

(22) Filed: **Jan. 5, 2007**

(51) **Int. Cl.**
　　　*G01S 7/40*　　　(2006.01)
　　　*H04B 17/00*　　　(2006.01)
　　　*G01S 13/00*　　　(2006.01)

(52) **U.S. Cl.** ............................. **342/20**; 342/13; 342/89; 342/104; 342/105; 342/115; 342/175; 342/195; 342/357.01; 342/357.06; 701/200; 701/207; 701/213

(58) **Field of Classification Search** ................... 342/13, 342/20, 89–93, 165, 173–175, 189–197, 342/357.01–357.17, 103, 104–116; 455/226.1; 340/425.5, 438, 439, 441, 557, 902, 903, 340/936, 988; 700/90; 701/97, 110, 119, 701/213–216, 200, 207; 324/175; 250/214 R, 250/214 B
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,492,952 A * 1/1985 Miller ......................... 340/439
4,539,642 A * 9/1985 Mizuno et al. ................. 701/97

| 4,581,769 | A | * | 4/1986 | Grimsley et al. | ......... | 455/226.1 |
|---|---|---|---|---|---|---|
| 4,631,542 | A | * | 12/1986 | Grimsley | ..................... | 342/20 |
| 4,876,527 | A | * | 10/1989 | Oka et al. | ................... | 340/441 |
| 4,954,828 | A | * | 9/1990 | Orr | ..................... | 342/20 |
| 4,986,385 | A | * | 1/1991 | Masaki | ........................ | 701/97 |
| 5,038,102 | A | * | 8/1991 | Glasheen | ................... | 324/175 |
| 5,049,885 | A | * | 9/1991 | Orr | ............................ | 342/20 |
| 5,058,698 | A | * | 10/1991 | Yoshida et al. | .............. | 701/110 |
| 5,079,553 | A | * | 1/1992 | Orr | ............................ | 342/20 |
| 5,127,487 | A | * | 7/1992 | Yamamoto et al. | ........... | 701/97 |

(Continued)

FOREIGN PATENT DOCUMENTS

JP　　　09-027096 A1 *　1/1997
WO　　WO97/08839 A2 *　3/1997

OTHER PUBLICATIONS

"UNIDEN GPSRD Owner's Manual"; no date listed; no author listed.*
"UNIDEN Setting Industry Standard with GPS RD"; no author listed; dated Jan. 8, but no year is listed (2002?).*

*Primary Examiner*—Bernarr E Gregory
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans LLP

(57)　　　　　**ABSTRACT**

A GPS enabled radar detector dynamically handles radar sources based upon previously stored geographically referenced information on such sources and data from the GPS receiver. The detector includes technology for determining the location of the detector, and comparing this location to the locations of known stationary sources, to improve the handling of such detections. The detector may ignore detections received in an area known to contain a stationary source, or may only ignore specific frequencies or may handle frequencies differently based upon historic trends of spurious police radar signals at each frequency. Notification of the driver will take on a variety of forms depending on the stored information, current operating modes, and vehicle speed.

**43 Claims, 11 Drawing Sheets**



**US 7,576,679 B1**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,134,406 A * | 7/1992 | Orr | 342/20 |
| 5,153,512 A * | 10/1992 | Glasheen | 324/175 |
| 5,164,729 A * | 11/1992 | Decker et al. | 342/20 |
| 5,177,685 A * | 1/1993 | Davis et al. | 340/988 |
| 5,206,500 A * | 4/1993 | Decker et al. | 340/557 |
| 5,250,951 A * | 10/1993 | Valentine et al. | 342/20 |
| 5,300,932 A * | 4/1994 | Valentine et al. | 342/20 |
| 5,305,007 A * | 4/1994 | Orr et al. | 342/20 |
| 5,347,120 A * | 9/1994 | Decker et al. | 250/214 B |
| 5,365,055 A * | 11/1994 | Decker et al. | 250/214 R |
| 5,400,034 A * | 3/1995 | Smith | 342/103 |
| 5,450,329 A * | 9/1995 | Tanner | 701/213 |
| 5,504,482 A * | 4/1996 | Schreder | 340/988 |
| 5,515,042 A * | 5/1996 | Nelson | 701/119 |
| 5,539,645 A * | 7/1996 | Mandhyan et al. | 701/119 |
| 5,559,508 A * | 9/1996 | Orr et al. | 340/902 |
| 5,668,554 A * | 9/1997 | Orr et al. | 342/20 |
| 5,815,092 A * | 9/1998 | Gregg et al. | 340/936 |
| 5,864,481 A * | 1/1999 | Gross et al. | 700/90 |
| 5,929,753 A * | 7/1999 | Montague | 340/425.5 |
| 5,955,973 A * | 9/1999 | Anderson | 340/988 |
| 5,977,884 A * | 11/1999 | Ross | 340/936 |
| 5,983,161 A * | 11/1999 | Lemelson et al. | 340/903 |
| 6,084,510 A * | 7/2000 | Lemelson et al. | 342/357.06 |
| 6,118,403 A * | 9/2000 | Lang | 342/357.09 |
| 6,201,493 B1 * | 3/2001 | Silverman | 342/20 |
| 6,204,798 B1 * | 3/2001 | Fleming, III | 342/20 |
| 6,252,544 B1 * | 6/2001 | Hoffberg | 342/357.1 |
| 6,384,776 B1 * | 5/2002 | Martin | 342/357.09 |
| 6,400,304 B1 * | 6/2002 | Chubbs, III | 342/20 |
| 6,614,385 B2 * | 9/2003 | Kuhn et al. | 340/438 |
| 6,670,905 B1 | 12/2003 | Orr | |
| RE39,038 E | 3/2006 | Fleming, III | |
| RE40,653 E | 3/2009 | Fleming, III | |

* cited by examiner



**FIG. 1**



**FIG. 2**



FIG. 3



FIG. 4

FIG. 5

| Longitude | Latitude | Heading | --------------Spectrum-------------- | | | | Date | Checksum |
| | | | X | K | Mark | Data | | |
| 3 bytes | 3 bytes | 1 byte | 10 bits | 20 bits | 1 bit | 1 bit | 2 bytes | 1 byte |

**Fig. 6**

APP. 024

# FIG. 6A



FIG. 6B



FIG. 6C

UPDATE - SIGNAL. 142
DELETE SIGNAL TRACKING LIST MEMBERS FURTHER THAN REMOVAL DISTANCE. 151
IS THERE A TRACKING LIST MEMBER CLOSER THAN CONSOLIDATION DISTANCE? 156
NO MATCH
MATCH
UPDATE EXISTING TRACKING LIST MEMBER. 166
CREATE NEW TRACKING LIST MEMBER FOR CURRENT LOCATION. 164
IN "TRAINING" OR "EVERYDAY ROUTE" MODE? 168
No
Yes
SELECT OR CREATE RECORD FOR CURRENT LOCATION. 169
ADD 1 TO UNWANTED SOURCE INCIDENCE COUNTER FOR EACH FREQUENCY BLOCK IDENTIFIED BY RECEIVER AS CONTAINING SIGNAL, PREVENTING OVERFLOW. 170
SUBTRACT 1 FROM UNWANTED SOURCE INCIDENCE COUNTER FOR EACH FREQUENCY BLOCK IDENTIFIED BY RECEIVER AS NOT CONTAINING SIGNAL, PREVENTING UNDERFLOW. 172
IN "LOCKOUT", "POLICE CONFIRMATION" OR "MINIMAL VISUAL" MODE? 174
No
Yes
SELECT SIGNAL TRACKING LIST MEMBERS WITHIN THE PROXIMITY FOR LOCKOUT. 176
CONSOLIDATE DATA FROM SELECTED SIGNAL TRACKING LIST MEMBERS INTO ANY EXISTING LOCKOUT RECORDS THAT ARE WITHIN THE CONSOLIDATION DISTANCE, OR CREATE NEW LOCKOUT RECORDS. 178
RETURN.



FIG. 6D



FIG. 6E

NO ACTIVITY 224
ENTER/EXIT "DATA OVERWRITE" MODE. 222
SELECT NON-GPS MODES FROM KEYPAD ACTIVITY. 114
CLEAR ALL GPS RELATED MODES: FREQUENCY, LOCATION AND MINIMAL VISUAL LOCKOUT MODES; ROUTE IDENTIFICATION MODE; POLICE CONFIRMATION MODE; TRAINING MODE; EVERYDAY ROUTE MODE. 262
ENTER/EXIT "EXPERT METER" MODE. 220
ENTER/EXIT NON-GPS "WARNING SUPPRESSION" MODE. 218
RETURN.
ENTER OR EXIT "FREQUENCY LOCKOUT", "LOCATION LOCKOUT", "MINIMAL VISUAL LOCKOUT" OR "DISPLAY SPEED" MODE. 210
ENTER/EXIT GPS "WARNING SUPPRESSION" MODE. 215
ENTER/EXIT "DISPLAY SPEED" MODE. 213
SELECT MODES FROM KEYPAD ACTIVITY. 110
ENTER/EXIT "TRAINING" MODE. 212
RETURN.
CLEAR LOCKOUTS. 214
COMPARE GRID COORDINATES TO ALL EXISTING DATABASE MEMBERS, SELECT MATCHING AND NEIGHBORING CELLS, AND CLEAR ALL LOCKOUT BITS IN SELECTED CELLS. 216
RETURN.
SET "ALWAYS WARN" BIT FOR CURRENT AND NEIGHBORING CELLS. 232
No
POLICE CONFIRMATION. 226
IN "SIGNAL TRACKING" MODE? 228
Yes
ENTER "POLICE CONFIRMATION" MODE. 230
RETURN.
CLEAR STORED ROUTE START INFORMATION. 254
No
END/CLEAR EVERYDAY ROUTE. 246
IN "ROUTE IDENTIFICATION" MODE? 248
Yes
DOES STORED HISTORY ENTRY STILL CONTAIN STORED ROUTE START? 250
Yes
COPY ALL CELLS ACCUMULATED IN HISTORY TO EVERYDAY ROUTE STORAGE, OVERWRITING OLDEST ROUTE IF NEEDED. 252
EXIT "ROUTE IDENTIFICATION" MODE. 253
RETURN.
No
BEGIN EVERYDAY ROUTE. 240
STORE CURRENT CELL AND HISTORY ENTRY LOCATION AS ROUTE START. 242
ENTER "ROUTE IDENTIFICATION" MODE. 244
RETURN.
CONFIRM TO CLEAR EVERYDAY ROUTE INFORMATION. 258
Yes
ERASE ANY EVERYDAY ROUTE INCLUDING CURRENT CELL. 260
RETURN.
No



FIG. 6F

GENERATE AUDIBLE/VISIBLE RESPONSE BASED UPON OPERATING MODE. 112
LOCATION LOCKOUT, MINIMAL VISUAL LOCKOUT OR ALWAYS WARN FLAG SET FOR CURRENT LOCATION? 270
Yes
No
LOCATION MATCH IN SIGNAL INFORMATION DATABASE (FIG. 3)? 272
"ALWAYS WARN" FLAG SET? 290
IF NOT IN "WARNING SUPPRESSION" MODE, GENERATE AUDIBLE AND VISUAL (NORMAL OR "EXPERT METER") RESPONSE FOR ALL FREQUENCIES IDENTIFIED BY RECEIVER. 288
SELECT FIRST FREQUENCY BLOCK IDENTIFIED BY RECEIVER. 274
"MINIMAL VISUAL" FLAG SET? 292
DOES SELECTED FREQUENCY BLOCK HAVE SOURCE INCIDENCE COUNTER GREATER THAN 'IGNORE' THRESHOLD? 276
GENERATE MINIMAL VISUAL RESPONSE FOR ALL FREQUENCIES IDENTIFIED BY RECEIVER. 294
RETURN.
DOES FREQUENCY BLOCK HAVE LOCKOUT BIT SET? 278
GENERATE VISUAL RESPONSE FOR ALL FREQUENCIES IDENTIFIED BY RECEIVER. 296
DOES SELECTED FREQUENCY BLOCK HAVE SOURCE INCIDENCE COUNTER GREATER THAN 'SILENT' THRESHOLD? 280
IF NOT IN "WARNING SUPPRESSION" MODE, GENERATE AUDIBLE AND VISUAL (NORMAL OR "EXPERT METER") RESPONSE FOR BAND INCLUDING SELECTED FREQUENCY BLOCK. 284
GENERATE VISUAL RESPONSE FOR BAND INCLUDING SELECTED FREQUENCY BLOCK. 282
MORE FREQUENCY BLOCKS? 285
SELECT NEXT FREQUENCY BLOCK. 286



**Fig. 7A**

| | GPS "Slow Speed Cancellation" | Signal Filter | City Gain |
|---|---|---|---|
| HWY | | | |
| AUTO | X | X | |
| City | X | | X |

**APP. 031**

FIG. 7B



**APP. 032**

US 7,576,679 B1

**1**

# RADAR DETECTOR WITH POSITION AND VELOCITY SENSITIVE FUNCTIONS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is related to U.S. Ser. No. 10/396,881, filed Mar. 25, 2004, which is a United States divisional application of U.S. Ser. No. 09/889,656, filed Jul. 19, 2001 (with the declaration under Section 371(c)(4) filed Mar. 15, 2002), now U.S. Pat. No. 6,670,905, which is a U.S. National Phase of PCT/US00/16410 filed Jun. 14, 2000, which is a continuation-in-part of both U.S. Provisional Patent Application Ser. No. 60/139,097, filed Jun. 14, 1999, and U.S. Provisional Patent Application Ser. No. 60/145,394, filed Jul. 23, 1999, all of which are hereby incorporated herein in their entirety.

## FIELD OF THE INVENTION

The present invention relates to radar detectors.

## BACKGROUND OF THE INVENTION

Radar detectors warn drivers of the use of police radar, and the potential for traffic citations if the driver exceeds the speed limit. The FCC has allocated several regions of the electromagnetic spectrum for police radar use. The bands used by police radar are generally known as the X, K and Ka bands. Each relates to a different part of the spectrum. The X and K bands are relatively narrow frequency ranges, whereas the Ka band is a relatively wide range of frequencies. By the early 1990's, police radar evolved to the point that it could operate almost anywhere in the 1600-megahertz wide Ka band. During that time radar detectors kept pace with models that included descriptive names like "Ultra Wide" and "Super Wide." More recently, police have begun to use laser (optical) systems for detecting speed. This technology was termed LIDAR for "Light Detection and Ranging."

Radar detectors typically comprise a microwave receiver and detection circuitry that is typically realized with a microprocessor or digital signal processor (DSP). Microwave receivers are generally capable of detecting microwave components in the X, K, and very broad Ka band. In various solutions, either a microprocessor or DSP is used to make decisions about the signal content from the microwave receiver. Systems including a digital signal processor have been shown to provide superior performance over solutions based on conventional microprocessors due to the DSP=s ability to find and distinguish signals that are buried in noise. Various methods of applying DSP=s were disclosed in U.S. Pat. Nos. 4,954,828, 5,079,553, 5,049,885, and 5,134,406, each of which is hereby incorporated by reference herein.

Police use of laser has also been countered with laser detectors, such as described in U.S. Pat. Nos. 5,206,500, 5,347,120 and 5,365,055, each of which is incorporated herein by reference. Products are now available that combined laser detection into a single product with a microwave receiver, to provide comprehensive protection.

The DSP or microprocessor in a modern radar detector is programmable. Accordingly, they can be instructed to manage all of the user interface features such as input switches, lights, sounds, as well as generate control and timing signals for the microwave receiver and/or laser detector. Early in the evolution of the radar detector, consumers sought products that offered a better way to manage the audible volume and duration of warning signals. Good examples of these solutions are found in U.S. Pat. Nos. 4,631,542, 5,164,729, 5,250,

**2**

951, and 5,300,932, each of which is hereby incorporated by reference, which provide methods for conditioning the response generated by the radar detector.

Methods for conditioning detector response are gaining importance, because there is an increasing number of signals present in the X, K, and Ka bands from products that are completely unrelated to police radar. These products share the same regions of the spectrum and are also licensed by the FCC. The growing number of such signals is rapidly undermining the credibility of radar detector performance. Radar detectors cannot tell the difference between emissions from many of these devices and true police radar systems. As a result, radar detectors are increasingly generating false alarms, effectively "crying wolf", reducing the significance of warnings from radar detectors.

One of the earliest and most prevalent unrelated Microwave sources is the automatic door system used in many commercial buildings such as supermarkets, malls, restaurants and shopping centers. The majority of these operate in the X-Band and produce signals virtually indistinguishable from conventional X-Band Police Radar. Other than the fact that door opening systems are vertically polarized, vs circular polarization for police radar, there is no distinction between the two that could be analyzed and used by a receiver design.

Until recently, virtually all of the door opening systems was designed to operate in the X-Band. As a result, radar detectors generally announced X-Band alerts far more often than K-Band. As these X-Band >polluters= grew in numbers, ultimately 99% of X-Band alerts were from irrelevant sources. X-Band alerts became meaningless. The only benefit that these sources offered the user was some assurance that the detector was actually capable of detecting radar. It also gave the user some intuition into the product=s detection range. To minimize the annoyance to users, most radar detector manufacturers added a filter-like behavior that was biased against X-Band sources. Many also added "Band priority" that was biased against X and in favor of bands that were less likely to contain irrelevant sources such as K, Ka, and Laser. If signals in both X and K Bands were detected, band prioritization would announce K, since it was more likely be a threat to the driver. In the last few years, K-Band door opening systems have also grown in number. This has reduced the significance of the K-Band warning and further undercut the overall benefit to the user of a radar detector.

Another unrelated microwave signal is generated by traffic management systems such as the ARTIMIS manufactured by TRW, used in Cincinnati, Ohio. ARTIMIS Stands for "Advanced Regional Traffic Interactive Management and Information System", and reports traffic flow information back to a central control center. Traffic congestion and other factors are analyzed by the control center. Control center employees use this information to formulate routing suggestions and other emergency information, which they transmit to a large distribution of overhead and roadside signs. In order to collect information on vehicle traffic, a roadside ARTIMIS station transmits an X-Band signal toward cars as they drive by. The ARTIMIS source, unlike the X-Band door opener systems, is distinguishable from police radar as it is not transmitted at a single fixed frequency. As a result, it is possible to differentiate police radar signals from sources such as ARTIMIS, and ignore ARTIMIS sources in newer detectors. Older detectors, however, do not incorporate this feature and could be obsolete in areas where ARTIMIS is in use.

Unrelated Microwave signals are also transmitted by a system called the RASHID VRSS. Rashid is an acronym for Radar Safety Brake Collision Warning System. This electronic device warns heavy trucks and ambulances of hazards

3

in their path. A small number of these RASHID VRSS units have been deployed. They are categorized as a member of the >non-stationary= set of unrelated sources. As in the ARTIMIS example, detection of RASHID can be prevented.

Perhaps the biggest source of non-stationary unrelated source is from other radar detectors. These are sometimes referred to as "polluting radar detectors", and present a serious threat to some detector products. An early example of this occurred in the mid 1980's when radar detectors using superhomodyne circuitry became popular. Such detectors leak energy in the X-Band and K-bands and appeared as police radar to other detectors. A solution to this problem is described in U.S. Pat. No. 4,581,769, which is hereby incorporated by reference in its entirety. A similar problem occurred in the early 1990's when the Ka band was widened. An unexpected result was that the wider Ka band then also detected harmonics of signals generated by local oscillators within many existing radar detectors. U.S. Pat. No. 5,305, 007, which is hereby incorporated by reference in its entirety, describes a method for ignoring these polluting detectors.

At this time, there are very few signal sources that can cause false laser detections in comparison to the substantial list of false microwave signals just described. However there are certain types of equipment that can cause the amplifiers and detection circuitry used in a laser detector to generate a "false" detect. In particular, certain locations near airports have been demonstrated to cause such problems for various laser detector products. As a result, selected airport environments are examples of stationary signals that produce false laser detections.

As can be appreciated from the foregoing example, as sources of unrelated signals continue to propagate, radar detectors must continually increase in sophistication to filter unrelated sources and accurately identify police radar. Each of these changes and enhancements has the potential effect of obsoleting existing detectors that do not include appropriate countermeasures. Furthermore, some sources, particularly stationary door opener sources, at this time cannot be filtered economically, and thus threaten the usefulness of even the most sophisticated modern radar detector.

During the 1980's, the functionality of radar detectors expanded into other classes of driver notification. A system was developed that required a special transmitter be placed on emergency vehicles, trains, and other driving hazards. The term >emergency radar= was coined, and a variety of products were introduced that could detect these transmitters. One such solution was disclosed in U.S. Pat. No. 5,559,508, which is hereby incorporated by reference herein in its entirety. Another system was later introduced offering a larger class of >hazard categories= called the SWS system. Both emergency radar and SWS involve the transmission of microwave signals in the >K= band. Such signals are considered to be a part of the group of signal types that are intended to be detected by radar detectors.

A drawback of these warning systems is that stationary transmitters of these signals send the same message to drivers constantly, and become a nuisance during daily commute. This is beneficial to >new= drivers receiving the message for the first time. However these messages become an annoyance to drivers who follow the same path to work everyday.

Thus, radar detector manufacturers are continually confronted with new problems to solve, due to the variety of different types of unrelated sources and their sheer numbers. The rate at which new or upgraded radar detector models are introduced continues to increase as manufacturers try to evolve their products to manage the growing number of unrelated sources. Meanwhile, the market for radar detectors is

4

shrinking because consumers are no longer interested in buying products that so quickly become obsolete.

## SUMMARY OF THE INVENTION

The present invention overcomes these difficulties by providing a method of operating a radar detector that aids in the management of unrelated sources, and permitting the detector to dynamically improve its handling of unrelated sources. As noted above, many non-stationary sources can be identified and ignored using existing technology. However, many stationary sources cannot, as yet be effectively filtered economically with existing technology. Accordingly, the invention provides a radar detector that includes technology for determining the location of the detector, and comparing this location to the locations of known stationary sources, to improve the handling of such detections.

In one embodiment, a radar detector may ignore detections received in an area known to contain a stationary source. In the specific embodiment described below, substantially more sophisticated processing is performed to determine whether and what actions to take in response to a detection.

The Global Positioning Satellite System (GPS) offers an electronic method for establishing current physical coordinates very accurately. In the detailed embodiment described below, a radar detector utilizes a GPS system to determine its current position. The detector also maintain a list of the coordinates of the known stationary source "offenders" in non-volatile memory. Each time a microwave or laser source is detected, it will compare its current coordinates to this list. Notification of the driver will take on a variety of forms depending on the setup configuration.

By adding GPS conditioning capabilities to a radar detector, the combination becomes a new product category that is capable of rejecting signals from any given location no matter what the nature of the microwave/laser signals might be from that location. This will have a dramatic effect on the usable life of the product and subsequent value to its owner.

The above and other objects and advantages of the present invention shall be made apparent from the accompanying drawings and the description thereof.

## BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and, together with a general description of the invention given above, and the detailed description of the embodiments given below, serve to explain the principles of the invention.

FIG. **1** is an illustration of a vehicle receiving radar signals from police radar and from a number of unrelated sources, and further receiving global positioning signals from a global positioning satellite;

FIG. **2** is an electrical block diagram of a radar detection circuit in accordance with principles of the present invention;

FIG. **3** is a illustration of a database structure used by the radar detection circuit of FIG. **2**, for storing information radar signals received or receivable from unrelated sources at a number of locations, as identified by cell coordinates;

FIG. **4** is an illustration of a database structure used for storing historic information on the locations of a vehicle carrying the radar detection circuit of FIG. **2**, as identified by cell coordinates;

FIG. **5** is an illustration of a database structure used for storing flags identifying various conditions at a number of locations, as identified by cell coordinates;

US 7,576,679 B1

5

FIG. **6** is an illustration of an alternate database structure for storing locations and flags relating to those locations;

FIG. **6**A is a flow chart of the operations of the CPU of the radar detector of FIG. **2**, carrying out principles of the present invention;

FIG. **6**B is a flow chart of operations of the CPU of FIG. **2** in processing GPS information when GPS signals are being received;

FIG. **6**C is a flow chart of operations of the CPU of FIG. **2** in updating stored information when a radar signal is being received;

FIG. **6**D is a flow chart of operations of the CPU of FIG. **2** in updating stored information when a radar signal is not being received;

FIG. **6**E is a flow chart of operations of the CPU of FIG. **2** in responding to keypad activity to change operative modes of the GPS enabled radar detector; and

FIG. **6**F is a flow chart of operations of the CPU of FIG. **2** in generating audible and visible responses based upon operating modes of the radar detector and the presence or absence of radar signals and stored information.

FIG. **7**A illustrates the active functions in the three threshold sensitivity modes (highway, auto, and city). The functions are Slow Speed Cancellation, H&K Band Signal Filter, and City Gain.

FIG. **7**B illustrates the relationship between the threshold and the speed of the vehicle, as used in the Slow Speed Cancellation function.

### DETAILED DESCRIPTION OF SPECIFIC EMBODIMENTS

To provide background for the present invention, a summary of GPS (Global Positioning System) technology will now be provided. GPS is a mature technology that provides a method for a GPS receiver to determine its relative location and velocity at any time. The (GPS) system is a worldwide constellation of 24 satellites and their ground stations. GPS receivers on earth use >line of sight= information from these satellites as reference points to calculate positions accurate to a matter of meters. Advanced forms of GPS actually enable measurements to within a centimeter. The Global Positioning System consists of three segments: a space segment of 24 orbiting satellites, a control segment that includes a control center and access to overseas command stations, and a user segment, consisting of GPS receivers and associated equipment. Over time GPS receivers have been miniaturized to just a few integrated circuits and have become very economical.

An unfortunate side effect of the GPS system is that it can be used by enemy forces, as GPS signals can be picked up by any receiver including both domestic and foreign. When the United States Department of Defense devised the GPS system they incorporated a feature that prevents high precision measurements unless the receiver is equipped with special military >keys.= This is accomplished with the intentional introduction of "noise" into the satellite's clock data which adds noise (or inaccuracy) into position calculations. The DOD sometimes also sends slightly erroneous orbital data to the satellites, which is transmitted back to receivers on the ground. This intentional degradation is referred to as "Selective Availability" or "SA" error. Military receivers use a decryption key to remove the SA errors. As a result of the SA error, there are two classes of GPS service, "Standard Positioning Service (SPS) and "Precise Positioning System" (PPS). These classes are realized by having GPS satellites transmit two different signals: the Precision or P-code and the Coarse Acquisition or C/A-code. The P-code is designed for

6

authorized military users and provides PPS service. To ensure that unauthorized users do not acquire the P-code, the DOD can engage an encryption segment on the P-code called anti-spoofing (AS). The C/A-code is designed for use by nonmilitary users and provides SPS service. The C/A-code is less accurate and easier to jam than the P-code. It is also easier to acquire, so military receivers first track the C/A-code and then transfer to the P-code. Selective availability is achieved by degrading the accuracy of the C/A-code.

The precision of SPS is stated as providing 100-meter horizontal and 156 meter vertical accuracy A95% of the time.@ PPS is only available for the U.S. and allied military, certain U.S. Government agencies, and selected civil users specifically approved by the U.S. Government. PPS provides 22 meters horizontal and 22.7 meters vertical accuracy 95% of the time.

Other than intentional errors inserted by the DOD, there are a variety of other error sources that vary with terrain and other factors. GPS satellite signals are blocked by most materials. GPS signals will not pass through buildings, metal, mountains, or trees. Leaves and jungle canopy can attenuate GPS signals so that they become unusable. In locations where at least four satellite signals with good geometry cannot be tracked with sufficient accuracy, GPS is unusable.

The "Differential GPS" system was developed in order to compensate for the inaccuracy of GPS readings. A high-performance GPS receiver (known as a reference station or beacon) is placed at a specific location; the information it receives is then compared to the receiver=s location and corrects the SA satellite signal errors. The error data is then formatted into a correction message and transmitted to GPS users on a specific frequency (300 kHz). A true or arbitrary set of coordinates is assigned to the position occupied by a reference GPS receiver. The difference between these and the coordinates received via GPS at the reference is a very close approximation to the SA error at nearby sites. This error is nearly identical to the error calculated by any nearby GPS receiver. The reference site is sometimes referred to as a 'beacon', as it constantly transmits these difference coordinates. A DPGS receiver is designed to receive both the GPS information and the beacon information. It generates a far more accurate estimate of its coordinates by applying the difference information to the GPS coordinates. The drawback to this is that the remote and reference receivers may not be using the same set of satellites in their computations. If this is the case, and the remote receiver incorporates the corrections, it may be accounting for satellite errors that are not included in its own measurement data. These corrections can make the differential solution worse than the uncorrected GPS position. To prevent this error, an improved form of differential GPS involves the derivation of the corrections to the actual measurements made at the reference receiver to each satellite. By receiving all of the corrections independently, the remote receiver can pick and choose which are appropriate to its own observations. This method of DGPS is most widely used. Typically, the DGPS correction signal loses approximately 1 m of accuracy for every 150 km of distance from the reference station.

The availability of Beacons for DGPS systems elevates the very threat that the SA error was intended to reduce. In the presence of such networks, potentially hostile weapons systems using DGPS could be developed relatively rapidly. For this reason and others, the SA error has diminished in military significance. The White House has Directed that the S/A error be "Set to Zero" by the year 2006.

In the United States, the US Coast Guard (USCG) and Army Corps of Engineers (ACE) have constructed a network

7

of Beacon stations that service the majority of the eastern United States, the entire length of both coastlines, and the Great Lakes. Further plans exist to increase the density of this network to provide dual redundant coverage throughout the continental US by the end of the year 2000 for a variety of applications including intelligent transportation system, infrastructure management, and public safety.

The Canadian Coast Guard (CCG) provides coverage in Canada for the St. Lawrence River, throughout the Great Lakes, and both coastlines. In total, there are over 160 stations operational worldwide with over 140 sites proposed to come online within the next two years. Coverage currently exists in many other regions of the world including Europe, Asia, Australia, Africa, and South America.

The beacons perform the differential calculation and broadcast this information by modulating the data onto a 300 kHz signal transmitted by the established network of Radiobeacons. The advantages of using the Beacon DGPS network include: (1) Free access to differential correction information; (2) Long range signal which penetrates into valleys, and travels around obstacles; (3) High quality differential corrections which are continuously monitored for integrity; and (4) Inexpensive user equipment.

The range of the 300 kHz signal is dependent upon a number of factors which include transmission power and conductivity of the surface over which the transmission is propagating. The Beacons within the global network broadcast at varying power. Typical broadcasting ranges for radiobeacons vary from as little as 35 nautical miles to as much as 300 nautical miles. Signals broadcast by DGPS radiobeacons are integrity monitored by remote stations for quality of beacon transmission, differential corrections, and GPS positional information. In addition, government agencies concerned with public safety have that it their mandate to ensure that beacon DGPS services are available 24 hours a day, 365 days a year. Performance requirements for marine applications dictate that an availability of 99% or greater is required if a particular system is to be used as a sole means of navigation. The US Coast Guard and Army Corps of Engineers Beacon Network, for example, offer this high level of availability free of charge to all civilian users.

There are other navigation systems in place, in addition to GPS, that merit review. LORAN-C is a ground-based radio navigation system. It operates on a frequency band of 90 kHz to 110 kHz (LF). It has an approximate range of hundreds to thousands of miles, and an accuracy of 0.25 nautical miles repeatable to 18-90 meters, with 95% confidence. Loran-C is a pulsed hyperbolic system that provides 0.25 nm predictable accuracy, 18-90 m repeatable accuracy, 95% confidence and 99.7% availability. Loran-C provides coverage for the continental U.S. and its coastal waters, the Great Lakes, and most of Alaska. Many other countries are also involved in the providing of Loran-C (or Loran-like) services, or are in negotiations with their neighbors to expand coverage. These countries include India, Norway, France, Ireland, Germany, Spain, Italy, Russia, China, Japan, the Philippines and others.

Omega is a low frequency band system with accuracy of 2 to 4 nautical miles with 95% confidence level. Developed by the United States, it is operated in conjunction with six other nations. OMEGA is a very low frequency, phase comparison, worldwide radio navigation system

TACAN operates in the U.S. in a frequency band of 960 MHz-1215 MHz (UHF). It has a range of approximately 200 miles at high altitudes. TACAN is primarily used by U.S. and other military aircraft. TACAN radio stations are often co-located with civilian VOR systems allowing military aircraft

8

to operate in civil airspace. The system provides the pilot with relative bearing and distance to the radio beacon.

VOR operates in a frequency band of 108.0 MHz-117.95 MHz (VHF). It has an approximate range of 250 miles, but accuracy as poor as 20 miles. VOR is a beacon-based navigation system operated in the U.S. by the Federal Aviation Administration (FAA) for civil aircraft navigation. When used by itself, the system allows users to determine their azimuth from the VOR station without using any directional equipment. VOR stations are radio beacons that transmit two signals. The first, called the reference signal, is transmitted with constant phase all around the transmitter. The second signal is phase shifted from the first depending on the compass direction of the user from the station. A simple, inexpensive receiver in the aircraft is used to determine the received phase difference of the two signals, and from that information the direction of the aircraft from the transmitter. By using two VOR stations, a specific location may be determined.

Of all the navigation systems mentioned, GPS offers better service, more accuracy, and more serviceable regions than any other approach. There are various classes of GPS service that improve accuracy at higher costs. These include the following categories: (1) Low-cost, single receiver SPS projects (100 meter accuracy); (2) Medium-cost, differential SPS code Positioning (1-10 meter accuracy); (3) High-cost, single receiver PPS projects (20 meter accuracy); (4) High-cost, differential carrier phase surveys (1 mm to 1 cm accuracy); and (5) High-cost, Real-Time-Kinematic (1 cm) with real time accuracy indications.

Referring now to FIG. **1**, a vehicle **10** is illustrated in operation on a roadway, under exposure to radio frequency signals from a variety of sources. These include the GPS satellite system, LORAN or OMEGA radio towers, non-police sources of interference such as restaurant **16**, and police radar signals from a radar gun **18**. In accordance with principles of the present invention, vehicle **10** is equipped with a radar detector able to identify the present coordinates and/or velocity of the vehicle, e.g. using an associated GPS receiver or alternatively a receiver of land-based signals such as LORAN. The radar detector is able to use this information to enhance its decision-making abilities.

Referring now to FIG. **2**, the radar detector **20** in accordance with principles of the present invention includes a fusion processor **22** for controlling all functions of the unit. Fusion processor receives information on radar signals from a conventional microwave receiver **24**, coupled to processor **22** via a digital signal processor (DSP) **26**. Microwave receiver **24** and DSP **26** may utilize any of the techniques described above and in the above-referenced patents, for rejecting noise and increasing discrimination between actual and spurious police radar signals. Further, receiver **24** and DSP **26** may be controlled by an optional second CPU **25**, which can enable additional signal evaluation beyond that which is possible using a DSP.

Processor **22** is further connected to a laser detector **28** for detecting police LIDAR signals. Processor **22** is further connected to a GPS receiver **32** and a separate differential GPS (DGPS) receiver **30**, such that differential GPS methodologies may be used where beacon signals are available. Since the radar detector application described in this patent is not a candidate for military class service, it is not able to access the more accurate PPS. However it is considered a "civil user" and can use the SPS without restriction.

Processor **22** executes a stored program, found in an electrically erasable programmable read only memory (EE-PROM) **34**, flash memory, or masked read only memory (ROM). The processor is programmed to manage and report

US 7,576,679 B1

**9**

detected signals in various ways depending on its stored program. This programming includes functions for "detector response conditioning," as elaborated below, e.g., with reference to FIGS. **6**A through **6**D.

The radar detector further incorporates a user input keypad or switches **36**. Operational commands are conveyed by the user to processor **22** via the keypad. Processor **22** is further connected to a display **38**, which may comprise one or more light emitting diodes for indicating various status conditions, or in a more feature-rich device, may include an alphanumeric or graphical display for providing detailed information to a user. A speaker **40** is also provided to enable processor **22** to deliver audible feedback to a user under various alert conditions, as is elaborated below.

Processor **22** may further include an interface **44**, such as an OBD II compliant interface, for connection to vehicle electronic systems **42** that are built into the vehicle **10**. Modern vehicles are being equipped with standardized information systems using the so-called OBD II standard interface. This standard interface is described in an article entitled OBD II Diagnostics, by Larry Carley, from Import Car, January 1997, which is hereby incorporated herein by reference. Processor **22**, using the OBD II standard interface **44**, can obtain vehicle speed and other vehicle status information directly from the vehicle, and then may use this information appropriately as described in more detail below.

Processor **22** is further coupled to a Universal Serial Bus (USB) interface **46** (which may be of the series "mini-B" variety) that provides a means for uploading and downloading information to and from processor **22**. It should be noted that there are three types of USB connection, Series "A", "B", and "mini-B". The series "mini-B" receptacle has the dimensions 6.9 mm by 3.1 mm, whereas series "A" has the dimensions 12.5 mm by 5.12 mm. The standard USB is of the series "A" variety. In one embodiment the present invention contemplates the use of the series "mini-B" receptacle. The "mini-B" would utilize less space on the detector than the standard series "A" USB. USB interface **46** may be used to automate the assimilation of coordinate information into data structures in EEPROM **34**, as described below with reference to FIGS. **3** through **6**. USB interface **46** may also be used to interface the detector to a separate host computer or product application containing a larger storage capacity than available from internal memory. Remote storage devices may include any form of dynamically allocatable storage device (DASD) such as a hard disk drive, removable or fixed magnetic, optical or magneto-optical disk drive, or removable or fixed memory card, or any device including a dynamic directory structure or table of contents included in the storage format to permit dynamic storage allocation. The host computer or other connected device need not be visible to the driver and may be in any convenient location, such as under the vehicle dash. USB interface **46** may also be used for the purposes of firmware upgrade. From time to time updates and bug fixes may become available, e.g. through a manufacturer website. USB interface **46** will enable the user to apply the appropriate firmware upgrade or bug fix, whereas in a prior embodiment the manufacturer would have conducted such an upgrade. USB interface **46** could also be used to add other user waypoints. The Internet provides a convenient means for storing and accessing repositories of information. Web sites may be established and devoted to this task, and provide several convenient types of training information. One could be a training file containing the coordinate information from the online "Speed Trap Registry" at the Internet site www.speedtrap. com. This information would be usable to set "always warn" bits at the locales of known speed traps. A second type of

**10**

training information would be training files submitted by individuals for use in particular areas, and the third type of information would be aggregate training files created by integrating individually-submitted information into single files organized by region. Aggregate training files would be managed and updated by the web site administrator.

Coordinate information can be stored, e.g., on a hard drive organized with an indexed database structure to facilitate rapid retrieval, and the hard drive may include a special purpose processor to facilitate rapid retrieval of this information.

Where a general purpose host computer is connected via the USB interface, it will likely be based on a higher scale CPU chip and thus be able to efficiently carry out complex coordinate comparison tasks such as are described below, and such tasks may be delegated to the host CPU rather than carried out in fusion processor **22**. The host CPU can also anticipate the need for information about particular coordinates based upon vehicle movements, and respond by retrieving records within proximity of the current location for ready delivery to fusion processor **22**. The host computer can also provide navigational functions to the driver, potentially using stored signal information and flag bits to provide the user with location-specific information about driving hazards and potential police stakeout locations.

In a related embodiment, a multithreading processor **22** may be programmed to allow rapid continuous processing of the record database using two parallel threads. A slower background process is devoted to identifying records in the database that are nearest to the current position, and placing the nearest records, e.g., 25 such records, into an operating cache of the fusion processor. A higher speed foreground process may then repetitively and rapidly compares these 25 cached records to the current position. The foreground process may thereby provide decision-making upon a received signal within a 50 mS response time, as is required to acceptably condition any signal detected by the radar receiver in accordance with previously stored records. It will be noted that this approach permits records to be randomly allocated within the database in memory, simplifying the management of the flash memory.

Signal information may also be downloaded from various hosts, for example, a connection may be established directly via the USB interface to an Internet site carrying signal information, as is now done in a text form at the Internet site www.speedtrap.com. An indirect Internet connection may also be established via a host computer. Furthermore, connections may be established between two receivers, e.g. a trained receiver having extensive signal information, and a receiver having less extensive information, to transfer signal information between the receivers so that either or both has a more complete set of signal information.

Generally speaking, processor **22** compares the radar detector=s immediate coordinates with a stored list of the coordinates of unwanted stationary sources. If the radar detector receives a microwave/laser signal within a certain distance of one of these pre-designated sources, processor **22** applies additional constraints to the detection criterion before alerting the user. Since stationary radar sources make up the bulk of the unwanted sources, there is a significant benefit resulting from these functions. Further details on these operations are provided below with reference to FIGS. **6**A through **6**D.

Fusion processor **22** is programmed for efficient handling of repetitive tasks. One of the most highly repetitive calculations in the implementation described below, is the measurement of distance. Distance is defined as the square root of the sum of squares of Delta Latitude (Y) and Delta Longitude (x)

**APP. 037**

US 7,576,679 B1

**11**

between current position and the position looked up in any given record. To speed this calculation, an approximation may be used to reduce the number of computations. Specifically, the magnitude approximation may be defined as one half of the absolute value of the larger Delta plus the absolute value of the smaller Delta.

Since GPS coordinates are on a sphere, the Latitude (Y) values are linear with respect to actual distance, however Longitude (X) values are not. When the magnitude function calculates distance between two points, it compensates for the Longitude error by scaling the Longitude's "Delta X" value by a "LongitudeFactor." Within a given region of the planet, the LongitudeFactor does not change much and is calculated at power-up and then much less frequently thereafter. The LongitudeFactor is chosen so that the high 16 bits of a $u16 \times u16$ multiply will contain the scaled Longitude.

FIG. 3 illustrates one embodiment of data structures **50** stored in EEPROM **34** and used for managing information utilized in accordance with principles of the present invention. As seen in FIG. 3, these data structures include a plurality of main entries **52**, each including a field **54** for a coordinate, a field **56** for identifying the date and time data was collected, and three fields **58**, **60** and **62** providing information on the source.

Field **54** provides the coordinate. As will be elaborated below, coordinates provided by GPS receiver **32** are reduced in resolution to arrive at a "cell" coordinate, which indicates that the current location of the receiver, which can be within a relatively large (e.g., ⅛ or ¼ mile square) block of space on the Earth's surface. This approach reduces the storage requirements for information stored by the radar detector to a manageable level. The sizes of the cells can be variably adjusted based upon the available memory and the desired precision. In the present example, 128 bits are allocated to storing cell coordinates, so the cell coordinates can only have as much precision as can be provided in 128 bits a cell, e.g., by discarding the least significant bits of the coordinates. In other applications, different bit sizes and resolutions could be utilized. It will also be noted that the storage requirements can be reduced by designing the receiver for operation only in a specified part of the Earth, e.g., only in Europe, Japan or North America. By so doing, part of the coordinates for a cell will not need to be stored because they will be the same for all stored cells. In such an embodiment, whenever the coordinates provided by the GPS receiver fall outside of the pre-established region, the receiver will either disable all storage of information (if approved via operational input from the user), or establish a new region of interest and discard all data from previously identified regions. Alternatively, the operator may set the device in either a "precision" (high coordinate resolution) or "wide area" (low coordinate resolution) mode, based upon the driving habits of the driver. In "wide area" mode, the reduced resolution used for each cell coordinate permits a greater number of coordinates to be stored, albeit with reduced precision as to each coordinate. Rural drivers and others that often follow common paths, would be best suited to "precision" mode, whereas urban drivers would be better suited to "wide area" mode. As a further alternative, the detector may automatically select a mode based upon the memory consumption or the time lapse before the memory of the detector becomes full; if the memory fills rapidly, the unit would automatically switch to a "wide area" mode using low precision coordinates, whereas if the memory never fills or fills only slowly, the unit will remain in its "precision" mode.

The date and time information in field **56** is useful when selecting least recently used (oldest) entries in storage for replacement, as is described further below.

**12**

Fields **58**, **60** and **62** store source incidence counters, one for each of a plurality of frequency blocks. Field **58** stores counter(s) for block(s) in the X band. Field **60** stores counter(s) for block(s) in the K band. Field **62** stores counter(s) for block(s) in the Ka band. The number of blocks in each band can vary in different embodiments of the present invention, and is a function of the signal frequency content details provided by the detector **24** and DSP **26**. As one example, the X, K and Ka bands are divided into a total of 32 frequency blocks. Each block is provided a 4-bit counter in fields **58**, **60** and **62**. The counters have a minimum value of 0 and a maximum value of 15, and are a measure of the number of times a signal in the associated frequency block has been detected at that location. As will be described below in greater detail, the "source incidence" counters may be used in some embodiments, to aid in identifying geographic locations that appear to have spurious sources of police radar signals, due to repeated detection of such signals without confirmation of police activity.

In the data structures shown in FIG. 3, to save space, main entries **52** are interleaved with a greater number of differential entries **64**, each of which stores information for a cell. A first field in a differential entry **64** is an index pointer **66** to a main entry **52**, e.g. an index to a storage location at which the main entry is stored. A second field is a differential field **68** that identifies the difference between the coordinate of the differential entry **64** and the coordinate stored in the main entry **52**. The index and differential can be stored in substantially fewer than 128 bits, so that a differential entry **64** is substantially smaller than a main entry, thus saving storage space. Differential entries further include a date and time field **56** and fields **58**, **60** and **62** for storing counters for X, K or Ka frequencies, as described above.

FIG. 4 illustrates one embodiment of data structures **70** used to store vehicle motion history records or trip records in EEPROM **34**. These data structures include main entries **72** which include field **74** storing a 128 bit cell coordinate, followed by a speed field **76** which can be, for example, 7 bits in length. Differential entries **78** associated with each main entry include a differential coordinate field **80** indicating the difference in the cell coordinate from the associated main entry **72**, and a speed field **76** indicating a speed recorded at the cell. Because motion history records or trip records are stored sequentially during motion of the detector, differential entries **78** are stored after and adjacent to the associated main entry **72**. Accordingly, differential entries **78** do not require an index field to associate the differential entry **78** with a main entry **72**, because the association is implied from the location of the differential entry **78** in memory after its associated main entry **72**.

History entries may be used for a number of purposes. For example, in the following description, history entries are accessed as part of defining an "everyday route" taken by the detector at the operator's identification. History entries may also be used for driver monitoring; they may be downloaded to a host PC via USB interface **46**, and evaluated to determine whether the vehicle has taken abrupt turns, show excessive speed, or entered undesired locations, all of which may be useful in monitoring the activity, e.g., of teenage drivers. History entries may also be uploaded to PC to provide evidence of the driving history of the vehicle before and at the time of a police citation for speeding. If a driver has been unfairly cited for speeding, history records from the detector can provide compelling evidence to court that the citation is in error. For the purpose of enabling these uses, history entries stored by fusion processor **22** are encrypted when stored and

US 7,576,679 B1

13

cannot be modified by fusion processor **22** or any PC software supplied for viewing those entries.

FIG. **5** illustrates one embodiment of data structures **82** that can be used to store hazard information and other flag bits related to cells. These data structures **82** include main entries **84** which include a full 128 bit cell coordinate in field **88**, followed by a date and time field **90** and flag bits **92** indicating the hazard or condition associated with the identified location. The differential entries **86** include an index field **94** pointing to one of the main entries, a differential coordinate field **96** indicating the difference in the cell coordinate from the associated main entry **84**, a date and time field **98**, and a set of flag bits **92** indicating the hazard or condition associated with the identified location. The flag bits may identify various hazard conditions. For example, in the specific embodiment described below, there is an "always warn" flag bit that indicates that police activity has previously been confirmed at the location, and therefore the user should be warned of all apparent police radar signals at the location. Further, there is a "location lockout" flag that indicates that broadband sources of spurious police radar signals have been experienced at the location, and therefore in the future warnings of police radar signals should be suppressed at the location. Similarly, a "minimal visual lockout" flag indicates that, due to the unwanted distraction of spurious police radar warnings at a location, only a minimal visual warning should be made of police radar signals identified at the location. It should be noted that a visual warning could be in the form of the current vehicle speed, which may more accurately display the vehicle speed than the vehicles on board speedometer. Alternatively, a "display speed" mode could be entered to continuously display the vehicle's speed, as elaborated below. The flag bits further include "frequency lockout" bits, one for each frequency block identified by the radar receiver. These bits identify frequencies at the location in which spurious police radar signals have previously been encountered, so that in the future apparent police radar signals at the same frequencies are ignored. The flag bits may also include additional flags to warn of other conditions, such as that there was construction at the identified location, or that some other cause for traffic slowdowns were seen at the identified location, to aid in vehicle navigation.

The information contained in the databases described above may be assimilated by the detector through operation, as is described below. Alternatively, this information may be pre-installed in the detector, e.g. via an upload from a host PC via the USB port **46**. There would be substantial benefits to pre-training a detector in this way for a particular geographic area. By pre-training the detector, the driver would not have to endure the audible alerts that would naturally occur before it is trained for each source of spurious police radar signals. In a give area, the ideal training profile would not vary much from one detector to the next, since all detectors should reject the same sources in the same areas. As a result, there are few issues that would have to be resolved in order to transfer training information from one radar detector to another.

Training files would have low value if they could not be readily used by other detectors. The transferability of training files from one detector to another will depend on the differences in how real world signals are perceived by their embedded processors. In large part, these differences are a direct result of manufacturing and component variations. During the manufacturing process, a detector goes through a set of calibration steps in order to guarantee that the unit meets specifications for Spectral Band Coverage and Sensitivity. These calibration steps reduce the cost of designing the product since lower cost, poorer tolerance components can be

14

used on the assumption that a final manufacturing calibration procedure will eventually compensate for the lower tolerance. Once calibrated, an acceptable product must also be able to perform over a predefined temperature range.

Component tolerance, manufacturing calibration, and operating temperature are key factors that determine how the spectrum of microwave signals are >viewed= by the embedded Microprocessor or DSP. Radar products convert the spectral band such as X-Band into an array of values that are proportional to the signal energy in consecutive slots or bins of the spectrum. In order for the product to be >in tolerance= these slot positions must be adjusted so they precisely cover the full range of X, K, and the Ka bands.

The calibration procedure is only concerned with guaranteeing that the slots provide adequate coverage of each band. It is less concerned as to whether any one of these slots falls on a precise physical frequency. Therefore the first frequency block in one detector will not necessarily be perceived at the same frequency as the first slot in another detector.

If training data is to be shared between various detectors, it will be necessary for supporting software to compensate for these variations. When new pre-trained data is supplied, the detector will undergo an authentication procedure in order to determine the relationships between the pre-train data and its own receiver configuration. This will be based on comparing the frequencies of newly encountered sources to those of the pre-train data at matching coordinates. By comparing the observed frequencies to those in the training set, a "correction profile" will be constructed, that represents the change between the pre-train data and the output of the local microwave receiver. At the end of the authentication procedure, the entire pre-training file will be incorporated into the active train data. During the authentication procedure, the user will be exposed to unconditioned detector responses. This authentication procedure will be substantially shorter than the training period of a virgin detector. Once authentication is complete, the user will receive a notification indicating that the product is switching from authentication over to normal operation. If the training mode is engaged, the authenticated data will continue to be massaged by new driving encounters, as detailed below.

Referring now to FIG. **6**, an alternate embodiment of a data structure for storing signal information can be explained. In this embodiment, coordinates and flags regarding those coordinates are stored in a simplified record structure, and source incidence counters are not implemented. In this embodiment, coordinate information is organized into 14-byte records, each identical to the others. A 4-megabit flash memory chip may be organized into 18432 of such records, although larger or smaller memory capacity may be provided in other implementations. The records are used both for locking out spurious signal sources, and for marking other points of interest, such as fast food locations, known locations of police activity, or the path of a frequently-used route.

As with the other database implementations described above, new record is created each time the user locks out or marks a location (by the depression of appropriate keys on the keypad)—unless the lockout or mark is performed within proximity to an existing lockout or mark, in which case the existing record is updated.

The structure of each record, as illustrated in FIG. **6**, as follows:

3 bytes: Longitude (proportional to degrees); the GPS receiver output is rounded to a 24-bit value providing resolution of approximately 9 feet/bit.

US 7,576,679 B1

15

3 bytes: Latitude (proportional to degrees); the GPS receiver output is rounded to a 24-bit value providing resolution of approximately 9 feet/bit.

1 byte: Heading in degrees/2

4 bytes: Spectrum

2 bytes: Record Date, usable for replacement of data on a FIFO basis

1 byte: Record Checksum

The 4-byte (or 32 bit) "spectrum" field is further broken down as follows:

10 bits X Spectrum

20 bits K Spectrum

1 bit "Mark bit", which indicates that the record designates a marked location rather than a lockout location

1 bit "Data bit", which indicates that record designates data, not a lockout location

If the "Mark bit" is set, the 30-bit field normally used for X & K spectrum is used to identify one of various available mark location types, including, e.g., "Camera", "Speed Trap", and "Other". Owing to the large number of bits available in the Spectrum field, a wide variety of mark types and data structures could also be defined, including for example a mark type that annotates a location along an everyday route, and a mark type that identifies a record as a history records which may, for example, use a portion of the spectrum field to identify measured speeds. In a specific embodiment, arrival at a marked location causes the detector to generate a display and/or audible warning associated with the type of location.

If the "Mark & Data" bits are clear in a record, the record is a lockout record, and any of the 30 bits in the X & K spectrum fields can be set to indicate locked out bands. The 10 bits of X Spectrum map the 100 mhz X band in 10 mhz increments, and the 20 bits of K Spectrum map the 200 mhz K band in 10 mhz increments. To compensate for variation of the source and receiver, a lockout of a given frequency is a realized by setting 3 bits in a given field, the bit corresponding to the frequency at which signal was detected, and its 2 neighbors.

The "Data" bit is used to identify a record that contains information on signal encounters. "Data" records may be used in automatic or adaptive signal rejection implementations such as the collection of source incidence counters in an everyday route or training mode, or other modes that collect detailed signal information.

Referring now to FIG. 6A, one embodiment of operations of the fusion processor 22 to carry out principles of the present invention can be described in greater detail. Fusion processor 22 performs a main loop of steps during regular operation of GPS enabled radar detection. This main loop of steps is illustrated in FIG. 6A, and is detailed in FIGS. 6B through 6F.

When fusion processor 22 is initialized, i.e., when power to the GPS enabled radar detector is turned on, the device is initialized in step 100. This initialization step includes performing diagnostic checks on the various circuitry illustrated in FIG. 2 to insure its proper operation, as well as initialization of the GPS receiver 32 to insure GPS signals can be received accurately by fusion processor 22. In addition, various internal variables, such as a variable for identifying a current position, are initialized. The initial values are chosen to insure proper operation; for example, the current position variable is initialized to a value that will cause the first pass through the main loop FIG. 6A to include processing of a current location in steps 110 and 112 in accordance with FIGS. 6B-6E, as discussed below.

16

The first step in the main loop performed by fusion processor 22, is step 102, in which radar detection circuitry 24 and 26 is accessed to obtain information on police radar signals currently being received by the GPS enabled radar detector. In a subsequent step 104, fusion processor 22 communicates with GPS receiver 32 to request a current location and a current vehicle speed from the GPS receiver 32. This information can then be utilized in performing GPS related operations described in the following steps. As noted above, vehicle speed may also be obtained from the vehicle itself via an OBDII interface 44 if the vehicle in which the GPS enabled radar detector is installed has a suitable OBD connector for delivering vehicle speed information. It will be appreciated further that vehicle location information might also be obtained via an OBDII connector from a GPS receiver that may be built into the vehicle within which the GPS enabled radar detector is installed. When the vehicle in which the GPS enabled radar detector is installed has both vehicle speed and vehicle position information available via an OBDII connector, the GPS receiver 32 may not be used at all, or may not even be included in the GPS enabled radar detector, to facilitate cost reduction for the GPS enabled radar detector.

Following steps 102 and 104 in which current police radar and GPS related information is obtained, different actions are taken based upon whether GPS information is available. Specifically, in step 106 it is determined whether a GPS signal has been received. If a GPS signal is available, then all GPS enhanced functions of the radar detector may be performed. If no GPS signal has been received, then the radar detector will revert to processing police radar signals at a manner analogous to conventional non-GPS enabled radar detectors.

Assuming for the moment that a GPS signal is available in step 106, and therefore a current position for the vehicle is known, then in step 108 a sequence of steps is performed to process the GPS signal, as is further detailed below with reference to FIGS. 6B, 6C and 6D. This processing can include retrieval and/or updating of stored information, such as the police radar information and signal information database illustrated in FIG. 3, the vehicle history database illustrated in FIG. 4, the flag database illustrated in FIG. 5 and/or the signal record database illustrated in FIG. 6.

After processing the GPS signal, in step 110 keypad activity on keypad 36 is detected and processed to alter operating modes of the GPS enabled radar detector, as described below in further detail with reference to FIG. 6E.

After selecting appropriate modes based upon keypad activity, in step 112, an appropriate audible or visible response is produced by the GPS enabled radar detector based upon it current operating mode and the presence or absence of radar detector signal received in step 102. It should be noted that a visible response might also include the "display speed" function. After step 112, processing returns to step 102 to obtain a new radar detector signal output and a new current location and speed and then perform additional analysis of that data as described above.

As noted above, in some circumstances a GPS signal will not be available during operation of the GPS enabled radar detector. In this case, processing continues from step 106 to step 114 in which any non-GPS related operational modes may be activated based upon the activity at keypad 35. GPS enabled modes are unavailable so long as no GPS signal has been obtained, so the processing in step 114 eliminates those modes which cannot be activated in the absence of a GPS signal. After step 114, processing continues to step 112 in which an appropriate audible or visible response is generated based upon the current operating mode and the radar detected signal received in step 102.

US 7,576,679 B1

17

In one embodiment, the processing of GPS signals in step **108** is implemented through a parallel signal tracking process. The signal tracking process generates and updates a cached list of signal tracking data. Each member of this list indicates a location, and signal spectrum information gathered while at that location. The signal tracking process is responsive to the current location and currently received radar signals, and generally operates to add members to a cached signal tracking list, or update existing members, whenever the radar receiver detects signal, and generally operates to delete members from the cached signal tracking list when those members become too distant from the current location. This signal tracking process thereby creates tracked signal information that is available for processing in the event that the user requests a lockout—in such a case all of the members of the signal-tracking list are examined and any member that meets certain criterion is stored in the database as a lockout record.

The signal tracking process described above utilizes two operating constants. These constants are described below, and representative values are identified:

Region Consolidation for Tracked Signals—0.3 miles: when spectral components are identified by the detector, the signal tracking process checks the tracked signal list for members within the region consolidation distance of the current position. If there is a member that is nearby, the spectral components that are currently identified are added to that list member. If the current position is greater than this distance from any member of the tracked signal list, then a new member is added to the tracked signal list, and initialized with the received spectral components.

Removal Distance for Tracked Signals—1.0 miles: Whenever current location is updated, any member of the tracked signal list that is greater than the removal distance from the current location is removed from the tracked signal list.

In the event of a lockout request from the user, selected members of the signal tracking list are processed to create lockout records, using three operating constants. These constants are described below, and representative values are identified:

Proximity For Lockout—0.5 miles: When the user requests a lockout, then those members of the tracked signal list that are within the proximity for lockout distance from the current position, selected for storage into lockout records in the memory.

Lockout Region Consolidation—0.35 miles: When a tracked signal list member is selected for storage into a lockout record, its position compared those of existing lockout records. If there is an existing record within the lockout region consolidation distance, the spectrum stored in the selected member of the signal list is added to the existing record. Otherwise, a new record is created in the memory, and the spectrum of the selected member of the signal list is added to the new record.

Unlock Removal Distance for Locked Regions—0.8 miles: When the user requests to unlock a location, all lock records in memory (regardless of their spectral content) that are within this distance of the current location, are removed from memory.

A final constant utilized in processing received radar signals is the Lockout Region Radius, which may be 0.5 miles: When radar is detected, the current position is compared to lockout records in memory, and if there is a lockout record that is within the lockout region radius of the current position, then a warning is suppressed or modified for all frequency bands that are marked in the record.

18

It will be noted that it is possible to drive through an array of interfering signals that span multiple 0.35-mile regions. In one implementation of the present invention, once the user requests a lockout, the receiver will remain in a lockout mode, and continue to generate lockout records, as appropriate, so long as any signal is continuously being tracked. Thus, if a lockout is requested in the midst of an array of signals spanning more than 0.35 miles, at each advance of 0.35 miles, a new lockout record will be created in memory and initialized with the spectrum received over the most recent 0.35 mile distance, until no further signal is received.

In various embodiments of the invention, a wide variety of operative modes may be selectable and controllable through the keypad. Possible modes include:

a "warning suppression" mode in which warnings, particularly audible warnings, produced by the radar detector are suppressed so that they are not disturbing to the operator of the vehicle. The "warning suppression" mode may be either GPS based or non-GPS based.

an "expert meter" mode in which detailed information regarding received warning signals are displayed on display **38** of the GPS enabled radar detector, as described in U.S. Pat. No. 5,668,554, which is hereby incorporated by reference herein in its entirety.

a "data overwrite" mode in which the GPS enabled radar detector saves, into the signal information database of FIG. **3**, data regarding any location not previously stored in the database, even when this signal information database is full, by overwriting the oldest data in the signal information database when necessary. When the "data overwrite" mode is disabled, then the signal information database will not be overwritten once it becomes full.

a "frequency lockout" mode, in which police radar frequencies detected by the receiver are taken to be from non-police sources, and appropriate records are stored. The "frequency lockout" mode is engaged by the vehicle operator when non-police radar signals are being received and the operator wishes to suppress future warning signals caused by the same sources at the same geographic locations. As noted below, "frequency lockout" mode can only be engaged while the GPS enabled radar detector is detecting an apparent police radar signal and will be automatically disengaged when this signal is no longer being received.

a "location lockout" mode, in which the flag database of FIG. **5** is updated to suppress all audible warnings of radar signals at the current location of the vehicle. As is the case with the "frequency lockout" mode, the "location lockout" mode will be enabled by a vehicle operator when the vehicle is near to a known source of spurious police radar signals of a broadband character. The "location lockout" mode can only be engaged while the GPS enabled radar detector is detecting an apparent police radar signal, and will be automatically disengaged whenever a police radar signal is no longer being received from the GPS enabled radar detector.

a "minimal visual lockout" mode, in which the flag database of FIG. **5** is updated to suppress most or all visual warnings of radar signals at the current location of the vehicle. The "location lockout" mode will be enabled by a vehicle operator when the vehicle is near to a known source of spurious police radar signals of a broadband character, and at that location does not wish to be disturbed by even a visual radar signal warning. The "location lockout" mode can only be engaged while the GPS enabled radar detector is detecting an apparent police radar signal, and will be automatically disengaged

**19**

whenever a police radar signal is no longer being received from the GPS enabled radar detector.

a "display speed" mode, in which the vehicles current speed is continuously displayed

a "police confirmation" mode, in which flags in the flag database of FIG. **5** will be set to insure a warning signal is always delivered for any police radar signal received at the current vehicle location. The "police confirmation" mode will be activated by a vehicle operator upon sighting a police stakeout.

a "training" mode, in which the GPS enabled radar detector will store signal information for all geographic locations that the GPS enabled radar detector reaches or passes during operation. When "training" mode is disabled, the signal incidence counters found in the signal information database of FIG. **3**, will not be modified by the GPS enabled radar detector during its normal operation.

a "route identification" mode in which the route currently traveled by the vehicle is memorized by the GPS enabled radar detector to be subsequently referenced in performing radar detection. Using "route identification" mode, a user may establish one or more everyday routes traveled by the vehicle, and cause the GPS enabled radar detector to continuously update its signal incidence information in the signal information database of FIG. **3** whenever one of these routes are traversed. Routes are identified by an operator by entering the "route identification" mode at the beginning a route, and then exiting the "route identification" at the end of the route.

Referring now to FIG. **6**B, in one particular embodiment, the processing performed on a GPS signal in step **108** of FIG. **6**A can be described in greater detail. In step **117**, the fusion processor determines whether "warning suppression" mode has been enabled. If so, then the fusion processor determines **119** whether the current location is different from the previous location; if not, the "warning suppression" mode is continued. If the current location is different from the previously identified location, the fusion processor determines **121** whether the current location is more than a specified distance from the location where the "warning suppression" mode was enabled, if not, then the "warning suppression" mode is continued. If the current location is more than a specified distance from the location that the "warning suppression" mode was enabled, the fusion processor determines **123** whether a predetermined mute time, e.g., four seconds, has elapsed without the detection of radar; if not then the "warning suppression" mode is continued, otherwise, "warning suppression" mode is cancelled **125**.

After the above-described processing relating to "warning suppression" mode, the fusion processor determines **129** whether the "display speed" mode has been enabled; if so, the current speed is computed and displayed **131**. Thereafter, steps are taken to manage "everyday route" modes of the GPS enabled radar detector, if implemented. As noted above, the user of the GPS enabled radar detector may establish one or more everyday routes traveled by the vehicle and cause the GPS enabled radar detector to, along those routes, continuously update its signal incidence information. Accordingly, if these modes are implemented, when the GPS enabled radar detector detects that it is following one of these everyday routes, then it will automatically enter its everyday route mode, and subsequently perform different processing (as further described below in connection with FIGS. **6**C and **6**D). As seen in FIG. **6**B, (a.) if the detector has been following an everyday route, an evaluation is made whether the GPS enabled radar detector is continuing to follow the previously defined everyday route, or (b.) if the detector has not been

**20**

following an everyday route, a determination is made whether the GPS enabled radar detector has started following a previously defined everyday route.

In the first step of this process, in step **126** it is determined whether the GPS enabled radar detector is already in its "everyday route" mode. If the radar detector is not currently in its "everyday route" mode, then it is determined whether the radar detector is entering an everyday route; specifically, in step **128**, it is determined whether the current coordinate is on any of the pre-stored everyday routes. If the current coordinate is on one of the everyday routes, then the GPS enabled radar detector will determine that the vehicle carrying the detector is beginning or joining one of these pre-stored routes. In such a case, in step **130** the GPS enabled radar detector will enter its "everyday route" mode for the stored route containing the current coordinate. If the current coordinate is not on any stored route, step **130** is bypassed.

Returning to step **126**, if the GPS enabled radar detector is already in its "everyday route" mode, then it is determined whether the detector is continuing to follow this route. In this case, processing proceeds from step **126** to step **132** to determine whether the everyday route is being followed. Specifically, in step **132** it is determined whether the current coordinate is on the current everyday route. If not, then in step **134** the GPS enabled radar detector exits "everyday route" mode, indicating that the vehicle is no longer on the previously stored everyday route. Otherwise, step **134** is bypassed, and the detector remains in its "everyday route" mode.

Following step **134** or immediately following step **130**, additional steps are performed to determine whether and how to update previously stored signal incidence information in the signal information database of FIG. **3**. Processing also proceeds to step **140** from steps **132** or directly from step **128** based upon conditions described above.

In step **140** it is determined whether a radar signal is being received by the GPS enabled radar detector. If so, then in step **142** the procedure described below with reference to FIG. **6**C is performed to update, as needed, the signal information database. If no radar signal is being currently detected, then in step **144** the process described below with reference to FIG. **6**D is performed to update, as needed, the signal information database. After step **142** or **144**, in step **146** if the detector implements a history database, that database is updated by removing the oldest history entry from that database (if necessary to make room), and creating a new history entry for the current cell. The new history entry will include the cell coordinate or a differential coordinate as discussed above with reference to FIG. **4**, and would also include a vehicle speed as obtained in step **104** from the GPS receiver or alternatively from an OBD II interface to the vehicle. Following step **146**, the processing of the GPS signal is complete.

Referring to FIG. **6**C, updating of the signal information in the presence of a police radar signal can be elaborated. In the first step **151**, any signal tracking list members that are further than the Removal Distance For Tracked Signals are deleted. Next, different actions are taken based upon whether the signal tracking list already contains signal information for the detector's current coordinate. If there is no tracking list member for a coordinate within the Region Consolidation For Tracked Signals distance, then a new tracking list entry is created **164**. If, however, there is already a tracking list member for a nearby location, that member is updated. Thereafter, in step **168** it is determined whether the GPS enabled radar detector is in its "training" or "everyday route" mode. As noted above, in these modes, where implemented, detailed signal information stored in the database is continuously updated each time a location is encountered. Accordingly, if

US 7,576,679 B1

**21**

the detector is in either its "training" or "everyday route" mode, then in step **170** the unwanted source incidence counter for each frequency block identified by the radar receiver **24** as containing signal, is incremented, preventing an overflow. Subsequently, in step **172** the unwanted source incidence counter for each frequency block identified by the radar receiver **24** as not having signal, is decremented, preventing an underflow. This thus updates the source incidence counters for each frequency block for the current location. After this processing, (or immediately after step **168** if the GPS enabled radar detector does not implement or is not using the "training" or "everyday route" mode,) the "lockout" and/or the additional "police confirmation" and "minimal visual" modes discussed above, are processed. Specifically, if in step **174**, one of these modes is engaged, then in step **176** the signal tracking list members that are within the proximity for lockout are selected, and in step **178**, the data from the selected tracking list members is stored in the signal database, along with, as appropriate, an indication of the specific mode involved. Step **178** involves updating any existing lockout records that are within the Lockout Region Consolidation distance, and creating new lockout records where there are no existing lockout records within the consolidation distance. At the conclusion of these operations, updating in step **142** is complete.

Referring now to FIG. **6**D, processing in step **144**, to update various databases when no signal is detected, can be explained. As will be elaborated below, when no police radar signal is being received by the GPS enabled radar detector, this indicates that many of the modes described above for tracking and identifying sources of police radar signal should be terminated.

First, in step **180** any signal tracking list members that are further than the Removal Distance For Tracked Signals are deleted. If no signal is received over a period of time while the detector continues to move, this step will eventually purge the signal tracking list of all members, but only after the detector has moved beyond the removal distance from all locations where signals were received.

After the foregoing, if the detector is implementing "training" and/or "everyday route" modes, in step **202** it is determined whether the detector is in its "training" or "everyday route" mode. If so, then the detector should update the stored signal information for the current location as part of those modes. Specifically, to update signal information, in step **204** all of the unwanted source incidence counters for frequency blocks identified by the receiver are decremented, preventing underflow.

Following step **204**, or immediately following step **200** if there is no matching signal information or step **202** if the detector is not in its "training" or "everyday route" mode, in step **206** any of the "frequency lockout", "location lockout", "minimal visual" and "police confirmation" modes that are implemented by the detector are cleared, because the tracking of a police radar signal has ended, and these modes are therefore no longer relevant to the current location of the vehicle.

Referring now to FIG. **6**E, the processing of keypad activity to enter and exit the various modes described throughout can be explained. As noted with reference to FIG. **6**A, various modes are available only if a GPS signal has been obtained from the GPS receiver. If a GPS signal has been obtained then modes are selected from the keypad beginning at step **110**. If a GPS signal has not been obtained then modes are selected from the keypad beginning at step **114**, and a substantial number of modes are disabled and cannot be selected in this circumstance.

**22**

The keypad activity to select and deselect a mode may vary based upon the application and style of the GPS enabled radar detector. The display and keypad **38** and **36** may interact to produce a menu system for selecting particular modes and displaying associated information. Alternatively, individual keys of keypad **36** may be utilized to directly activate certain modes. Furthermore, display **38** may include icons or other indicators to identify currently activated modes.

A first collection of modes that may be activated via the keypad **36**, are the "frequency lockout", "location lockout", and "minimal visual lockout" modes. Through interactions with the keypad in step **210**, the user may initiate or terminate these modes. As described above, when initiated, these modes cause lockout records with tracked signal information to be stored into the signal database.

In step **212** the vehicle operator may enter or exit the "training mode", if such is implemented, which as described above causes the GPS enabled radar detector to collect signal information for all cells that the vehicle traverses.

A third activity that may be undertaken with the keypad, in step **214**, is to request to clear all lockouts for the current vehicle location. This step may be taken where the GPS enabled radar detector has previously been programmed to lockout a frequency or location and subsequently the vehicle operator sights a police source at that location, and wishes to terminate the lockout at that location. When the vehicle operator requests to clear all existing lockouts, in step **216** the coordinates of the vehicle location are compared to all existing records in the signal database, and all matching and/or neighboring locations (as determined based upon the Unlock Removal Distance for Locked Regions) are selected and all lockout records regarding those locations are cleared.

The vehicle operator may also enter or exit a "warning suppression" mode in step **218**, in which a warning for a currently tracked police radar signal is suppressed, i.e., so that the detector does not continue to issue warning signals for the same radar signal received. A warning suppression function has been implemented in prior radar detectors, but prior detectors would discontinue suppression of a warning when a signal had not been received for a predetermined time period, such as 4 seconds. In the case of an intermittently received non-police signal, this could lead to a user having to constantly re-suppress the warning. The present invention, in one aspect, contemplates adding a location component to warning suppression if a GPS signal is present. Only after the detector has moved an appropriate distance from the location where the user activated the "warning suppression" mode, will the detector exit "warning suppression" mode. It would also be useful if the location detection and time delay could be used in combination, to create an even more efficient "warning suppression" mode. In the event that a GPS signal is not present the "warning suppression" mode will be based on time only.

An operator may also enter or exit an "expert meter" mode in step **220**, requesting that enhanced information on police radar signals received and/or GPS related lockout information or signal incidence information be displayed on display **38** of the detector. An operator may also enter a "data override" mode in step **222**, thus requesting that signal information for new locations visited by the vehicle not found in the database be stored, even at the expense of overriding the oldest previously stored data of this kind. It is also possible, as shown in FIG. **6**E, that there may be no keypad activity at the time that operation of the detector passes through step **110**. In this circumstance, step **224**, no further processing is performed.

US 7,576,679 B1

23

A further action that a vehicle operator may take is to confirm of a police sighting in step **226**. This step causes the detector to enter "police confirmation" mode, if such a mode is implemented, so that the detector will ensure that police radar signals at the identified stakeout location is handled with particular urgency. If at the time that the operator presses the police confirmation, no apparent police radar signal is currently being tracked, then processing will continue from step **228** to step **232** in which the "always warn" flag bit is set for the current and neighboring cells of the current location of the vehicle. This step ensures that in future times when a police radar signal is detected in these locations, a warning will be delivered to the vehicle operator regardless of other conditions applicable at the time. If a signal is being tracked at the time that the vehicle operator enters a police confirmation, then a slightly different activity is undertaken. Specifically, in this case processing continues from step **228** to step **230** in which the "police confirmation" mode is entered. As noted above with respect to FIG. **6**D, once the receiver is in police confirmation mode, during signal tracking, locations along the tracked path of the vehicle when the police radar signal was detected, will be noted in the signal database.

A further activity that may be undertaken by a vehicle operator is to indicate that the vehicle is at the beginning of an everyday route, in step **240**. This mode, if implemented, causes the GPS enabled radar detector to begin to collect information on the everyday route, for the purpose of ultimately storing a definition of an everyday route to be evaluated in connection with the processing described in connection with FIG. **6**B, step **128**. When the user indicates that the vehicle is at the beginning of an everyday route, in step **242** the current cell coordinate and the current entry in the vehicle history database of FIG. **4** are stored for later reference. Then in step **244** the detector enters a "route identification" mode, used later in establishing that a route has been identified and is being tracked. When the user wishes to complete an everyday route or wishes to clear everyday route processing for the current vehicle location, the user engages an end or clear operation in step **246**. When this step is taken by the user, an initial determination is made in step **248** whether the detector is currently in its "route identification" mode. If so, then the user has identified the end of the everyday route that was previously identified in step **240**. Thus, in step **250** it is determined whether the history entry identified and marked in step **242** continues to store the location of the route start that was stored in step **242**. If so, then all of the cells accumulated in the vehicle history following the history entry identified in step **242**, describe the route taken by the vehicle along the path selected by the user. In this case, all cells accumulated in the history database of FIG. **4** are copied to a special "everyday route" storage area so that all of these cells are available for analysis in connection with the processing of FIG. **6**B, step **128**. After storing the accumulated history entry cells, in step **252**, processing is completed. After step **252**, in step **253** the "route identification" mode is exited.

If in step **250**, it is determined that the vehicle history database is no longer storing the start of the everyday route defined by the user, then the everyday route defined by the user was too lengthy to be processed by the GPS enabled radar detector. In such a situation, in step **254** the stored route start information is cleared and the "route identification" mode is exited.

If in step **248**, the GPS enabled radar detector is not in "route identification" mode at the time that the vehicle operator requests the end of everyday route in step **246**, then the vehicle operator may wish to delete any everyday route that includes or passes through the current cell. Thus, in step **258**,

24

a display is generated to the operator requesting confirmation that any everyday route including the current cell should be cleared. If a confirmation is received in step **258**, then in step **260** all everyday routes including the current cell are erased from the everyday route storage of the GPS enabled radar detector. If the vehicle operator does not confirm erasure of everyday route information, then processing completes without erasing any everyday route information.

In step **114** of FIG. **6**A, non GPS modes of the GPS enabled radar detector may be activated utilizing keypad activity. This step may be taken if no GPS signal is available at some point during operation of the GPS enabled radar detector. In such a circumstance, in step **262** all GPS related modes of the GPS enabled radar detector are cleared. These include the frequency, location and minimal visual lockout modes, the route identification mode, the police confirmation mode, the training mode and the everyday route mode (step **262**). After clearing these modes, non GPS related modes of the GPS enabled radar detector can be initiated. These modes include the "warning suppression" mode (step **218**), the "expert meter" (step **220**), and the "data override" mode (step **222**). Other modes that the operator may attempt to select will be ignored so long as no GPS signal is being received.

Referring now to FIG. **6**F, operations performed in connection with generating audible and visible responses to police radar signals can be explained. In a first step **270**, it is determined whether any of a number of lockout records or flags are applicable to the current location. In this step **270**, for example, the flag database of FIG. **5** or the flags in records in the database shown in FIG. **6** may be evaluated to see if there is an entry for the current location, and if so (to the extent implemented) whether the location lockout, minimal visual lockout or always warn flags in that entry are set. In the absence of flags, or in embodiments where "minimal visual", "always warn" and "location lockout" flags are not implemented, processing of police radar signals at the current location proceeds based upon information in the signal information database, or based upon defaults if there is no previously stored information. Accordingly, if none of the flags identified in step **270** are set, then in step **272** it is determined whether there is a location match in the signal information database, based for example upon the Lockout Region Radius noted above. If there is such a match, the frequencies identified by the radar receiver are compared to the signal information in the entry in the database.

In the first step of this process, the first frequency block identified by the receiver is selected (step **274**). Then, in step **276**, for implementations where frequency blocks are associated with source incidence counters, it is determined whether the selected frequency block in the signal information database has a source incidence counter greater than a predetermined "ignore" threshold. If radar signals have been frequently detected in the selected frequency block, but there has never been a police sighting there, this is strongly indicative of a false source at that location. Accordingly, if the source incidence counter for a frequency block exceeds the "ignore" threshold, then any police radar signals identified in that frequency block are ignored. If, however, source incidence counters are not implemented, or the selected frequency block does not have a source incidence counter greater than this threshold, then in step **278** it is determined whether the frequency block has a lockout flag bit set. If the lockout flag bit is set, then the signal in the frequency block is ignored. Only if the frequency lockout bit for the selected frequency is not set, will processing continue to step **280**. In step **280** it is determined whether the selected frequency block has a source incidence counter greater than a "silent"

US 7,576,679 B1

25

threshold. If the source incidence counter exceeds this threshold, then it is likely that there is a false source radar signals at the location, and as a result in step **282** a visual-only response is generated for the frequency band including the selected frequency block. If, however, the selected frequency block does not have a source incidence counter greater than the silent threshold, or if source incidence counters are not implemented, then an audible and visual response can be generated. In step **284** it is determined whether the receiver is in "warning suppression" mode. If not in this mode, then an audible and visual response is generated for the band of signals including the selected frequency block. Visual response may be a normal response or may be an "expert meter" response depending upon the status of the "expert meter" mode of the receiver.

After steps **282** or **284**, or immediately after steps **276** or **278** if a frequency block is to be ignored or has been locked out, in step **285** it is determined whether there are additional frequency blocks to be evaluated. If so, then in step **286** the next frequency block is selected and processing returns to step **276**. After all frequency blocks have been evaluated, processing ends at step **285**, and the generation of audible and visual responses is completed.

Returning to step **270**, if one of the location lockout, minimal visual lockout or always warn flags are set for the current location, then in step **290** and in step **292** it is determined which of these flags is set. If the "always warn" flag is set for the current cell, then in step **288** an audible and visual response is generated for all frequencies identified by the received, unless suppressed by "warning suppression mode". Step **288** is also performed following step **272** if there is no match for the current location in the signal information database.

If the "minimal visual" flag is set for a current location, but the "always warn" flag is not, processing proceeds from step **290** to step **292** and then to step **294** in which a minimal visual response is generated for all frequencies identified by the receiver, such as a small blinking flag on the display of the detector.

If the "always warn" and "minimal visual" flags are not set, but the "location lockout" flag is set for the current location, then processing continues from step **270** through steps **290** and **292** to step **296**, in which a visual-only response is generated for all frequencies identified by the receiver, which may include expert meter information or other details available from the detector.

After step **288**, **294** or **296** processing to generate an audible and/or visual response is completed.

In known radar detectors there are two threshold sensitivity modes, "highway" and "city". Further, known radar detectors have included a function for X & K Signal Filtering, which suppresses warnings for signals received simultaneously on both the X and K bands, as indicative of a non-police radar source. A radar detector in accordance with the present invention incorporates a sensitivity control (as part of keypad **36**) with three settings: "Highway (HWY)", "Auto", and "City". FIG. **7**A illustrates the functions that are active for a selected sensitivity mode. As illustrated in FIG. **7**A, a Slow Speed Cancellation function is active in the "auto" and "highway" modes. An X&K filter function is active in the "auto" mode. Reduced gain for city driving is active for the "city" mode. The present invention thus combines user input and previously described speed-based input to establish threshold sensitivity in the "city" and "auto" modes. FIG. **7**B illustrates the Slow Speed Cancellation function, and in particular the relationship between threshold and speed for the Slow Speed Cancellation function. The sensitivity is at its lowest, i.e. the

26

warning threshold is at its highest, when the vehicle speed is below 15 mph. Above 45 mph the sensitivity is greatest and the threshold is set to zero. The X&K band filter, as noted above, cancels simultaneous X&K band signals as suggestive of a door opener or other non-police radar source. The city gain function reduces the gain to an appropriate level for city driving.

While the present invention has been illustrated by a description of various embodiments and while these embodiments have been described in considerable detail, it is not the intention of the applicants to restrict or in any way limit the scope of the appended claims to such detail. Additional advantages and modifications will readily appear to those skilled in the art.

For example, it will be appreciated that principles of the present invention may also be applied to systems that do not include a GPS receiver. For example, in a simplified embodiment of the present invention, the radar warning receiver may automatically enter its "warning suppression" mode based upon the speed of the vehicle. The speed of the vehicle may, of course, be obtained from a GPS receiver, but if a GPS receiver is not available and/or unnecessarily expensive to include in the receiver, the receiver could obtain vehicle speed information directly from the vehicle's on-board information processing system via the OBD II interface discussed above. A threshold speed of 15 MPH could be used as a default, with "warning suppression" mode automatically engaged at speeds below this threshold. This threshold may be user-adjustable, e.g., within a range such as 5 to 50 MPH.

The interface connector used by the receiver may take other forms than the known USB standard. It may use any computer interface standard (e.g., IEEE 488), or an automotive wiring standard, the J1854, CAN, BH12 and LIN standards, or others.

In a more refined embodiment, a "everyday route" mode could be included, in which the operator can perform "everyday route velocity" training. In this "everyday route velocity" training mode, the vehicle speed at each point along the "everyday route" would be stored along with the cell locations along the route. Subsequently, when the detector determines that it is on a previously defined everyday route, it will enter "warning suppression" mode whenever the vehicle speed is within a tolerance of, or below, the velocity recorded when in "everyday route velocity" training mode. Thus, no warning signals will be generated so long as the vehicle is not traveling faster than the threshold speed identified by the operator during "everyday route velocity" training of the detector.

It will be further appreciated that the determination of whether to generate an audible or visual response, or both, may be based on information in addition to the flags applicable to the current cell of the vehicle. For example, the flags in cells recently traversed by the vehicle may also be consulted to determine whether audible or visual signals should be suppressed at a current cell. Thus, for example, if the detector passes through a cell that has been marked for "minimal visual" lockout, warnings will be suppressed for subsequent cells entered by the vehicle while the same signal is being tracked, regardless of whether flag bits in those cells call for a lockout.

The invention in its broader aspects is therefore not limited to the specific details, representative apparatus and method, and illustrative example shown and described. Accordingly, departures may be made from such details without departing from the spirit or scope of applicant's general inventive concept.

US 7,576,679 B1

27

What is claimed is:

1. A police activity detector comprising:

a receiver section receiving signals generated in the context of law enforcement activity, and

a warning section responding to the receiver section and providing a warning if a received signal correlates to a law enforcement signal;

the detector receiving signals indicative of vehicle motion from a position determining circuit,

the detector being responsive to a warning suppression mode to suppress said warning and continue suppression thereof until at least said signals indicative of vehicle motion indicate vehicle motion over a distance.

2. The police activity detector of claim 1 wherein the receiver section receives electromagnetic radar signals in a radar band.

3. The police activity detector of claim 1 wherein the receiver section receives signals carried in the visible or infrared spectrum.

4. The police activity detector of claim 1 further comprising an interface for reading vehicle motion signals from the position determining circuit on a host vehicle.

5. The police activity detector of claim 4 wherein the interface is an OBDII compliant interface.

6. The police activity detector of claim 4 wherein the interface is an IVBD compliant interface.

7. The police activity detector of claim 1 further comprising an interface reading the vehicle speed data from a position determining circuit in a host vehicle.

8. The police activity detector of claim 7 wherein the interface is an OBDII compliant interface.

9. The police activity detector of claim 7 wherein the interface is an IVBD compliant interface.

10. The police activity detector of claim 1 wherein the warning section is a visible display that makes visible warnings.

11. The police activity detector of claim 1 wherein the warning section is an audio speaker that makes audible warnings.

12. The police activity detector of claim 1 further comprising a position determining circuit generating said signals indicative of vehicle location and speed.

13. The police activity detector of claim 1 wherein the detector is further responsive to a warning suppression mode to suppress said warning and continue suppression thereof until a period of time elapses without receipt of a particular signal by said receiver section.

14. A police activity detector comprising:

a receiver section receiving signals generated in the context of law enforcement activity; and

a warning section responding to a signal received by the receiver section greater than a threshold strength, and providing a warning if a received signal correlates to a law enforcement signal,

the warning section determining the threshold strength in relation to vehicle speed data and input from a user of the detector.

15. The police activity detector of claim 14 wherein receiver section receives electromagnetic radar signals in a radar band.

16. The police activity detector of claim 14 wherein the receiver section receives signals carried in the visible or infrared spectrum.

17. The police activity detector of claim 14 further comprising an interface reading vehicle speed data from a host vehicle.

28

18. The police activity detector of claim 17 wherein the interface is an OBDII compliant interface.

19. The police activity detector of claim 17 wherein the interface is an IVBD compliant interface.

20. The police activity detector of claim 14 further comprising an interface reading the vehicle speed data from a position determining circuit in a host vehicle.

21. The police activity detector of claim 20 wherein the interface is an OBDII compliant interface.

22. The police activity detector of claim 20 wherein the interface is an IVBD compliant interface.

23. The police activity detector of claim 14 wherein the warning section is a visible display that makes visible warnings.

24. The police activity detector of claim 14 wherein the warning section is an audio speaker that makes audible warnings.

25. The police activity detector of claim 14 further comprising a position determining circuit, the warning section utilizing said position determining circuit to identify vehicle speed.

26. The police activity detector of claim 14 wherein said input from a user is the selection of a desired sensitivity by the user.

27. The police activity detector of claim 26 wherein said input from a user comprises one or more of: selection of a city sensitivity, selection of a highway sensitivity, and selection of a automatic sensitivity.

28. A police activity detector comprising:

a receiver section adapted to receive electromagnetic signals indicative of police activity;

an alert section responsive to the receiver section and adapted to provide an alert if a received electromagnetic signal correlates to a police signal;

a display for displaying information to a user;

a speed determining circuit generating a vehicle speed signal;

wherein information presented on said display includes information relating to vehicle speed, and

wherein the speed determining circuit determines vehicle speed from movement identified by a position determining circuit.

29. The police activity detector of claim 28, wherein said electromagnetic signals include radar signals in a radar band.

30. The police activity detector of claim 28, wherein said electromagnetic signals are carried in the visible or infrared spectrum.

31. The police activity detector of claim 28 wherein said vehicle speed information is presented on said display in conjunction with the provision of an alert by the alert section.

32. The police activity detector of claim 28 wherein said vehicle speed information is presented on said display in response to user input.

33. The police activity detector of claim 28 wherein said receiver incorporates said position determining circuit.

34. The police activity detector of claim 28 further comprising an external interface, wherein movement information is obtained from a position determining circuit via said external interface.

35. The police activity detector of claim 34 wherein the interface is an OBDII compliant interface.

36. The police activity detector of claim 34 wherein the interface is an IVBD compliant interface.

37. The police activity detector of claim 28, further comprising an external interface, wherein the speed determining circuit determines vehicle speed from information received via said external interface.

US 7,576,679 B1

29

**38**. The police activity detector of claim **37** wherein the interface is an OBDII compliant interface.

**39**. The police activity detector of claim **37** wherein the interface is an IVBD compliant interface.

**40**. A police activity detector comprising:

a receiver section adapted to receive electromagnetic signals indicative of police activity;

an alert section responsive to the receiver section and adapted to provide an alert if a received electromagnetic signal correlates to a police signal;

a digital interface connector compliant with the mini-B USB standard;

30

wherein said police activity detector is configurable in response to digital signals received via said digital interface connector.

**41**. The police activity detector of claim **40**, wherein said electromagnetic signals include radar signals in a radar band.

**42**. The police activity detector of claim **40**, wherein said electromagnetic signals are carried in the visible or infrared spectrum.

**43**. The police activity detector of claim **40** wherein said interface connector is connectable to a digital computer for configuration of said detector.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,576,679 B1                                        Page 1 of  2
APPLICATION NO.  : 11/620443
DATED                    : August 18, 2009
INVENTOR(S)        : Steven K. Orr et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, line 43, change "band" to --bands--.

Column 1, line 48, change "DSP=s" to --DSP's--.

Column 1, line 50, change "DSP=s" to --DSP's--.

Column 2, line 26, change "was" to --were--.

Column 2, line 28, change ">polluters=" to --'polluters'--.

Column 2, line 33, change "product=s" to --product's--.

Column 4, line 27, change "maintain" to --maintains--.

Column 4, line 42, change "DRAWING" to --DRAWINGS--.

Column 4, line 57, change "a illustration" to --an illustration--.

Column 6, line 29, change "receiver=s" to --receiver's--.

Column 7, line 62, change "navigation system" to --navigation system.--.

Column 10, line 32, change "rapidly compares" to --rapidly compare--.

Column 10, line 53, change "detector=s" to --detector's--.

Column 12, line 58, change "show" to --shows--.

Column 13, line 41, change "were" to --was--.

Signed and Sealed this

Twenty-ninth Day of June, 2010

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

**U.S. Pat. No. 7,576,679 B1**

Column 13, line 52, change "a give area" to --a given area--.

Column 14, line 63, before as; add --is--.

Column 15, line 25, change "records" to --record--.

Column 15, line 37, delete "a"; after is.

Column 16, line 30, change "at" to --in--.

Column 16, line 49, delete "it"; after upon.

Column 17, line 44, add --are--; before selected.

Column 19, line 26, change "routes are traversed." to --routes is traversed.--.

Column 19, line 28, add --of--; after beginning.

Column 20, line 33, change "steps 132" to --step 132--.

Column 23, line 2, delete "of"; after confirm.

Column 23, line 5, change "is" to --are--.

Column 24, line 9, change "non GPS" to --nonGPS--.

Column 24, line 18, change "non GPS" to --nonGPS--.

Column 25, line 2, change "signals" to --signal--.

Column 25, line 29, change "received" to --receiver--.

Column 26, line 66, change "applicant's" to --applicants'--.

# United States District Court

## For The District of Idaho

HOYT A. FLEMING,                           )
                                           )
      Plaintiff,                        )
                                           )
vs.                                        )     Case No. 09-CV-105-BLW
                                           )
ESCORT, INC., et al,                       )
                                           )
      Defendant.                        )

### <u>ORDER</u>

This matter is before the Court for claim construction.  The parties seek construction of various terms.  The Court held a *Markman*[1] hearing on November 18, 2009.  Having considered the written materials and the arguments of counsel, the Court FINDS as follows:

### I. Background

This Order concerns the construction of claims contained in U.S. Patent Nos. RE39,038 and RE40,653.  These patents relate to radar detectors for alerting drivers that their speed is being monitored by police radar and, among other things, to a combination of radar detector and global positioning system ("GPS") receiver.

---

[1] *Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995) (*en banc*), *aff'd*, 517 U.S. 470 (1996).

## II. Claim Construction Standard

The first step in a patent infringement case is to construe the asserted claims. *See Markman v. Westview Instruments, Inc*., 52 F.3d 967, 976 (Fed.Cir.1995) (en banc), aff'd, 517 U.S. 370 (1996).  Construction of the patent claims, is a matter of law for the court. *Id.* at 979.  The goal of claim construction is to determine the meaning a term would have to a person of ordinary skill in the art after reviewing the intrinsic record at the time of the invention.   *O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co.,* 521 F.3d 1351, 1362 (Fed.Cir.2008).  To interpret the claims, the Court must look first to the intrinsic evidence of record, *i.e.*, the patent itself, including the claims, the specification and, if in evidence, the prosecution history.  *See Phillips v AWH Corp.,* 415 F.3d 1303, 1314-15 (Fed.Cir. 2005) (en banc). Such intrinsic evidence is the most significant source of the legally operative meaning of disputed claim language.  *Id.*  A patentee may choose to be his own lexicographer and use terms in a manner other than their ordinary meaning. *Id*. at 1316. "In such cases, the inventor's lexicography governs."  *Id.*

"When the parties present a fundamental dispute regarding the scope of a claim term, it is the court's duty to resolve it."  *Id.* at 1362.  At the same time, the court is not required to construe every limitation present in a patent's asserted claims.  *Id.*  "In some cases, the ordinary meaning of claim language . . . may be readily apparent even to lay judges, and claim construction in such cases involves little more than the application of the widely accepted meaning of commonly understood words." *Phillips v AWH Corp.,* 415 F.3d

-2-

APP. 051

1303, 1314 (Fed.Cir. 2005) (*en banc*).

### III. Discussion

The point of a *Markman* hearing is to interpret claims so that a jury of lay-persons can determine if the patent is infringed.  If claims use ordinary language with well-known meanings, there is no need to assist the jury by interpreting that language. That is largely the case here.  The defendants seek interpretation of many terms that are used in a plain and common sense.  Plaintiff Fleming's brief contains a very telling table comparing the patent before and after applying defendants' proposed definitions.  The "before" language is clear; the "after" language is burdensome and confusing.

The Court finds that only 4 terms require interpretation: (1) velocity, (2) non-volatile memory, (3) mute button, and (4) predetermined.  With regard to the other interpretations sought by defendants, the Court rejects them as they add unnecessary complexity to terms that are used in their plain English sense.

### A. Velocity

Defendants allege that the word "velocity" should be defined to include both speed and direction.  They cite the testimony of their expert, Dr. Grindon, that one skilled in the art defines velocity as a vector measurement of the rate and direction of motion.  Yet that definition makes no sense when applied to the patents at issue here.  Throughout these patents, Fleming consistently used "velocity" to mean simply speed.  For example, the '038 patent states that a user could "[program] the predetermined velocity to 65 miles per hour."

-3-

Here, velocity simply means speed.  That is the case each time it is used.  Defendants cite in their briefing a single instance where, they allege, Fleming used velocity to refer to both speed and direction:

> Even if a police radar signal is monitoring the speed of the operator's vehicle, because the velocity of the vehicle is below the legal speed limit, the operator of the vehicle may not need to be alerted to the presence of the police radar signal.

*See* '038 Patent at col.39-43.

Defendants point to this quote as an example where "the patentee expressly chose to use the term velocity only in connection with the vehicle, which truly has a velocity, *i.e.*, a speed and direction." *See* Defs.' Resp. 10.  This sentence proves Fleming's point – the patent uses velocity and speed interchangeably.  After all, the entire premise of the sentence is that "velocity . . . is below the legal speed limit."  While it is odd that Fleming didn't just use the word "speed" throughout his patent, he was at least consistent in using velocity to mean speed.  As *Phillips* makes clear, Fleming can be his own lexicographer.  Accordingly, the term "velocity" is construed defined to mean "speed."

### B. Non-Volatile Memory

With respect to the term "non-volatile memory," the parties indicate 3 differences: (1) memory vs. storage medium; (2) are not lost vs. remain unaltered; and (3) cut vs. switched.  Difference (3) is unimportant as counsel did not address it in their briefing, nor did they address it during the hearing.  The word "switched" seems more apt than the

APP. 053

informal "cut."

With regard to difference (1), the defense seeks to transform the word Fleming used – "memory" – into the phrase "storage medium."  The defense, however, does not explain why the term "memory" needs any elaboration.  "Memory" is a common word, and so well-understood that it needs no further definition.  While it is associated with computers, its use is so ubiquitous that it cannot be described as technical jargon.  "There is no need to inject verbiage into such a straightforward and ordinary term."  *Pagemelding, Inc. v. Feeva Technology, Inc.*, 2009 WL 2588883 at *10 (N.D. Cal. Aug. 10, 2009) (refusing to paraphrase word in patent that was "non-technical . . . in plain English, and derive[d] no special meaning from the Patent.").

Difference (2) concerns what happens to data when the power is switched off – it is either "not lost" or it 'remains unaltered."  The Court finds that the word "retained" better captures this difference.  Accordingly, "non-volatile memory" means "memory that is retained when power is switched off."

### C. Mute Button

Fleming seeks to define "mute button" as a "button for muting." The defense seeks to define it as a "user interface" for muting.  Once again, the term "button" is so well-understood that no further elaboration is necessary.  Accordingly, the defense definition is rejected and "mute button" means a "button for muting."

APP. 054

**D. Predetermined**

Fleming contends that "predetermined" should be defined as "determined in advance."   The defendants contend "predetermined should be defined as "programmed, preset, or established."   Fleming's definition is consistent with the standard dictionary definition.   Defense expert Dr. Grindon urges the defense interpretation but fails to explain why.   "Conclusory, unsupported assertions by experts as to the definition of a claim term are not useful to a court.   *Phillips*, 415 F.3d at 1318.   Dr. Grindon's interpretation is conclusory and hence unpersuasive.   For that reason, it is rejected.   Accordingly, "Predetermined" means "determined in advance."

**E. Other Terms**

Defendants seek interpretation of many other terms.   Their proposed definitions add unnecessary elaboration.   For example, defendants take the clear phrase "determining the position" and read it to mean "quantitatively calculating, concluding, ascertaining, or fixing the location, coordinates or proximity."   This convoluted interpretation is necessary, according to Dr. Grindon, because "determining the position" is "a quantitative ascertainment, used for quantitative distance measurement."   *See* Grindon Expert Op. 5. The Court disagrees.   Furthermore, "determining the position" is a plain English phrase unlikely to confuse and/or mislead a jury. Therefore, the defense's definition is rejected.

As another example, the defense seeks to define "alert" as a "warning, alarm, or indicator."   The defense, however, offers no explanation as to why the plain English

APP. 055

meaning of alert would confuse or mislead the jury and thus require a more elaborate definition.  For these reasons, the Court rejects defendants' proffered interpretations.

### IV. Conclusion

Based on the foregoing reasons, the term "velocity" is construed defined to mean "speed."  The term "non-volatile memory" means "memory that is retained when power is switched off."  The term  "mute button" means a "button for muting." The term "predetermined" means "determined in advance."  The Court rejects all other proposed interpretations.

IT IS SO ORDERED.

DATED this   29th   day of June, 2010.

_____
United States District Judge

-7-

| **Office Action Summary** | Application No. 11/196,841 | Applicant(s) FLEMING, HOYT A. |
| | Examiner | Art Unit |
| | Bernarr E. Gregory | 3662 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>05 November 2007</u>.

2a)☐ This action is **FINAL**.         2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>50-81</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>80 and 81</u> is/are allowed.

6)☒ Claim(s) <u>50,53-66,69 and 77-79</u> is/are rejected.

7)☒ Claim(s) <u>51,52,67,68 and 70-76</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

    1.☐ Certified copies of the priority documents have been received.

    2.☐ Certified copies of the priority documents have been received in Application No. _____.

    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
5)☐ Notice of Informal Patent Application
6)☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 08-06)                    **Office Action Summary**                    Part of Paper No./Mail Date 20080103

Application/Control Number:                                      Page 2
11/196,841
Art Unit: 3662

1.      Claims 80 and 81 are allowable over the prior art of record.


2.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

3.      Claims 54-63 are rejected under 35 U.S.C. 112, second paragraph, as being

indefinite for failing to particularly point out and distinctly claim the subject matter which

applicant regards as the invention.

        Each of dependent claims 54-63 is unclear in that in each "the button"

lacks antecedent basis.  It appears that this may be caused from a mistake in

dependency in the claims in that "a button" is recited in claim 53, but all of these

claims depend from claim 50.


4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(e) the invention was described in (1) an application for patent, published under section 122(b), by
another filed in the United States before the invention by the applicant for patent or (2) a patent
granted on an application for patent by another filed in the United States before the invention by the
applicant for patent, except that an international application filed under the treaty defined in section
351(a) shall have the effects for purposes of this subsection of an application filed in the United States
only if the international application designated the United States and was published under Article 21(2)
of such treaty in the English language.

5.      Claims 50, 64, 65, 66, 77, 78, and 79 are rejected under 35 U.S.C. 102(e) as

being anticipated by Ross (U.S. Patent 5,977,884 A).

Taking independent claim 50 first, Ross (U.S. Patent 5,977,884 A)

performs the action of the first method step of claim 50, that is, "alerting the

operator of the motor vehicle to the incoming police radar signal," is met by the

operation of the alarm **110** in Figure 1 of Ross (U.S. Patent 5,977,884 A). Please

note, for example, items 206 and 208 in the flowchart in Figure 2 of Ross (U.S.

Patent 5,977,884 A), which shows that the sounding of the alarm is in response

to the detection of radar. Column 1, lines 5-10 make clear that the Ross (U.S.

Patent 5,977,884 A) invention is used in a "moving vehicle," so step 1 of claim 50

is met. Next, the second and third method steps of "determining a first position of

the radar detector" and "determining a second position of the radar detector" are

met by the determination of speed in Ross (U.S. Patent 5,977,884 A). The

Abstract of Ross (U.S. Patent 5,977,884 A) plainly states that the "vehicle's

speed is determined" by a "global positioning system (GPS)." It is noted for the

written record that speed determination is performed in GPS systems by

periodically taking position measurements ("track points") and then determining

speed by the amount of time that has elapsed between the two track points. This

typical type of GPS speed determination is noted in the left column of the Chalko

article herewith. Thus, the speed determination in Ross (U.S. Patent 5,977,884

A) would necessarily involve the determination of two points of the vehicle/radar

detector in the action of the determination of the speed of the vehicle/radar

detector. Therefore, method steps two and three of independent claim 50 are

met by Ross (U.S. Patent 5,977,884 A). The "wherein ..." phrase at the end of

**APP. 059**

claim 50 is met by Ross (U.S. Patent 5,977,884 A) in that all of the track points in

Ross (U.S. Patent 5,977,884 A) are performed by the GPS receiver in Ross (U.S.

Patent 5,977,884 A).  Since all of the features of the claim 50 method are shown

in Ross (U.S. Patent 5,977,884 A), the method of independent claim 50 is

anticipated by Ross (U.S. Patent 5,977,884 A).

As for the further limitations of dependent claims 64 and 65, these are fully

met by Ross (U.S. Patent 5,977,884 A) in that a predetermined threshold or

maximum speed is set in the Ross (U.S. Patent 5,977,884 A) inventive method

so that the alarm is sounded only when a police radar signal is detected and

when the GPS measured speed of the vehicle exceeds the predetermined

threshold or maximum speed, and the alarm will not sound in response to a

police radar signal detection if the GPS measured speed of the vehicle is less

than the predetermined threshold or maximum speed.  Please see, for example,

column 3, line 25 through column 5, line 42 of Ross (U.S. Patent 5,977,884 A)

and the logic flowchart in Figure 2 of Ross (U.S. Patent 5,977,884 A).

As for the limitations of independent claim 66, the claimed "alert circuit" is

met at least by the "alarm 110"; the claimed "GPS receiver that determines a first

position of the radar detector, the GPS receiver determining a second position of

the radar detector" is met by GPS speed measuring circuitry in Ross (U.S. Patent

5,977,884 A) in that, as noted above, speed is determined in GPS units by taking

periodic position measurements and calculating speed from the elapsed time

between two measured points defining an interval; and the "display" is met by the

Application/Control Number:                                    Page 5
11/196,841
Art Unit: 3662

"visual" alarm in "Alarms **110**," as mentioned at column 3, lines 15-24 of Ross

(U.S. Patent 5,977,884 A).  Thus, independent claim 66 is anticipated by Ross

(U.S. Patent 5,977,884 A).

The further limitations of dependent claims 77 and 78 are met by Ross

(U.S. Patent 5,977,884 A) for substantially the same reasons as explained for

dependent claims 64 and 65 above.

As for independent claim 79, the "detector circuit" is met by the radar

detection circuitry in Ross (U.S. Patent 5,977,884 A); the "circuit that receives a

GPS receiver position" is met by the GPS position-determining circuitry; and the

claimed "processor that receives the GPS receiver position from the circuit" is

met by the processing circuitry that use the GPS position "track points" to

calculate the speed of the vehicle.  Thus, independent claim 79 is anticipated by

Ross (U.S. Patent 5,977,884 A).

6.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set
forth in section 102 of this title, if the differences between the subject matter sought to be patented and
the prior art are such that the subject matter as a whole would have been obvious at the time the
invention was made to a person having ordinary skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which the invention was made.

7.    Claim 53 is rejected under 35 U.S.C. 103(a) as being unpatentable over Ross

(U.S. Patent 5,977,884 A).

Application/Control Number:                                    Page 6
11/196,841
Art Unit: 3662

One of ordinary skill-in-the-art would be a person with a person with a

degree in Electrical Engineering with several years of practical experience in the

design and/or testing of radar detector systems.

Ross (U.S. Patent 5,977,884 A) differs from the further limitations of

dependent claim 53 in not mentioning the old and well-known mute button. First,

it is noted that Ross (U.S. Patent 5,977,884 A) has stated at column 2, lines 58-

65 of that reference that the Ross (U.S. Patent 5,977,884 A) device could be

made with "a standard automobile radar detector," which could have a mute

button. Further, it is noted that a mute button feature is old and well-known in

various devices that create noise (e.g., an alarm) so that the sound of the alarm

may be suppressed when it is not desired by the user. It would have been

obvious to one of ordinary skill-in-the-art to put the old and well-known mute

button on the Ross (U.S. Patent 5,977,884 A) device for the well-known

advantage of suppression of unwanted alarm sounds when they are not desired

by the user.


8.      Claims 51, 52, 67, 68, and 70-76 are objected to as being dependent upon a

rejected base claim, but would be allowable if rewritten in independent form including all

of the limitations of the base claim and any intervening claims.

Application/Control Number:                           Page 7
11/196,841
Art Unit: 3662

9.    Claims 54-63 would be allowable if rewritten to overcome the rejection(s) under

35 U.S.C. 112, 2nd paragraph, set forth in this Office action and to include all of the

limitations of the base claim and any intervening claims.


10.   Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Bernarr E. Gregory whose telephone number is (571)

272-6972.  The examiner can normally be reached on weekdays from 7:30 AM to 4:00

PM.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Thomas H. Tarcza, can be reached on (571) 272-6979.  The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov.  Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

                                        Bernarr E. Gregory
                                        Primary Examiner
                                        Art Unit 3662

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ESCORT INC.,** | |
| **Plaintiff,** | **CASE NO. 3:18-CV-161-N** |
| **v.** | **PATENT CASE** |
| **UNIDEN AMERICA CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

<u>**UNIDEN'S PARAGRAPH 4-1(a) DISCLOSURES**</u>

Pursuant to Paragraph 4-1(a) of the Court's Amended Miscellaneous Order No. 62, Defendant Uniden America Corporation ("Uniden") makes the following disclosure of proposed claim terms and claim elements from U.S. Patent Nos. RE39,038 ("the '038 Patent"), RE40,653 (the "'653 Patent"), and 7,576,679 (the "'679 Patent") (collectively, the "Patents-in-Suit") for construction. Pursuant to Paragraph 4-1(b), Uniden is prepared to meet and confer with Plaintiff at a mutually agreeable time to combine and finalize the parties' respective lists of claim terms and claim elements to be construed and to facilitate the preparation of the Joint Claim Construction and Prehearing Statement for the Patents-in-Suit.

These proposed claim terms and claim elements are based on the asserted claims identified in Plaintiff's Paragraph 3-1 and 3-2 Disclosures. If other claims become relevant through information learned in discovery or otherwise, Uniden reserves the right to propose claim terms and claim elements for construction for, and in light of, such additional claims. In the instances in which Uniden identifies a phrase below as a proposed phrase for construction, Uniden identifies for potential construction both the words within the phrase (individually) and the phrase as a whole.

1

Uniden also reserves the right to contend that any of the terms or phrases listed herein additionally or alternatively render the claim or claims in which that term or phrase appears indefinite. Uniden also reserves the right to supplement, amend, and/or modify the following list of proposed claim terms and claim elements for claim construction to facilitate the ultimate preparation of the Joint Claim Construction and Pre-Hearing Statement.

### List of Proposed Claim Terms, Phrases and Clauses in the '038 Patent for Construction

1.  "detected" (Claims 1, 11) / "utilized to detect" (Claim 21)

2.  "determining the position of a radar detector" (claim 19)

3.  "determining the velocity of the radar detector" (Claim 21)

4.  "determining the distance between the position of the radar detector and another position" (Claim 33)

5.  "determining the bearing between the position of the radar detector and another position." (Claim 34)

6.  "program storage device [*or* memory device] that is coupled to the microprocessor" (Claims 19, 21, 31, 33, 34, 35, 36, 38, 42)

7.  "the global positioning system receiver is operable to provide the microprocessor with data that indicates the velocity of the radar detector." (Claim 29). This element should be governed by 35 U.S.C. § 112(6).

8.  "the global positioning system receiver is operable to provide the microprocessor with data that indicates the heading of the radar detector." (Claim 30). This element should be governed by 35 U.S.C. § 112(6).

9.  "the micro processor is operable to disable the alert based at least in part upon the signal strength of the incoming radar signal." (Claim 49). This element should be governed by 35 U.S.C. § 112(6).

10. "the micro processor is operable to enable the alert based at least in part upon the signal strength of the incoming radar signal." (Claim 50). This element should be governed by 35 U.S.C. § 112(6).

### List of Proposed Claim Terms, Phrases and Clauses in the '653 Patent for Construction

1.  "[determining]/[determines] a first position of the radar detector" (Claim 22, 38)

**APP. 065**

2. "[determining]/[determines] a second position of the radar detector" (Claim 22, 38)

3. "the second position" (Claim 22, 27, 28, 29, 31, 32, 33, 38, 43, 45)

4. "receiving data based at least in part upon the second position" (Claim 22, 38)

5. "[based]/[based at least in part] upon data received from the [button]/[mute button]" (Claim 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 41, 42, 43, 44, 45, 46, 47)

6. "the button/a button"  (Claims 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 41, 42, 43, 44, 45, 46, 47)

7. "data related to the frequency of the incoming radar signal" (Claim 29, 33)

8. "performing an act that is unrelated to muting an alert" (Claim 34, 47)

**List of Proposed Claim Terms, Phrases and Clauses in the '679 Patent for Construction**

1. "correlates to a law enforcement signal" (Claim 1)

2. "correlates to a police signal" (Claims 28, 40)

3. "speed determining circuit" (Claim 28)

4. "position determining circuit" (Claims 1, 12, 28, 33)

5. "warning suppression mode" (Claim 1)

6. "suppress" (Claim 1)

**APP. 066**

Dated: August 20, 2018              Respectfully submitted,

By: */s/ David B. Conrad*
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Theresa M. Dawson
tdawson@fr.com
Texas Bar No. 24065128

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**UNIDEN AMERICA CORPORATION**

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 20, 2018 to all counsel of record via electronic mail.

<u>*/s/ David B. Conrad*</u>
David B. Conrad

APP. 068

US00RE39038C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (11222nd)

# United States Patent
Fleming, III

(10) **Number:** US RE39,038 C1

(45) **Certificate Issued:** *Dec. 18, 2017

(54) **METHOD AND APPARATUS FOR ALERTING AN OPERATOR OF A MOTOR VEHICLE TO AN INCOMING RADAR SIGNAL**

(76) Inventor: **Hoyt A. Fleming, III**, Boise, ID (US)

**Reexamination Request:**
No. 90/012,220, Mar. 30, 2012

**Reexamination Certificate for:**
Patent No.: **Re. 39,038**
Issued: **Mar. 28, 2006**
Appl. No.: **10/352,679**
Filed: **Jan. 28, 2003**

Certificate of Correction issued Mar. 13, 2007

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,204,798**
Issued: **Mar. 20, 2001**
Appl. No.: **09/292,089**
Filed: **Apr. 14, 1999**

(51) **Int. Cl.**
*G01S 7/40* (2006.01)
*G01S 7/02* (2006.01)

(52) **U.S. Cl.**
CPC ................................... *G01S 7/022* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,220, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Simon Ke

(57) **ABSTRACT**

A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal. This radar detector includes a microprocessor; a circuit coupled to the microprocessor for detecting the incoming police radar signal; and a global positioning system receiver coupled to the microprocessor. Upon detection of an incoming radar signal, the radar detector can utilize the position, velocity, and/or heading data from the global positioning system receiver to determine whether to generate an alert.



US RE39,038 C1

**1**

**EX PARTE
REEXAMINATION CERTIFICATE**

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **7**, **23**, **27** and **28** is confirmed.

Claims **1-6**, **8**, **18**, **25**, **26** and **45-48** are cancelled.

Claims **9-17**, **19-22**, **24**, **29-44** and **49-50** were not
reexamined.

\*   \*   \*   \*   \*

**2**

APP. 070

US00RE40653C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (9520th)

# United States Patent
Fleming, III

(10) **Number:**  **US RE40,653 C1**

(45) **Certificate Issued:**  **Feb. 22, 2013**

(54) **RADAR DETECTOR FOR DETECTING POLICE RADAR THAT RECEIVES GPS DATA**

(76) Inventor:  **Hoyt A. Fleming, III**, Boise, ID (US)

**Reexamination Request:**
No. 90/012,234, Apr. 3, 2012

**Reexamination Certificate for:**
Patent No.:  **Re. 40,653**
Issued:  **Mar. 10, 2009**
Appl. No.:  **11/196,841**
Filed:  **Aug. 2, 2005**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.:  **6,204,798**
Issued:  **Mar. 20, 2001**
Appl. No.:  **09/292,089**
Filed:  **Apr. 14, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 10/352,679, filed on Jan. 28, 2003, now Pat. No. Re. 39,038.

(51) **Int. Cl.**
*G01S 7/36*  (2006.01)
*G01S 7/42*  (2006.01)
*G01S 13/00*  (2006.01)
*G01S 19/48*  (2010.01)
*H04K 3/00*  (2006.01)

(52) **U.S. Cl.** ..................... **342/20**; 342/195; 342/357.31

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,234, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Robert Nasser

(57) **ABSTRACT**

A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal. This radar detector includes a microprocessor; a circuit coupled to the microprocessor for detecting the incoming police radar signal; and a global positioning system receiver coupled to the microprocessor. Upon detection of an incoming radar signal, the radar detector can utilize the position, velocity, and/or heading data from the global positioning system receiver to determine whether to generate an alert.



US RE40,653 C1

**1**

**EX PARTE**
**REEXAMINATION CERTIFICATE**
**ISSUED UNDER 35 U.S.C. 307**

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

**2**

The patentability of claims **22-26**, **30-33**, **38**, **41**, **42**, **45**, **46**
and **48-50** is confirmed.

Claims **1-21** were previously cancelled.

Claims **27-29**, **34-37**, **39-40**, **43**, **44**, **47** and **51** were not
reexamined.

\* \* \* \* \*