**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ESCORT INC.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**UNIDEN AMERICA CORPORATION,**<br><br>　　　　Defendant. | **CASE NO. 3:18-cv-161-N**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING UNIDEN AMERICA CORPORATION'S MOTION FOR LEAVE TO AMEND

Having considered Defendant Uniden America Corporation's Motion for Leave to Amend ("Motion") and any response thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2019, that the Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. David C. Godbey
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge