**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| ESCORT INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:18-cv-161-N |
| UNIDEN AMERICA CORPORATION, | |
| Defendant. | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY LITIGATION PENDING INTER PARTES REVIEW OF ONE OF THE PATENTS-IN-SUIT**

| Document | Appendix Page Number(s) |
|---|---|
| Exhibit 1 - Declaration of Gail Babitt | App. 3 – App. 5 |
| Exhibit 2 – Letter to Uniden (Dec. 18, 2017) | App. 6 – App. 8 |
| Exhibit 3 – Declaration of Timothy Grochocinski | App. 9 – App. 11 |

DATED: March 15, 2019

Respectfully submitted,

/s/ *Timothy E. Grochocinski*
Timothy E. Grochocinski
tim@nbafirm.com
Joseph P. Oldaker
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708-675-1974

Edward R. Nelson III
ed@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
3131 W. 7th Street, Suite 300
Fort Worth, Texas 76107
P. 817-377-9111

*COUNSEL FOR PLAINTIFF
ESCORT INC.*

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel for all parties of record on March 15, 2019 via the Court's CM/ECF system.

<i>/s/ Timothy E. Grochocinski</i>

App. 003

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:18-cv-161-N |

**DECLARATION OF GAIL BABITT IN SUPPORT OF PLAINTIFF ESCORT INC.'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY LITIGATION PENDING INTER PARTES REVIEW OF ONE OF THE PATENTS-IN-SUIT**

I, Gail Babitt, declare as follows:

1. I am the Chief Executive Officer of Escort, Inc., the plaintiff in this matter.

2. Escort is a leading manufacturer of high-performance radar and laser detection systems.

3. Escort manufactures and sells products covered by the patents-in-suit (*i.e.*, U.S. Patent Nos. RE39,038, RE40,653, and 7,576,679) in the United States and abroad ("Escort's Patented Products"). *See* https://www.escortradar.com/.

4. Uniden America Corporation is a direct competitor of Escort in the radar and laser detector market.

5. Uniden offers numerous radar detector products via its website and distributor network that directly compete with Escort's Patented Products in the United States. *See* https://www.uniden.com/catalog/automotive/radar-detectors/. This includes the accused products in this case.

6. Uniden's past, and continued, infringement of the patents-in-suit has directly impacted Escort's competitive position in the marketplace as well as its goodwill.

1

App. 004

7.  The imposition of a stay of this case, and the delay that would accompany such a stay, would be prejudicial to Escort for unreasonably extending the tactical disadvantage being imposed on Escort due to Uniden's continued infringement of the patents-in-suit.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 15, 2019

_____
Gail Babitt

# EXHIBIT 2

# Hitchcock · Evert

December 18, 2017

Mr. Eiji Hayasaki  
Uniden America Corporation  
3001 Gateway Dr., Suite 130  
Irving, TX 75063

*Via Federal Express*

Re: *Escort Inc. v. Uniden America Corporation*, Civil Action No. 2:17-cv--244, pending in the United States District Court for the Northern District of Texas, Dallas Division

Dear Mr. Hayasaki:

By way of introduction, this firm represents Escort Inc. ("Escort") in certain of its intellectual property matters. After a thorough pre-suit investigation, Escort filed the enclosed Original Complaint for Patent Infringement against Uniden America Corporation ("Uniden") today. The purpose of this letter is to demand that Uniden immediately cease all manufacture and sale of the infringing products in the United States and to invite discussion regarding how best to remedy Uniden's infringement to date.

As you will see from the Complaint, Escort has determined that three Uniden radar detection products infringe multiple Escort patents. Specifically, Escort's investigation revealed that Uniden's LRD950, R3, and DFR7 radar detector models each infringe multiple claims of U.S. Patent No. RE39,038, U.S. Patent No. RE40,653, and U.S. Patent No. 7,576,679.

Both U.S. Patent No. RE39,038 and U.S. Patent No. RE40,653 have been the subject of multiple lawsuits, and thus it is difficult to believe that Uniden is unaware of them. Moreover, given Escort's dominance in the United States market for radar and laser detectors, it strikes us as unlikely that Uniden was unaware that Escort's products offer patented features identical to those designed into the Uniden LRD950, R3 and DFR7 models. A competent prior art search would have included all three patents in suit among its results. It is thus highly likely that Uniden's infringement of U.S. Patent No. RE39,038, U.S. Patent No. RE40,653, and U.S. Patent No. 7,576,679 will be found to be willful at trial.

Even if Uniden's infringement was truly innocent, Uniden still must take immediate action to remedy it. Escort demands that Uniden:

1. Immediately cease all sales in the United States of the Uniden LRD950, R3, and DFR7 radar detectors, as well as any other radar and laser detector that infringes on U.S. Patent No. RE39,038, U.S. Patent No. RE40,653, and/or U.S. Patent No. 7,576,679;

2. Recall all infringing radar and laser detectors from any retailer or other third-party reseller who currently stocks the infringing products;

3. Cancel all orders for infringing products that have not shipped;

4. Identify all sales of infringing radar and laser detectors in the United States, specifically stating:

    a. Whether the sale was directly to a consumer or to a retailer or other third-party reseller;

Hitchcock Evert LLP · Intellectual Property Law  
750 North St. Paul Street, Suite 1110 · Dallas Texas 75201 · Tel 214.953.1111 · Fax 214.953.1121 · www.hitchcockevert.com

App. 007

Hitchcock Evert LLP

December 18, 2017
Page 2

    b. The identity of the retailers or other third-party resellers to whom the infringing products were sold;
    c. The date(s) of such sales;
    d. All revenue Uniden received from such sales; and
    e. The price at which the products were offered to consumers; and

5. Agree to pay Escort both a reasonable royalty for each infringing product sold and its attorneys' fees and court costs.

The foregoing proposed settlement terms represent Uniden's best-case scenario for resolving this litigation. If Escort is forced to obtain a court judgment after protracted litigation, Uniden is at great risk of paying substantial attorneys' fees—both Escort's and its own.

    In light of the upcoming holidays, Escort will delay formal service of the Original Complaint for a reasonable time period. I look forward to hearing from you or your counsel no later than **January 8, 2018**. Uniden's written response may be sent via email to molaughlin@hitchcockevert.com.

Sincerely yours,

Megan M. O'Laughlin

cc:    John T. Tower, Esq. – *Hitchcock Evert LLP*

**App. 008**

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br>                  Plaintiff,<br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br>                  Defendant. | Case No. 3:18-cv-161-N |

**DECLARATION OF TIMOTHY E. GROCHOCINSKI IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY LITIGATION PENDING INTER PARTES REVIEW OF ONE OF THE PATENTS-IN-SUIT**

I, Timothy E. Grochocinski, declare as follows:

1.  I am over 18 years of age and am legally competent to testify on the matters contained in this declaration.

2.  I am counsel of record for Plaintiff Escort, Inc. ("Escort") in this matter.

3.  Submitted as Exhibit 2 to Escort's responsive brief, is a true and accurate copy of the letter from Escort's counsel to Uniden, dated December 18, 2017, providing Uniden with a copy of this lawsuit and specifically identifying the patents-in-suit.

4.  On June 12, 2018, in accordance with the Scheduling Order in this matter (ECF 24), Escort served its preliminary infringement contentions.

5.  On July 27, 2018, in accordance with the Scheduling Order in this matter (ECF 24), Uniden served its preliminary invalidity contentions.

6.  On February 13, 2019, Escort served its First Set of Interrogatories and First Set of Requests for Production Directed to Uniden. On March 15, 2019, Uniden responded to this written discovery.

1

7. To date, the parties have produced over 167,000 pages of documentation in this litigation.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 15, 2019             _____/s/ Timothy E. Grochocinski_____