IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESCORT INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:18-CV-00161-N |
| | § | |
| UNIDEN AMERICA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER REQUIRING STATUS AND SCHEDULING CONFERENCE (PATENT Pt. II)

The parties are directed to confer and report to the Court within 30 days regarding the following:

a. date by which the case will be ready for trial and estimated length of trial;

b. the desirability of ADR, and the timing for ADR; and

c. anything else that needs to be considered for scheduling purposes.

Upon receipt of that report, the Court will enter a scheduling order without the necessity of a scheduling conference with the Court.

SIGNED May 23, 2019.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE