IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ESCORT INC.,**<br><br>          Plaintiff,<br><br>v.<br><br>**UNIDEN AMERICA CORPORATION,**<br><br>          Defendant. | Civil Action No. 3:18-cv-00161-N |

### JOINT STATUS REPORT AND PROPOSED SCHEDULE

Per the Court's May 23, 2019 Order (ECF 62), Escort Inc. ("Escort") and Uniden America Corporation ("Uniden") (collectively "the Parties") hereby submit the following report and proposed schedule.

A.  The Parties believe this matter will be ready for trial by <u>June 1, 2020</u> and estimate that the trial of this matter will take five trial days.

B.  The Parties previously mediated this matter unsuccessfully.  The Parties are amenable to additional ADR and have agreed on a <u>December 20, 2019</u> deadline to complete an additional mediation in this matter.

C.  The Parties respectfully submit the following proposed schedule for the remainder of this matter.

| Deadline | Event |
|---|---|
| December 13, 2019 | Deadline for close of fact discovery |
| December 20, 2019 | Deadline to complete second mediation |
| January 13, 2020 | Opening expert reports by the party with the burden of proof |
| February 17, 2020 | Rebuttal expert reports |

1

| | |
|---|---|
| March 6, 2020 | Deadline to complete expert discovery |
| March 13, 2020 | Deadline to file dispositive motions and motions to strike expert testimony, including *Daubert* motions |
| April 3, 2020 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) |
| April 10, 2020 | Serve Objections to Pretrial Disclosures and Rebuttal Pretrial Disclosures |
| April 17, 2020 | Serve Objections to Rebuttal Pretrial Disclosures |
| May 1, 2020 | File Motions *in Limine* |
| June 1, 2020 | File Joint Pretrial Order complying with LR 16.4 |
| Any time after June 14, 2020 | Trial |

Dated: June 25, 2019

Respectfully submitted,

/s/ *Timothy E. Grochocinski*
Edward R. Nelson III (TX No. 00797142)
ed@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
3131 W. 7th Street, Suite 300
Fort Worth, Texas 76107
P. 817-377-9111

Timothy E. Grochocinski (IL No. 6295055)
tim@nbafirm.com
Joseph P. Oldaker (IL No. 6295319)
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708-675-1974

*COUNSEL FOR PLAINTIFF*
*ESCORT INC.*

/s/ *David B. Conrad*
Neil J. McNabnay (TX No. 24002583)
mcnabnay@fr.com
David B. Conrad (TX No. 24049042)
conrad@fr.com
Theresa M. Dawson (TX No. 24065128)
tdawson@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
P. 214-747-5070

*COUNSEL FOR DEFENDANT*
*UNIDEN AMERICA CORP.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on counsel for all parties of record on June 25, 2019 via the Court's CM/ECF system.

/s/ *Timothy E. Grochocinski*