IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br>    Defendant. | C.A. No. 3:18-cv-161-N<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION REGARDING REDUCING
THE NUMBER OF ASSERTED CLAIMS AND PRIOR ART REFERENCES**

After having met and conferred regarding reducing both the number of claims Plaintiff Escort Inc. ("Escort") is asserting in this action, as well as the number of prior art references Defendant Uniden American Corporation ("Uniden") is asserting, the parties, through their attorneys of record, hereby stipulate and agree as follows:

1. On or before September 13, 2019, Escort will serve Uniden with a written Preliminary Election of Asserted Claims, which shall assert no more than 10 claims for each of U.S. Patent Nos. RE39,038, RE40,653, and 7,576,679.

2. If Escort timely serves Uniden with a written Preliminary Election of Asserted Claims, then on or before September 27, 2019, Uniden will serve Escort with a written Preliminary Election of Asserted Prior Art, which shall assert no more than 12 prior art references for each of U.S. Patent Nos. RE39,038, RE40,653, and 7,576,679.

3. If the parties timely serve their respective Preliminary Elections, then on or before November 30, 2019, Escort will serve Uniden with a written Final Election of Asserted Claims,

1

which shall assert no more than 5 of the claims that were identified in the Preliminary Election of Asserted Claims for each of U.S. Patent Nos. RE39,038, RE40,653, and 7,576,679.

4. If Escort timely serves Uniden with a written Final Election of Asserted Claims, then on or before December 13, 2019 Uniden will serve Escort with a written Final Election of Asserted Prior Art, which shall assert no more than 6 prior art references from those identified in the Preliminary Election of Asserted Claims for each of U.S. Patent Nos. RE39,038, RE40,653, and 7,576,679.

5. For the purposes of both the Preliminary and Final Election of Asserted Prior Art, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist. For the purposes of only the Final Election of Asserted Prior Art, each obviousness combination counts as a separate prior art reference.

6. The parties may modify this Stipulation by agreement, but should endeavor to limit the asserted claims and prior art references to the greatest extent possible. Absent agreement, post-entry motions to modify this Stipulation's numerical limits on asserted claims and prior art references, or modifications on any elections, must demonstrate good cause warranting modification.

IT IS SO STIPULATED.

August 14, 2019

| | |
|---|---|
| **FISH & RICHARDSON P.C.** | **NELSON BUMGARDNER ALBRITTON PC** |
| By: /s/ *David B. Conrad*<br>Neil J. McNabnay<br>njm@fr.com<br>Texas Bar No. 24002583<br>David B. Conrad<br>conrad@fr.com<br>Texas Bar No. 24049042<br>Theresa M. Dawson<br>tdawson@fr.com<br>Texas Bar No. 24065128<br>Michael Ellis<br>ellis@fr.com<br>Texas Bar No. 24102726<br><br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile) | By: /s/ *Timothy E. Grochocinski*<br>Edward R. Nelson III<br>TX Bar No. 00797142<br>ed@nbafirm.com<br>NELSON BUMGARDNER ALBRITTON PC<br>3131 W. 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>(817) 377-9111<br><br>Timothy E. Grochocinski<br>IL Bar No. 6295055<br>tim@nbafirm.com<br>Joseph P. Oldaker<br>IL Bar No. 6295319<br>joseph@nbafirm.com<br>NELSON BUMGARDNER ALBRITTON PC<br>15020 S. Ravinia Ave., Suite 29<br>Orland Park, Illinois 60462<br>(708) 675-1974 |
| **COUNSEL FOR DEFENDANT UNIDEN CORPORATION** | **COUNSEL FOR PLAINTIFF ESCORT INC.** |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 14, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV 5-1(d).

                                               */s/ David B. Conrad*
                                               David B. Conrad