IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIDEN AMERICA CORPORATION, <br><br> *Defendant*. | CIVIL ACTION NO.: 3:18-cv-00161-N |

ORDER GRANTING DEFENDANTS' UNOPPOSED AND
EXPEDITED MOTION TO AMEND THE PROTECTIVE ORDER

Before the Court is Defendant Uniden America Corporation's ("Uniden['s]") Unopposed Motion to Amend the Protective Order. Having considered the Motion, the Court is of the opinion that the Motion has merit and should be **GRANTED**.

Accordingly, the Court will enter the parties' First Amended Protective Order.

It is **SO ORDERED**.

Signed this the _____ day of August, 2019.

_____
David C. Godbey
United States District Judge