UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br>   *Defendant*. | CIVIL ACTION NO.: 3:18-cv-00161-N<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION TO SEVER AND STAY CLAIMS AND ISSUES PERTAINING TO U.S. PATENT NO. 7,576,679

Before the Court is Plaintiff Escort Inc.'s Unopposed Motion to Sever and Stay all Claims and Issues Pertaining to U.S. Patent No. 7,576,679. The Motion is **GRANTED**. It is hereby ORDERED that all claims and issues pertaining to U.S. Patent No. 7,576,679 are severed and stayed. The Clerk of the Court is to assign a new cause number for the severed claims and directly assign the new case to Judge Godbey.

SIGNED September 26, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE