# EXHIBIT A

**U.S. Patent No. RE39,038 – Claim Chart**

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| **Claim 1:**<br>A method, executed by a device having a position, of generating an alert to an incoming radar signal having a frequency and a signal strength, the method comprising the acts of:<br><br>[NB: Claim 1 is not asserted. It is included here only for reference to asserted claims dependent upon it.] | Uniden's R7 performs <u>a method to generate an alert to incoming radar signals</u>. During use in a vehicle, <u>the R7 has a position</u> that moves with the vehicle. The <u>incoming radar signals detected by the R7 have a frequency and a signal strength</u>—the R7 is capable of displaying information for both attributes.<br><br>**FEATURES**<br>• Super Long Range Laser Radar Detection<br>• MRCD/MRCT (Alert priority: Laser, MRCD, Ka, K, X) with customizable tones<br>• Dual Antennas display Laser direction<br>• Voice Notifications<br>• Radar band frequency displays<br>• GPS for Red Light and Speed camera locations<br>• Up to 2,000 GPS lockouts<br>• Easy to read OLED display<br>• User Mark set and voice notification<br>• Advanced K and Ka band filters<br>• Spectre I and IV undetectable<br>• Displays Signal Strength and Vehicle Battery Voltage<br>• Max. Speed Warning System |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| |

Uniden America Corporation, R7 LONG RANGE Radar/Laser Detector: User Manual, Is. 1, pp. 5, 9, 11 (March 2019) ("R7 User Manual") |
| 1(a) detecting the incoming radar signal; | Uniden's R7 detects incoming radar signals.

"The R7 detects up to 4 radar band signals (threats) at a single time. … In the following example, 2 K band, 1 X band, and 1 Ka band frequencies are detected."

R7 User Manual p. 28 |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| 1(b) determining the position of the device that detected the incoming radar signal; and | Uniden's R7 uses a Global Positioning Satellite (GPS) feature to determine the R7's position during operation.<br><br>"Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature."<br>R7 User Manual p. 5 (emphasis added)<br><br><table><tr><td>GPS</td><td>Determines your geographic location.<br>If GPS is turned on, other GPS-related menu items display.</td><td>*On* (Default)<br>*Off*</td></tr></table><br>R7 User Manual p. 14 |
| 1(c) generating an alert if the position of the device is not within a predetermined distance of a predetermined position. | Uniden's R7 provides an alarm to detected radar signals outside of a mute memory point area.<br><br>For example, radar signals are listed in the R7's "Alarm Priorities" with the following example display:<br><br><br><br>R7 User Manual p. 28<br><br>While radar signals are within the Alarm Priorities, the R7's Mute Memory feature mutes alarms when the R7 travels to a stored mute memory point location and the saved frequency is detected:<br><br>"Use Mute Memory to mute known areas of false alarms (such as department store automatic doors). The R7 remembers where you muted the audio (GPS location) and the |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | frequency you muted. <u>It will automatically mute when you travel to that location</u> and the saved frequency is detected; however, if a different frequency is detected, the R7 alerts to that different frequency."<br><br>R7 User Manual p. 28 (emphasis added) |
| **Claim 11:**<br>A method, executed by a device having a position and a velocity, of generating an alert to an incoming radar signal having a frequency and a signal strength, the method comprising the acts of:<br><br>[NB: Claim 11 is not asserted. It is included here only for reference to asserted claims dependent upon it.] | Uniden's R7 performs a method to <u>generate an alert to incoming radar signals</u>. During use in a vehicle, <u>the R7 has a position and velocity consistent with the vehicle</u>. The <u>incoming radar signals detected by the R7 have a frequency and a signal strength</u>—the R7 is capable of displaying information for both attributes.<br><br>**FEATURES**<br>• Super Long Range Laser Radar Detection<br>• MRCD/MRCT (Alert priority: Laser, MRCD, Ka, K, X) with customizable tones<br>• Dual Antennas display Laser direction<br>• Voice Notifications<br>• Radar band frequency displays<br>• GPS for Red Light and Speed camera locations<br>• Up to 2,000 GPS lockouts<br>• Easy to read OLED display<br>• User Mark set and voice notification<br>• Advanced K and Ka band filters<br>• Spectre I and IV undetectable<br>• Displays Signal Strength and Vehicle Battery Voltage<br>• Max. Speed Warning System |

EXHIBIT A

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | <br><br>Uniden America Corporation, R7 LONG RANGE Radar/Laser Detector: User Manual, Is. 1, pp. 5, 9, 11 (March 2019) ("R7 User Manual") |
| 11(a) detecting the incoming radar signal; | Uniden's R7 detects incoming radar signals.<br><br>"<u>The R7 detects up to 4 radar band signals</u> (threats) at a single time. … In the following example, 2 K band, 1 X band, and 1 Ka band frequencies are detected."<br><br><br><br>R7 User Manual p. 28 |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| 11(b) determining the velocity of the device that detected the incoming radar signal; | Uniden's R7 determines the speed at which it is moving using GPS as illustrated below:<br><br><table><tr><td>Speed Unit (GPS on)</td><td>Select the speed measurement type.</td><td>*mph* (Default)<br>*km/h*</td></tr></table><br>R7 User Manual p. 18<br><br><br>R7 User Manual p. 12 |
| 11(c) generating an alert if the velocity of the device is greater than a predetermined velocity; | Uniden's R7 provides an alarm to detected radar signals when the speed is above a predetermined speed. For example, radar signals are listed in the R7's "Alarm Priorities" with the following sample display:<br><br><br>R7 User Manual p. 28<br><br>While radar signals are within the Alarm Priorities, Uniden's R7 mutes certain alerts when the device is moving below a speed limit set in the menu: |

6

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | "QUIET RIDE<br>This function mutes X and K band radar alarms when you drive under a speed limit set in this menu (up to 90 mph/140 km/h). If X or K band signals are detected, the unit beeps once in volume level one and then goes to volume level zero. Q-Ride flashes in green on the OLED."<br><br>R7 User Manual p. 29 |
| 11(d) determining the position of the device that detected the incoming radar signal; and | Uniden's R7 uses a GPS feature to determine the R7's position during operation.<br><br>"Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature."<br>R7 User Manual p. 5 (emphasis added)<br><br><table><tr><td>GPS</td><td>Determines your geographic location.<br>If GPS is turned on, other GPS-related menu items display.</td><td>*On* (Default)<br>*Off*</td></tr></table><br>R7 User Manual p. 14 |
| 11(e) comparing the position of the device that detected the incoming radar signal to a predetermined position. | Uniden's R7 compares the position of the device to a predetermined position saved in the device. For example, the R7's Mute Memory feature mutes alarms when the R7 travels to a location that corresponds to a stored mute memory point location:<br><br>"Use Mute Memory to mute known areas of false alarms (such as department store automatic doors). The R7 remembers where you muted the audio (GPS location) and the frequency you muted. It will automatically mute when you travel to that location and the saved frequency is detected; however, if a different frequency is detected, the R7 alerts to that different frequency." |

7

EXHIBIT A

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | R7 User Manual p. 28 (emphasis added) |
| **Claim 12:** The method of **claim 11** wherein the act of determining the velocity of the device includes receiving data from a plurality of satellites. | <u>Uniden's R7 uses a GPS system to perform speed determination</u>. The GPS system uses multiple satellites to determine location. Speed is determined by identifying the location at two different times and processing the distance by time difference.<br><br>As illustrated below, Uniden's R7 requires GPS to be set to "on" for certain actions including the Speed Unit:<br><br>*Several menu items only display if GPS is set to ON. These entries are noted in the following table.*<br><br>…<br><br>Speed Unit (GPS on) — Select the speed measurement type. — *mph* (Default) *km/h*<br><br>R7 User Manual pp. 13, 18 |
| **Claim 14:** The method of **claim 11** wherein the act of determining the velocity of the device includes receiving differential global positioning data. | It is not presently known whether the Accused Instrumentality uses differential determination without disclosure of the software source code; however, differential GPS determination is a common method of determining position.<br><br>Escort believes that discovery will confirm that this method is used. |
| **Claim 16:** The method of **claim 11** wherein the act of generating an alert if the velocity of the device is greater than a predetermined velocity includes generating an | Uniden's R7 provides an alarm to detected radar signals when the speed is above a predetermined speed set by the user. For example, radar signals are listed in the R7's "Alarm Priorities" with the following example display: |

EXHIBIT A

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| alert if the velocity of the device is greater than a velocity that has been previously programmed by an operator of a motor vehicle. | <br><br>R7 User Manual p. 28<br><br>While radar signals are within the Alarm Priorities, Uniden's R7 mutes certain alerts when the device is moving below a speed limit set by the user in the menu:<br><br>"QUIET RIDE<br>This function mutes X and K band radar alarms when you drive under a speed limit set in this menu (up to 90 mph/140 km/h). If X or K band signals are detected, the unit beeps once in volume level one and then goes to volume level zero. Q-Ride flashes in green on the OLED."<br><br><br><br>R7 User Manual p. 19 |
| **Claim 18:**<br>A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal comprising: | Uniden's R7 alerts a user to incoming police radar signals. The R7 User Manual touts "Super Long Range Laser Radar Detection" designed to alert users to police signals. |

9

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| [NB: Claim 18 is not asserted. It is included here only for reference to asserted claims dependent upon it.] | **FEATURES**<br>• Super Long Range Laser Radar Detection<br>• MRCD/MRCT (Alert priority: Laser, MRCD, Ka, K, X) with customizable tones<br>• Dual Antennas display Laser direction<br>• Voice Notifications<br>• Radar band frequency displays<br>• GPS for Red Light and Speed camera locations<br>• Up to 2,000 GPS lockouts<br>• Easy to read OLED display<br>• User Mark set and voice notification<br>• Advanced K and Ka band filters<br>• Spectre I and IV undetectable<br>• Displays Signal Strength and Vehicle Battery Voltage<br>• Max. Speed Warning System<br><br>R7 User Manual p. 5<br><br>Uniden further acknowledges the understood purpose of radar detectors by addressing in the User Manual's Troubleshooting section the problem of the R7 failing to alert when a police car is seen:<br><br>The R7 did not alert when a police car was in view. / The officer may not have radar/laser units turned on.<br><br>Check that the band is turned on. Press *MENU* and cycle through the options to get to the bands. If the band is turned off, the OLED will show OFF. Turn the band on.<br><br>R7 User Manual p. 31 |

EXHIBIT A

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | |
| 18(a) a microprocessor; | Uniden's R7 includes a microprocessor:<br><br><br><br>FCC ID AMWUA1901, Internal Photographs (Top side view of main board), available at: https://fccid.io/AMWUA1901/Internal-Photos/Internal-Photo-4205275 |
| 18(b) a circuit coupled to the microprocessor for detecting the incoming police radar signal; and | Uniden's R7 includes a circuit to detect a police radar signal:<br><br>Receiver Type:<br><br>Radar — Double Conversion Super-heterodyne Self-Contained Antenna |

EXHIBIT A

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | Detector Type:<br><br>Radar — Scanning Frequency Discriminator<br><br>R7 User Manual pp. 31-32 |
| 18(c) a global positioning system receiver coupled to the microprocessor and operable to provide the microprocessor with data that indicates the position of the radar detector. | Uniden's R7 includes a GPS receiver coupled to the microprocessor, which provides data indicating the radar detector's position:<br><br>"Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature."<br>R7 User Manual p. 5 (emphasis added)<br><br>GPS — Determines your geographic location. If GPS is turned on, other GPS-related menu items display. — *On* (Default) *Off*<br><br>R7 User Manual p. 14 |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| **Claim 24:**<br>The method of **claim 1**, further comprising:<br>(d) generating the alert if the device is within the predetermined distance of the predetermined position and if either the signal strength of the incoming radar signal is greater than a predetermined signal strength or if the frequency of the incoming radar signal is not within a predetermined frequency range of a predetermined radar frequency. | Uniden's R7 provides an alarm to a detected radar signal at a mute memory point location when the detected radar signal frequency is different from the saved frequency.<br><br>"Use Mute Memory to mute known areas of false alarms (such as department store automatic doors). <u>The R7 remembers</u> where you muted the audio (GPS location) and <u>the frequency you muted. It will automatically mute when you travel to that location and the saved frequency is detected; however, if a different frequency is detected, the R7 alerts to that different frequency</u>."<br><br>R7 User Manual p. 28 (emphasis added) |
| **Claim 30:**<br>The radar detector of **claim 18**, wherein the global positioning system receiver is operable to provide the microprocessor with data that indicates the heading of the radar detector. | Uniden's R7 determines and displays the compass (heading) direction in which the R7 is moving using GPS as illustrated below:<br><br>Left Display (GPS on) \| Lets you select various attributes to display on the left side of the OLED. \| *Speed* (Default)<br>*Spd + Compass*<br>*Compass*<br>*Voltage*<br>*Altitude* (*m* or *ft*)<br><br>R7 User Manual p. 18 |
| **Claim 45:**<br>A radar detector for alerting an operator of a | Uniden's R7 alerts a user to incoming police radar signals. The manual touts "Super Long Range Laser Radar Detection" designed to alert users to police signals. |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| motor vehicle to an incoming radar signal comprising:<br><br>[NB: Claim 45 is not asserted. It is included here only for reference to asserted claims dependent upon it.] | **FEATURES**<br>• Super Long Range Laser Radar Detection<br>• MRCD/MRCT (Alert priority: Laser, MRCD, Ka, K, X) with customizable tones<br>• Dual Antennas display Laser direction<br>• Voice Notifications<br>• Radar band frequency displays<br>• GPS for Red Light and Speed camera locations<br>• Up to 2,000 GPS lockouts<br>• Easy to read OLED display<br>• User Mark set and voice notification<br>• Advanced K and Ka band filters<br>• Spectre I and IV undetectable<br>• Displays Signal Strength and Vehicle Battery Voltage<br>• Max. Speed Warning System<br><br>R7 User Manual p. 5<br><br>Uniden further acknowledges the understood purpose of radar detectors by addressing in the User Manual's Troubleshooting section the problem of the R7 failing to alert when a police car is seen:<br><br>The R7 did not alert when a police car was in view. — The officer may not have radar/laser units turned on. Check that the band is turned on. Press *MENU* and cycle through the options to get to the bands. If the band is turned off, the OLED will show OFF. Turn the band on.<br><br>R7 User Manual p. 31 |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| 45(a) a circuit operable to detect an incoming radar signal; and | Uniden's R7 includes a circuit to detect a police radar signal:<br><br><br><br>R7 User Manual pp. 31-32 |
| 45(b) a microprocessor operable to disable an alert to the incoming radar signal based at least in part upon the position of the radar detector. | Uniden's R7 includes a microprocessor that can disable an alert to a detected radar signal based in part on the radar detector's position.<br><br>For example, detected radar signals are listed in the R7's "Alarm Priorities" with the following example display:<br><br><br><br>R7 User Manual p. 28 |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | While radar signals are within the Alarm Priorities, the R7's Mute Memory feature mutes alarms when the R7 travels to a stored mute memory point location and the saved frequency is detected:<br><br>"Use Mute Memory to mute known areas of false alarms (such as department store automatic doors). The R7 remembers where you muted the audio (GPS location) and the frequency you muted. It will automatically mute when you travel to that location and the saved frequency is detected; however, if a different frequency is detected, the R7 alerts to that different frequency."<br><br>R7 User Manual p. 28 (emphasis added) |
| **Claim 49:**<br>The radar detector of **claim 45**, wherein the microprocessor is operable to disable the alert based at least in part upon the signal strength of the incoming radar signal. | Uniden's R7 includes a Highway vs. City Mode that changes the detector's operating sensitivity to the signal strength of incoming signals. Reducing the detector's sensitivity disables alerts to radar signals with low signal strength.<br><br>Selected Mode displays. \| Changes band sensitivity as follows:<br>*Highway* - Full Sensitivity<br>*City* - X and K sensitivity reduced. Ka band sensitivity same as Highway. \| *Highway* (Default)<br>*City*<br>*Advanced*<br><br>R7 User Manual p. 14<br><br>"Uniden's R7 radar detector operates in two different frequency (X, K, and Ka band) sensitivity modes – Highway and City. Highway mode is the most sensitive, with maximum detection ranges while on the highway or open road. City is on the lower end of the detection scale for city driving. City mode reduces sensitivity so that false signals (such as from automatic door openers) are filtered out."<br><br>R7 User Manual p. 25 |

EXHIBIT A

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | In addition, Uniden's R7 displays a maximum of four alerts based on signal strength. For example, if five signals are received, an alert for the signal having the lowest signal strength will not be provided: <br><br> "The R7 detects up to 4 radar band signals (threats) at a single time. The strongest rader (*sic*) signal is designated as the Priority signal, and its frequency displays on the OLED. The other signals (threats) are indicated in the left side of the display." <br><br> R7 User Manual p. 28 |
| **Claim 50:** <br> The radar detector of **claim 45**, wherein the microprocessor is operable to enable the alert based at least in part upon the signal strength of the incoming radar signal. | Uniden's R7 includes a Highway vs. City Mode that changes the detector's operating sensitivity to the signal strength of incoming signals. Increasing the detector's sensitivity enables alerts to radar signals with low signal strength, allowing an increased range. <br><br> Selected Mode displays. / Changes band sensitivity as follows: *Highway* - Full Sensitivity *City* - X and K sensitivity reduced. Ka band sensitivity same as Highway. / *Highway* (Default) *City* *Advanced* <br><br> R7 User Manual p. 14 <br><br> "Uniden's R7 radar detector operates in two different frequency (X, K, and Ka band) sensitivity modes – Highway and City. Highway mode is the most sensitive, with maximum detection ranges while on the highway or open road. City is on the lower end of the detection scale for city driving. City mode reduces sensitivity so that false signals (such as from automatic door openers) are filtered out." <br><br> R7 User Manual p. 25 |

17