EXHIBIT B

**U.S. Patent No. RE40,653 – Claim Chart**

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| **Claim 22:**<br>A method, executed by a radar detector for alerting an operator of a motor vehicle to an incoming police radar signal, the radar detector having a GPS receiver and a processor, the method comprising:<br><br>[NB: Claim 22 is not asserted. It is included here only for reference to asserted claims dependent upon it.] | Uniden's R7 performs a method for alerting a user to an incoming police radar signal. The R7 includes a Global Positioning Satellite (GPS) receiver and a processor.<br><br>"Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature."<br>Uniden America Corporation, R7 LONG RANGE Radar/Laser Detector: User Manual, Is. 1, p. 5 (March 2019) ("R7 User Manual") (emphasis added)<br><br><table><tr><td>GPS</td><td>Determines your geographic location.<br>If GPS is turned on, other GPS-related menu items display.</td><td>*On* (Default)<br>*Off*</td></tr></table><br>R7 User Manual p. 14<br><br>Uniden's R7 includes a processor:<br><br><br><br>FCC ID AMWUA1901, Internal Photographs (Top side view of main board), available at: https://fccid.io/AMWUA1901/Internal-Photos/Internal-Photo-4205275 |

EXHIBIT B

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | Uniden's R7 also includes a GPS receiver:<br><br><br><br>FCC ID AMWUA1901, Internal Photographs (Top side view of sub board), available at: https://fccid.io/AMWUA1901/Internal-Photos/Internal-Photo-4205275<br><br>Uniden further acknowledges the understood purpose of radar detectors by addressing in the User Manual's Troubleshooting section the problem of the R7 failing to alert when a police car is seen:<br><br>The R7 did not alert when a police car was in view. \| The officer may not have radar/laser units turned on. Check that the band is turned on. Press *MENU* and cycle through the options to get to the bands. If the band is turned off, the OLED will show OFF. Turn the band on.<br><br>R7 User Manual p. 31 |
| 22(a) receiving data based at least in part upon the incoming police radar signal; | Uniden's R7 receives data based on incoming police radar signals. The manual touts "Super Long Range Laser Radar Detection" designed to alert users to police signals. |

EXHIBIT B

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | **FEATURES** |

**FEATURES**

- Super Long Range Laser Radar Detection
- MRCD/MRCT (Alert priority: Laser, MRCD, Ka, K, X) with customizable tones
- Dual Antennas display Laser direction
- Voice Notifications
- Radar band frequency displays
- GPS for Red Light and Speed camera locations
- Up to 2,000 GPS lockouts
- Easy to read OLED display
- User Mark set and voice notification
- Advanced K and Ka band filters
- Spectre I and IV undetectable
- Displays Signal Strength and Vehicle Battery Voltage
- Max. Speed Warning System

R7 User Manual p. 5

Uniden's R7 includes a circuit to detect a police radar signal:

| Receiver Type: | |
|---|---|
| Radar | Double Conversion Super-heterodyne Self-Contained Antenna |

3

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | Detector Type: <br><br> Radar \| Scanning Frequency Discriminator <br><br> R7 User Manual pp. 31-32 |
| 22(b) alerting the operator of the motor vehicle to the incoming police radar signal; | Uniden's R7 provides an alarm alerting the user to detected radar signals. For example, radar signals are listed in the R7's "Alarm Priorities" with the following display: <br><br>  <br><br> R7 User Manual p. 28 <br><br> Uniden further acknowledges the understood purpose of radar detectors by addressing in the User Manual's Troubleshooting section the problem of the R7 failing to alert when a police car is seen: <br><br> The R7 did not alert when a police car was in view. \| The officer may not have radar/laser units turned on. <br><br> Check that the band is turned on. Press *MENU* and cycle through the options to get to the bands. If the band is turned off, the OLED will show OFF. Turn the band on. <br><br> R7 User Manual p. 31 |

EXHIBIT B

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| 22(c) determining a first position of the radar detector; | Uniden's R7 uses a GPS feature to determine the R7's position repeatedly during operation.<br><br>"Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature."<br>R7 User Manual p. 5 (emphasis added)<br><br><table><tr><td>GPS</td><td>Determines your geographic location.<br>If GPS is turned on, other GPS-related menu items display.</td><td>*On* (Default)<br>*Off*</td></tr></table><br>R7 User Manual p. 14<br><br>"Use Mute Memory to mute known areas of false alarms (such as department store automatic doors). The R7 remembers where you muted the audio (GPS location) and the frequency you muted. It will automatically mute when you travel to that location and the saved frequency is detected; however, if a different frequency is detected, the R7 alerts to that different frequency."<br><br>R7 User Manual p. 28 (emphasis added) |
| 22(d) determining a second position of the radar detector; and | Uniden's R7 uses a GPS feature to determine the R7's position repeatedly during operation.<br><br>"Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature." R7 User Manual p. 5 (emphasis added)<br><br><table><tr><td>GPS</td><td>Determines your geographic location.<br>If GPS is turned on, other GPS-related menu items display.</td><td>*On* (Default)<br>*Off*</td></tr></table><br>R7 User Manual p. 14 |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | "Use Mute Memory to mute known areas of false alarms (such as department store automatic doors). The R7 remembers where you muted the audio (GPS location) and the frequency you muted. It will automatically mute when you travel to that location and the saved frequency is detected; however, if a different frequency is detected, the R7 alerts to that different frequency." |
| | R7 User Manual p. 28 (emphasis added) |
| 22(e) receiving data based at least in part upon the second position; | Uniden's R7 processor receives data relating to speed and heading based on the second position. Speed and heading may be determined based on determining the position at two different times. Uniden's R7 calculates and displays speed and heading (compass) data as illustrated below: |
| | Left Display (GPS on) \| Lets you select various attributes to display on the left side of the OLED. \| *Speed* (Default) *Spd + Compass* *Compass* *Voltage* *Altitude* (*m* or *ft*) |
| | R7 User Manual p. 18 |
| | During operation, the R7 also receives data from user inputs, such as the Mute/Dim button and Mark button, which can save the location at which the button is pressed. These user inputs may be pressed at a second position to reflect the user's observation of a threat or false radar source. |
| | Save a Mute Location (Mute Memory) - press ***MUTE/DIM*** again while Mute On displays to save that GPS location and frequency to memory. Mute Memory displays on the screen. |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | **MARK** — User Mark. A User Mark is a manually tagged geographic location where an alarm is usually found. The R7 alerts when close to these User Marks.<br><br>*Add - Press* **MARK** when you are at the alarm location.<br><br>R7 User Manual pp. 8-9 |
| 22(f) wherein the determining of the second position of the radar detector is performed by the radar detector's GPS receiver; | Uniden's R7 uses a GPS feature to determine the R7's position repeatedly during operation.<br><br>"<u>Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature.</u>" R7 User Manual p. 5 (emphasis added)<br><br>GPS — Determines your geographic location. / If GPS is turned on, other GPS-related menu items display. — *On* (Default) / *Off*<br><br>R7 User Manual p. 14 |
| 22(g) wherein the receiving the data based at least in part upon the second position and the receiving the data based at least in part upon the incoming police radar signal are both performed by the radar detector's processor. | <u>Uniden's R7 processor receives data based on the incoming radar signal</u> such as frequency and signal strength:<br><br>Frequency of strongest signal<br><br> |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | Signal strength indicator<br><br>R7 User Manual p. 28<br><br><u>The R7's processor also receives data relating to speed and heading based on the second position</u>. Speed and heading may be determined based on determining the position at two different times. Uniden's R7 calculates and displays speed and heading (compass) data as illustrated below:<br><br>Left Display (GPS on) — Lets you select various attributes to display on the left side of the OLED. — *Speed* (Default) / *Spd + Compass* / *Compass* / *Voltage* / *Altitude* (*m* or *ft*)<br><br>R7 User Manual p. 18<br><br>During operation, the R7's processor also receives data from user inputs, such as the Mute/Dim button and Mark button, which can save the location at which the button is pressed. These user inputs may be pressed at a second position to reflect the user's observation of a threat or false radar source.<br><br>Save a Mute Location (Mute Memory) - press *MUTE/DIM* again while Mute On displays to save that GPS location and frequency to memory. Mute Memory displays on the screen. |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | **MARK** User Mark. A User Mark is a manually tagged geographic location where an alarm is usually found. The R7 alerts when close to these User Marks. *Add - Press* **MARK** when you are at the alarm location. |
| | R7 User Manual pp. 8-9 |
| **Claim 25:** The method of **claim 22,** wherein the radar detector includes a button, the method further comprising muting an audible alert based upon data received from the button. | Uniden's R7 includes a Mute/Dim button to mute an alert to the incoming radar signal when pressed: <br><br> Audio Jack  **MARK**  **MUTE** <br><br> **MUTE/ DIM** MUTE <br> MUTE on - Press **MUTE/DIM** to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays for a few seconds. <br> MUTE off - Press **MUTE/DIM** to restore audible alarms before the 10 second automatic mute time-out. |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | *MUTE* button (Although not labeled, press and hold *MUTE* to access *DIM* functions) | • Press the *MUTE*‑ button to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays on the R7 for a few seconds. <br> • Save a Mute location (Mute Memory) - press the *MUTE* button again while *Mute On* displays on the R7 to save that GPS location and frequency to memory. *Mute Memory* displays on the screen. <br><br> ***R7 stores 2000 points divided between Mute Memory and User Mark locations.*** |
| | Mute alarm audio during the alert | Press *MUTE/DIM* during an audio alarm to mute it. (This is especially useful in situations where the alert may be prolonged, such as at red lights.) You can also press the *MUTE* button on the power cord. |
| | R7 User Manual pp. 7, 8, 10 & 21 | |
| **Claim 27:** The method of **claim 25**, wherein the radar detector includes non-volatile memory, the method further comprising storing the second position in the non-volatile memory based at least in part upon data received from the button. | Uniden's R7 includes memory that retains data based on operation of the Mute/Dim button. The <u>stored data includes the second position that may correspond with the user's operation of the Mute/Dim button</u>: <br><br>  |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | |
|---|---|---|
| | *MUTE/ DIM* | MUTE<br><br>MUTE on - Press *MUTE/DIM* to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays for a few seconds.<br><br>MUTE off - Press *MUTE/DIM* to restore audible alarms before the 10 second automatic mute time-out.<br><br>MUTE MEMORY<br><br>Save a Mute Location (Mute Memory) - press *MUTE/DIM* again while Mute On displays to save that GPS location and frequency to memory. Mute Memory displays on the screen.<br><br>*R7 stores 2000 points divided between Mute Memory and User Mark locations.* | DIM - Changes the display brightness:<br><br>Auto (Default). Set brightness levels for the OLED display (see page 19).<br><br>Bright<br><br>Dim<br><br>Dimmer<br><br>Dark (Dark is off unless there is alert.)<br><br>Off (Off regardless of whether or not there is an alert.) |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | **MUTE** button (Although not labeled, press and hold **MUTE** to access **DIM** functions) <br><br> • Press the *MUTE* button to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays on the R7 for a few seconds. <br><br> • Save a Mute location (Mute Memory) - press the **MUTE** button again while *Mute On* displays on the R7 to save that GPS location and frequency to memory. *Mute Memory* displays on the screen. <br><br> *R7 stores 2000 points divided between Mute Memory and User Mark locations.* <br><br> • Delete Mute Memory - Press the MUTE button while *Mute Memory* displays on the R7; the R7 displays a delete confirmation message. Press the MUTE button again to confirm. <br><br> R7 User Manual pp. 7–8 & 10 |
| **Claim 28:** The method of **claim 25**, wherein the radar detector includes non-volatile memory, the method further comprising storing the second position and the frequency of the incoming radar signal in the non-volatile memory based upon data received from the button. | Uniden's R7 includes memory that retains data based on operation of the Mute/Dim button. The stored data includes the second position that may correspond with the user's operation of the Mute/Dim button and the frequency of the incoming radar signal detected at that location: <br><br>  |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | |
|---|---|---|
| | *MUTE/ DIM* | MUTE<br><br>MUTE on - Press ***MUTE/DIM*** to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays for a few seconds.<br><br>MUTE off - Press ***MUTE/DIM*** to restore audible alarms before the 10 second automatic mute time-out.<br><br>MUTE MEMORY<br><br>Save a Mute Location (Mute Memory) - press ***MUTE/DIM*** again while Mute On displays to save that GPS location and frequency to memory. Mute Memory displays on the screen.<br><br>***R7 stores 2000 points divided between Mute Memory and User Mark locations.*** | DIM - Changes the display brightness:<br><br>Auto (Default). Set brightness levels for the OLED display (see page 19).<br><br>Bright<br><br>Dim<br><br>Dimmer<br><br>Dark (Dark is off unless there is alert.)<br><br>Off (Off regardless of whether or not there is an alert.) |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | *MUTE* button (Although not labeled, press and hold *MUTE* to access *DIM* functions*)* <br><br> • Press the *MUTE* button to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays on the R7 for a few seconds. <br><br> • Save a Mute location (Mute Memory) - press the *MUTE* button again while *Mute On* displays on the R7 to save that GPS location and frequency to memory. *Mute Memory* displays on the screen. <br><br> *R7 stores 2000 points divided between Mute Memory and User Mark locations.* <br><br> • Delete Mute Memory - Press the MUTE button while *Mute Memory* displays on the R7; the R7 displays a delete confirmation message. Press the MUTE button again to confirm. <br><br> R7 User Manual pp. 7–8 & 10 |
| **Claim 29:** <br> The method of **claim 25**, wherein the radar detector includes non-volatile memory, the method further comprising storing the second position and data related to the frequency of the incoming radar signal in the non-volatile memory based upon data received from the button. | Uniden's R7 includes memory that retains data based on operation of the Mute/Dim button. The stored data includes the second position that may correspond with the user's operation of the Mute/Dim button and the frequency of the incoming radar signal detected at that location: <br><br>  |

14

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | | |
|---|---|---|---|
| | *MUTE/ DIM* | MUTE<br><br>MUTE on - Press *MUTE/DIM* to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays for a few seconds.<br><br>MUTE off - Press *MUTE/DIM* to restore audible alarms before the 10 second automatic mute time-out.<br><br>MUTE MEMORY<br><br>Save a Mute Location (Mute Memory) - press *MUTE/DIM* again while Mute On displays to save that GPS location and frequency to memory. Mute Memory displays on the screen.<br><br>*R7 stores 2000 points divided between Mute Memory and User Mark locations.* | DIM - Changes the display brightness:<br><br>Auto (Default). Set brightness levels for the OLED display (see page 19).<br><br>Bright<br><br>Dim<br><br>Dimmer<br><br>Dark (Dark is off unless there is alert.)<br><br>Off (Off regardless of whether or not there is an alert.) |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | **MUTE** button (Although not labeled, press and hold **MUTE** to access **DIM** functions) • Press the *MUTE* button to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays on the R7 for a few seconds. • Save a Mute location (Mute Memory) - press the *MUTE* button again while *Mute On* displays on the R7 to save that GPS location and frequency to memory. *Mute Memory* displays on the screen. *R7 stores 2000 points divided between Mute Memory and User Mark locations.* • Delete Mute Memory - Press the MUTE button while *Mute Memory* displays on the R7; the R7 displays a delete confirmation message. Press the MUTE button again to confirm. R7 User Manual pp. 7–8 & 10 |
| **Claim 34:** The method of **claim 25**, wherein the button is a mute button and the radar detector includes non-volatile memory, the method further comprising performing an act that is unrelated to muting an alert based upon data received from the mute button. | Uniden's R7 includes a mute button and memory that retains data based on operation of the Mute/Dim button. Unrelated to muting an alert, the R7 changes the screen's brightness based on use of the Mute/Dim button.  Audio Jack   **MARK**   **MUTE** |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | |
|---|---|---|
| | ***MUTE/*** <br> ***DIM*** | DIM - Changes the display brightness: <br><br> Auto (Default). Set brightness levels for the OLED display (see page 19). <br><br> Bright <br><br> Dim <br><br> Dimmer <br><br> Dark (Dark is off unless there is alert.) <br><br> Off (Off regardless of whether or not there is an alert.) |
| | *…* | |
| | | • Press and hold the ***MUTE*** button to change the OLED display brightness. <br><br> DIM function.  Press and hold for DIM options to display on the OLED. Press the button again to scroll through and select one of the following options: <br><br> • Auto (Default; see page 19 to set OLED brightness levels.) <br> • Bright <br> • Dim <br> • Dimmer <br> • Dark (Dark is off unless there is alert.) <br> • Off (Off regardless of whether or not there is an alert.) <br><br> ***Dim level cannot be changed during a Red Light Camera alert.*** |
| | ***MUTE*** button (Although not labeled, press and hold ***MUTE*** to access ***DIM*** functions*)* <br> *…* | |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | Change the screen's brightness · Press and hold **MUTE/DIM**. The unit displays the current brightness level. Press **MUTE/DIM** again. The R7 announces the brightness level (Bright, Dim, Dimmer, Dark, or Off) as it changes to that level.<br><br>R7 User Manual pp. 7–8, 10 & 21 |
| **Claim 36:**<br>The method of **claim 22**, wherein the radar detector has a velocity, the method further comprising generating an alert if the velocity of the radar detector is greater than a predetermined velocity. | During use in a vehicle, the R7 has a velocity consistent with the vehicle. Uniden's R7 determines and displays the speed at which the R7 is moving using GPS as illustrated below:<br><br>Speed Unit (GPS on) · Select the speed measurement type. · *mph* (Default) *km/h*<br><br>R7 User Manual p. 18<br><br>Quiet Ride · Information displayed:<br>• Current speed in mph/km/h<br>• Signal strength indicators (single indicator shown)<br>• Status Area (Q-Ride displays)<br><br>R7 User Manual p. 12<br><br>Uniden's R7 also provides an alarm to detected radar signals when the velocity of the device is greater than a predetermined speed. For example, radar signals are listed in the R7's "Alarm Priorities" with the following display: |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | <br><br>R7 User Manual p. 28<br><br>While radar signals are within the Alarm Priorities, Uniden's R7 mutes certain alerts when the device is moving below a speed limit set in the menu:<br><br>    "QUIET RIDE<br>    <u>This function mutes X and K band radar alarms when you drive under a speed limit set in this menu (up to 90 mph/140 km/h)</u>. If X or K band signals are detected, the unit beeps once in volume level one and then goes to volume level zero. Q-Ride flashes in green on the OLED."<br><br>R7 User Manual p. 29 |
| **Claim 37:**<br>The method of **claim 22**, wherein the radar detector has a velocity, the method further comprising muting an alert if the velocity of the radar detector is less than a predetermined velocity. | During use in a vehicle, <u>the R7 has a velocity consistent with the vehicle</u>. Uniden's R7 determines and displays the speed at which the R7 is moving using GPS as illustrated below:<br><br><br>R7 User Manual p. 18 |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|



R7 User Manual p. 12

Uniden's R7 also provides an alarm to detected radar signals when the speed is greater than a predetermined speed. For example, radar signals are listed in the R7's "Alarm Priorities" with the following display:

R7 User Manual p. 28

While radar signals are within the Alarm Priorities, Uniden's R7 mutes certain alerts when the device is moving below a speed limit set in the menu:

"QUIET RIDE
This function mutes X and K band radar alarms when you drive under a speed limit set in this menu (up to 90 mph/140 km/h). If X or K band signals are detected, the unit beeps once in volume level one and then goes to volume level zero. Q-Ride flashes in green on the OLED."

R7 User Manual p. 29

20

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| **Claim 38:**<br>A radar detector for alerting an operator of a motor vehicle to an incoming police radar signal, the radar detector comprising:<br><br>[NB: Claim 38 is not asserted. It is included here only for reference to asserted claims dependent upon it.] | Uniden's R7 alerts a user to incoming police radar signals. The manual touts "Super Long Range Laser Radar Detection" designed to alert users to police signals.<br><br>**FEATURES**<br>• Super Long Range Laser Radar Detection<br>• MRCD/MRCT (Alert priority: Laser, MRCD, Ka, K, X) with customizable tones<br>• Dual Antennas display Laser direction<br>• Voice Notifications<br>• Radar band frequency displays<br>• GPS for Red Light and Speed camera locations<br>• Up to 2,000 GPS lockouts<br>• Easy to read OLED display<br>• User Mark set and voice notification<br>• Advanced K and Ka band filters<br>• Spectre I and IV undetectable<br>• Displays Signal Strength and Vehicle Battery Voltage<br>• Max. Speed Warning System<br><br>R7 User Manual p. 5<br><br>Uniden further acknowledges the understood purpose of radar detectors by addressing in the User Manual's Troubleshooting section the problem of the R7 failing to alert when a police car is seen: |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | The R7 did not alert when a police car was in view. <br><br> R7 User Manual p. 31 | The officer may not have radar/laser units turned on. <br><br> Check that the band is turned on. Press *MENU* and cycle through the options to get to the bands. If the band is turned off, the OLED will show OFF. Turn the band on. |
| 38(a) an alert circuit that alerts the operator of the motor vehicle to the incoming police radar signal; | Uniden's R7 includes a circuit to detect a police radar signal and alert the user to the incoming signal: <br><br> **Receiver Type:** <br><br> Radar — Double Conversion Super-heterodyne Self-Contained Antenna <br><br> **Detector Type:** <br><br> Radar — Scanning Frequency Discriminator <br><br> R7 User Manual pp. 31-32 <br><br> The R7 includes a circuit to provide threats to the user via a display and audible alerts. For example, radar signals are listed in the R7's "Alarm Priorities" with the following display of an alarm to an incoming signal: |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| |  |
| | R7 User Manual p. 28 |
| | The R7 also includes voice alerts to audibly warn a user: |
| |  |
| | R7 User Manual p. 31 |
| 38(b) a GPS receiver that determines a first position and a second position of the radar detector; | Uniden's R7 uses a GPS feature to determine the R7's position repeatedly during operation including when determining the speed and heading.<br><br>"Uniden's R7 is a top of the line Radar Detector with a built-in GPS feature."<br>R7 User Manual p. 5 (emphasis added)<br><br> |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| |  |

R7 User Manual pp. 14 & 17

"Use Mute Memory to mute known areas of false alarms (such as department store automatic doors). The R7 remembers where you muted the audio (GPS location) and the frequency you muted. It will automatically mute when you travel to that location and the saved frequency is detected; however, if a different frequency is detected, the R7 alerts to that different frequency."

R7 User Manual p. 14 (emphasis added)

| 38(c) a processor, the processor receiving data based at least in part upon the second position, the processor also receiving data based at least in part upon the incoming police radar signal; and | Uniden's R7 processor receives data based on the second position and the incoming radar signal:



R7 User Manual p. 12

The R7's processor also receives data relating to speed and heading based on the second position. Speed and heading may be determined based on determining the position at two different times. Uniden's R7 calculates and displays speed and heading (compass) data as illustrated below: |

EXHIBIT B

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | Left Display (GPS on) / Lets you select various attributes to display on the left side of the OLED. / *Speed* (Default) *Spd + Compass Compass Voltage Altitude* (m or ft) |
| | R7 User Manual p. 17 |
| 38(d) a display that generates a visual indication based at least in part upon the second position of the radar detector. | The R7 includes a display that can indicate data relating to speed and heading based on the second position. Speed and heading may be determined based on determining the position at two different times. Uniden's R7 calculates and displays speed and heading (compass) data as illustrated below: |
| | Left Display (GPS on) / Lets you select various attributes to display on the left side of the OLED. / *Speed* (Default) *Spd + Compass Compass Voltage Altitude* (m or ft) |
| | R7 User Manual p. 17 |
| **Claim 43:** The radar detector of claim 38, wherein the radar detector includes a button and non-volatile memory and the radar detector stores the second position and the frequency of the incoming radar signal in the non-volatile memory based upon data received from the button. | Uniden's R7 includes memory that retains data based on operation of the Mute/Dim button. The stored data includes the second position that may correspond with the user's operation of the Mute/Dim button and the frequency of the incoming radar signal detected at that location: |

EXHIBIT B

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | |
|---|---|---|
| | **MUTE/ DIM** | MUTE<br><br>MUTE on - Press **MUTE/DIM** to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays for a few seconds.<br><br>MUTE off - Press **MUTE/DIM** to restore audible alarms before the 10 second automatic mute time-out.<br><br>MUTE MEMORY<br><br>Save a Mute Location (Mute Memory) - press **MUTE/DIM** again while Mute On displays to save that GPS location and frequency to memory. Mute Memory displays on the screen.<br><br>*R7 stores 2000 points divided between Mute Memory and User Mark locations.* | DIM - Changes the display brightness:<br><br>Auto (Default). Set brightness levels for the OLED display (see page 19).<br><br>Bright<br><br>Dim<br><br>Dimmer<br><br>Dark (Dark is off unless there is alert.)<br><br>Off (Off regardless of whether or not there is an alert.) |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | ***MUTE*** button (Although not labeled, press and hold ***MUTE*** to access ***DIM*** functions*)* <br><br> • Press the *MUTE* button to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays on the R7 for a few seconds. <br><br> • Save a Mute location (Mute Memory) - press the ***MUTE*** button again while *Mute On* displays on the R7 to save that GPS location and frequency to memory. *Mute Memory* displays on the screen. <br><br> ***R7 stores 2000 points divided between Mute Memory and User Mark locations.*** <br><br> • Delete Mute Memory - Press the MUTE button while *Mute Memory* displays on the R7; the R7 displays a delete confirmation message. Press the MUTE button again to confirm. <br><br> R7 User Manual pp. 7–8 & 10 |
| **Claim 44:** <br> The radar detector of **claim 38**, wherein the radar detector includes a mute button and non-volatile memory and the radar detector stores data in the non-volatile memory based upon data received from the mute button. | Uniden's R7 includes a mute button and memory that retains data based on operation of the Mute/Dim button. The <u>stored data includes the second position that may correspond with the user's operation of the Mute/Dim button and the frequency of the incoming radar signal detected at that location</u>: <br><br>  |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | | |
|---|---|---|---|
| | *MUTE/ DIM* | MUTE<br><br>MUTE on - Press *MUTE/DIM* to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays for a few seconds.<br><br>MUTE off - Press *MUTE/DIM* to restore audible alarms before the 10 second automatic mute time-out.<br><br>MUTE MEMORY<br><br>Save a Mute Location (Mute Memory) - press *MUTE/DIM* again while Mute On displays to save that GPS location and frequency to memory. Mute Memory displays on the screen.<br><br>*R7 stores 2000 points divided between Mute Memory and User Mark locations.* | DIM - Changes the display brightness:<br><br>Auto (Default). Set brightness levels for the OLED display (see page 19).<br><br>Bright<br><br>Dim<br><br>Dimmer<br><br>Dark (Dark is off unless there is alert.)<br><br>Off (Off regardless of whether or not there is an alert.) |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") |
|---|---|
| | *MUTE* button (Although not labeled, press and hold *MUTE* to access *DIM* functions) | • Press the *MUTE* button to mute an alarm. Returns to normal operation 10 seconds after the alert ends or if a different band is detected during Mute mode. *Mute On* displays on the R7 for a few seconds.<br><br>• Save a Mute location (Mute Memory) - press the *MUTE* button again while *Mute On* displays on the R7 to save that GPS location and frequency to memory. *Mute Memory* displays on the screen.<br><br>**R7 stores 2000 points divided between Mute Memory and User Mark locations.**<br><br>• Delete Mute Memory - Press the MUTE button while *Mute Memory* displays on the R7; the R7 displays a delete confirmation message. Press the MUTE button again to confirm.<br><br>R7 User Manual pp. 7–8 & 10 |
| **Claim 47:**<br>The radar detector of **claim 38**, wherein the radar detector includes a mute button and non-volatile memory and the radar detector performs an act that is unrelated to muting an alert based upon data received from the mute button. | Uniden's R7 includes a mute button and memory that retains data based on operation of the Mute/Dim button. Unrelated to muting an alert, the R7 changes the screen's brightness based on use of the Mute/Dim button.<br><br> |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | |
|---|---|---|
| | *MUTE/* *DIM* | DIM - Changes the display brightness: <br><br> Auto (Default). Set brightness levels for the OLED display (see page 19). <br><br> Bright <br><br> Dim <br><br> Dimmer <br><br> Dark (Dark is off unless there is alert.) <br><br> Off (Off regardless of whether or not there is an alert.) |
| | … | |
| | *MUTE* button (Although not labeled, press and hold *MUTE* to access *DIM* functions*)* … | • Press and hold the *MUTE* button to change the OLED display brightness. <br><br> DIM function.  Press and hold for DIM options to display on the OLED. Press the button again to scroll through and select one of the following options: <br><br> • Auto (Default; see page 19 to set OLED brightness levels.) <br> • Bright <br> • Dim <br> • Dimmer <br> • Dark (Dark is off unless there is alert.) <br> • Off (Off regardless of whether or not there is an alert.) <br><br> *Dim level cannot be changed during a Red Light Camera alert.* |

| Asserted Claim | Accused Instrumentality—Uniden's R7 Extreme Long Range Radar/Laser Detector ("R7") | |
|---|---|---|
| | Change the screen's brightness | Press and hold **MUTE/DIM**. The unit displays the current brightness level. Press **MUTE/DIM** again. The R7 announces the brightness level (Bright, Dim, Dimmer, Dark, or Off) as it changes to that level. |
| | R7 User Manual pp. 7–8, 10 & 21 | |