UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNIDEN AMERICA CORPORATION, <br><br> *Defendant*. | CIVIL ACTION NO.: 3:18-cv-00161-N <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS

Before the Court is Escort's Unopposed Motion for Leave to Amend Preliminary Infringement Contentions. The Motion is **GRANTED**. Escort has leave to amend its preliminary infringement contentions to add the Uniden R7 as an accused instrumentality. Escort's preliminary contentions are deemed to include the Uniden R7 as an accused instrumentality as charted in Exhibits A and B to Escort's Motion for Leave.

SIGNED October 8, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE