# Exhibit 6

| | |
|---|---|
| **From:** | Theresa Dawson |
| **To:** | Timothy Grochocinski; David Conrad |
| **Cc:** | Michael Ellis; Joseph Oldaker; Kristine Hubert; Ed Nelson; Elizabeth Poppell |
| **Subject:** | RE: Uniden Deposition Dates |
| **Date:** | Thursday, October 24, 2019 9:10:26 AM |
| **Attachments:** | image001.png |

Tim:

Please see the table below for the Uniden 30(b)(6) deponents and each topic for which they will be presented:

| Date | Uniden 30(b)(6) Deponent | Topics |
|---|---|---|
| 11/5 | Mark Pagnotta | 11-15, 18, 19, 23, 24, 34, 35, 42-45 |
| 11/6 | Norma Cope | 1-5, 7-10, 20-22, 25-33, 36-41 |

For the reasons set forth in Uniden's 10/23 objections, Uniden will not present a witness for Topics 6, 16 and 17.

Thanks,
Theresa

---

**From:** Timothy Grochocinski <tim@nbafirm.com>
**Sent:** Wednesday, October 23, 2019 1:05 PM
**To:** Theresa Dawson <tdawson@fr.com>; David Conrad <Conrad@fr.com>
**Cc:** Michael Ellis <ellis@fr.com>; Joseph Oldaker <joseph@nbafirm.com>; Kristine Hubert <kris@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Elizabeth Poppell <Poppell@fr.com>
**Subject:** RE: Uniden Deposition Dates

We will get you an identification of the topics for Mr. Kuhn and Ms. Babitt.

Please let us know which topics Norma Cope will be offered for.

**Timothy E. Grochocinski** | **Attorney** | P. 708.675.1974
**Nelson Bumgardner Albritton PC** | 15020 S. Ravinia Avenue, Suite 29 | Orland Park, IL 60462
tim@nbafirm.com | www.nbafirm.com



*This message and any attached documents contain information from the law firm of Nelson Bumgardner Albritton PC that may be confidential and/or privileged.  If you are not the intended recipient, you may not read, copy, distribute, or use this information.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Theresa Dawson [mailto:tdawson@fr.com]
**Sent:** Wednesday, October 23, 2019 11:51 AM
**To:** Timothy Grochocinski <tim@nbafirm.com>; David Conrad <Conrad@fr.com>
**Cc:** Michael Ellis <ellis@fr.com>; Joseph Oldaker <joseph@nbafirm.com>; Kristine Hubert <kris@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Elizabeth Poppell <Poppell@fr.com>
**Subject:** RE: Uniden Deposition Dates

Tim,

We had previously indicated that Mr. Pagnotta will testify regarding topics Nos. 16 and 17. Per the attached objections, Uniden will not produce a witness on those topics, as they seek only irrelevant information due to the expiration of the patents earlier this year. If we have misconstrued the topics, please let us know. Mr. Pagnotta will be presented only for topics 11-15, 18-19, 23, 24, 34, 35, 42-45.

Also, please identify the specific topic numbers that Mr. Kuhn and Ms. Babitt will be presented for.

Thanks,
Theresa

---

**From:** Timothy Grochocinski <tim@nbafirm.com>

**Sent:** Friday, October 18, 2019 11:35 AM
**To:** Theresa Dawson <tdawson@fr.com>; David Conrad <Conrad@fr.com>
**Cc:** Michael Ellis <ellis@fr.com>; Joseph Oldaker <joseph@nbafirm.com>; Kristine Hubert <kris@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Elizabeth Poppell <Poppell@fr.com>
**Subject:** RE: Uniden Deposition Dates

11/5 works.

---

**From:** Theresa Dawson <tdawson@fr.com>
**Sent:** Wednesday, October 16, 2019 3:20 PM
**To:** Timothy Grochocinski <tim@nbafirm.com>; David Conrad <Conrad@fr.com>
**Cc:** Michael Ellis <ellis@fr.com>; Joseph Oldaker <joseph@nbafirm.com>; Kristine Hubert <kris@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Elizabeth Poppell <Poppell@fr.com>
**Subject:** RE: Uniden Deposition Dates

Tim:

Mr. Pagnotta will be presented for the marketing-related topics, including topics 11-19, 23, 24, 34, 35, 42-45. Please confirm that the 11/5 date works on your end.

Thanks,
Theresa

---

**From:** Timothy Grochocinski <tim@nbafirm.com>
**Sent:** Tuesday, October 15, 2019 11:26 AM
**To:** Theresa Dawson <tdawson@fr.com>; David Conrad <Conrad@fr.com>
**Cc:** Michael Ellis <ellis@fr.com>; Joseph Oldaker <joseph@nbafirm.com>; Kristine Hubert <kris@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Elizabeth Poppell <Poppell@fr.com>
**Subject:** RE: Uniden Deposition Dates

Please let us know what topics Mr. Pagnotta will be presented for.

We are trying to see whether the proper people on our end are available that day, but it depends on what topics he is being designated for.

**Timothy E. Grochocinski** | Attorney | P. 708.675.1974
**Nelson Bumgardner Albritton PC** | 15020 S. Ravinia Avenue, Suite 29 | Orland Park, IL 60462
tim@nbafirm.com | www.nbafirm.com



*This message and any attached documents contain information from the law firm of Nelson Bumgardner Albritton PC that may be confidential and/or privileged.  If you are not the intended recipient, you may not read, copy, distribute, or use this information.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Theresa Dawson [mailto:tdawson@fr.com]
**Sent:** Monday, October 14, 2019 4:01 PM
**To:** Timothy Grochocinski <tim@nbafirm.com>; David Conrad <Conrad@fr.com>
**Cc:** Michael Ellis <ellis@fr.com>; Joseph Oldaker <joseph@nbafirm.com>; Kristine Hubert <kris@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Elizabeth Poppell <Poppell@fr.com>
**Subject:** RE: Uniden Deposition Dates

Tim:

Both Norma Cope and Mark Pagnotta are Uniden 30(b)(6) representatives. We had already confirmed a November 6th date for Ms. Cope, and she will be put up only once for both notices. Mr. Pagnotta is available on November 5th. Please confirm that the 11/5 date works on your end.

Thanks,
Theresa

**From:** Timothy Grochocinski <tim@nbafirm.com>
**Sent:** Monday, October 14, 2019 9:05 AM
**To:** David Conrad <Conrad@fr.com>
**Cc:** Theresa Dawson <tdawson@fr.com>; Michael Ellis <ellis@fr.com>; Joseph Oldaker <joseph@nbafirm.com>; Kristine Hubert <kris@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Elizabeth Poppell <Poppell@fr.com>
**Subject:** Uniden Deposition Dates

David –

Please let us know when we can expect proposed dates for Uniden's 30(b)(6) deposition.

To the extent they will not be 30(b)(6) representatives, please also provide us with available dates to depose Mark Pagnotta and Eiji Hayasaki.

Tim

**Timothy E. Grochocinski** | **Attorney** | P. 708.675.1974
**Nelson Bumgardner Albritton PC** | 15020 S. Ravinia Avenue, Suite 29 | Orland Park, IL 60462
tim@nbafirm.com | www.nbafirm.com



*This message and any attached documents contain information from the law firm of Nelson Bumgardner Albritton PC that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

```
************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original message.
************************************************************************************************


************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original message.
************************************************************************************************


************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original message.
************************************************************************************************


************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original message.
************************************************************************************************
```