IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESCORT INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-161-N |
| | § | |
| UNIDEN AMERICA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

It is hereby ORDERED that an expedited hearing is scheduled in this case on Monday, December 9, 2019, at 5:00 p.m. on Plaintiff's Motion to Compel [77]. Defendant's Response should be filed on or before December 6, 2019, at 12:00 noon. The hearing will be held in Courtroom 1505.

It is further ORDERED that no reply brief will be permitted. No evidence will be received at this hearing. If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order.

SIGNED November 25, 2019.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE