IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC., | |
| Plaintiff, | C.A. No. 3:18-cv-161-N |
| v. | PATENT CASE |
| UNIDEN AMERICA CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE

This filing serves as notice that the parties to the above-captioned action have resolved matters made the subject of Plaintiff Escort Inc.'s Motion to Compel (ECF 77). For this reason, the hearing set for December 9, 2019 at 5:00 pm is no longer necessary, and the Court's attention to the subject Motion is no longer required.

DATED: December 9, 2019

Respectfully submitted,

/s/ *Edward R. Nelson III*
Edward R. Nelson III
ed@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
3131 W. 7th Street, Suite 300
Fort Worth, Texas 76107
P. 817-377-9111

Timothy E. Grochocinski
tim@nbafirm.com
Joseph P. Oldaker
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708-675-1974

*COUNSEL FOR PLAINTIFF ESCORT INC.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on counsel for all parties of record on December 9, 2019 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*