# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ESCORT INC., *Plaintiff*, v. UNIDEN AMERICA CORPORATION, *Defendant*. | CIVIL ACTION NO.: 3:18-cv-00161-N |

## PROPOSED ORDER GRANTING UNIDEN'S UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Before the Court is Defendant's Unopposed Motion for Leave to Amend Preliminary Invalidity Contentions. Finding that Defendant has shown good cause to amend, that motion is **GRANTED**.

It is SO ORDERED.

Signed this the _____ day of _____, _____.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE