IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ESCORT INC.,**<br>Plaintiff,<br>v.<br>**UNIDEN AMERICA CORPORATION,**<br>Defendant. | Civil Action No. 3:18-cv-00161-N |

### JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Escort Inc. and Defendant Uniden America Corporation (together "the Parties") respectfully request that this Court amend the upcoming deadlines under the Parties' current schedule. Specifically, the Parties request that the Court grant an approximately two-month extension of the trial date, and other pretrial deadlines, as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Responsive expert reports | February 17, 2020 | February 28, 2020 |
| Rebuttal expert reports | February 28, 2020 (by agreement) | No deadline (the Parties have agreed not to serve rebuttal expert reports) |
| Dispositive / Daubert motions | March 13, 2020 | April 23, 2020 |
| File pretrial materials | May 22, 2020 | July 24, 2020 |
| Final PTC | TBD | TBD |
| Trial | June 22, 2020 | August 24, 2020 |

The Parties have conferred about expert reporting and expert and lay witness scheduling issues, both with respect to expert deposition scheduling and the current trial scheduling, and in

1

doing so encountered a number of conflicts and issues. In order to resolve these issues the Parties conferred and consulted the Court on the above requested amended schedule. The Parties respectfully request that the Court enter the same.

Dated: Respectfully submitted,

| | |
|---|---|
| /s/ Edward R. Nelson III | /s/ Noel Chakkalakal |
| Edward R. Nelson III (TX No. 00797142) | Neil J. McNabnay (TX No. 24002583) |
| ed@nbafirm.com | mcnabnay@fr.com |
| NELSON BUMGARDNER ALBRITTON PC | David B. Conrad (TX No. 24049042) |
| 3131 W. 7th Street, Suite 300 | conrad@fr.com |
| Fort Worth, Texas 76107 | Theresa M. Dawson (TX No. 24065128) |
| P. 817-377-9111 | tdawson@fr.com |
| | Michael R. Ellis (TX No. 24102726) |
| Timothy E. Grochocinski (IL No. 6295055) | ellis@fr.com |
| tim@nbafirm.com | Noel Chakkalakal |
| Joseph P. Oldaker (IL No. 6295319) | chakkalakal@fr.com |
| joseph@nbafirm.com | FISH & RICHARDSON P.C. |
| NELSON BUMGARDNER ALBRITTON PC | 1717 Main Street, Suite 5000 |
| 15020 S. Ravinia Ave., Suite 29 | Dallas, Texas 75201 |
| Orland Park, Illinois 60462 | P. 214-747-5070 |
| P. 708-675-1974 | |
| | *COUNSEL FOR DEFENDANT* |
| *COUNSEL FOR PLAINTIFF* | *UNIDEN AMERICA CORP.* |
| *ESCORT INC.* | |

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel for all parties of record on February 13, 2020 via the Court's CM/ECF system.

>*/s/ Edward R. Nelson III*
>Edward R. Nelson III