IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ESCORT INC.,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**UNIDEN AMERICA CORPORATION,**<br><br>　　　　　　　Defendant. | Civil Action No. 3:18-cv-00161-N |

# [PROPOSED] ORDER

Motion having been made and this Court being sufficiently advised,

IT IS HEREBY ORDERED that the parties' Joint Motion to Amend the Scheduling Order is hereby GRANTED. IT IS HEREBY ORDERED that the following deadlines be amended as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Responsive expert reports | February 17, 2020 | February 28, 2020 |
| Rebuttal expert reports | February 28, 2020 (by agreement) | No deadline (the Parties have agreed not to serve rebuttal expert reports) |
| Dispositive / Daubert motions | March 13, 2020 | April 23, 2020 |
| File pretrial materials | May 22, 2020 | July 24, 2020 |
| Final PTC | TBD | TBD |
| Trial | June 22, 2020 | August 24, 2020 |

It is SO ORDERED.

Signed this the _____ day of February, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE