IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ESCORT INC.,** <br> Plaintiff, <br> v. <br> **UNIDEN AMERICA CORPORATION,** <br> Defendant. | Civil Action No. 3:18-cv-00161-N |

## AMENDED SCHEDULING ORDER

Motion having been made and this Court being sufficiently advised,

IT IS HEREBY ORDERED that the parties' Joint Motion to Amend the Scheduling Order [87] is hereby GRANTED. IT IS HEREBY ORDERED that the following deadlines be amended as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Responsive expert reports | February 17, 2020 | February 28, 2020 |
| Rebuttal expert reports | February 28, 2020 (by agreement) | No deadline (the Parties have agreed not to serve rebuttal expert reports) |
| Dispositive / Daubert motions | March 13, 2020 | April 23, 2020 |
| File pretrial materials | May 22, 2020 | July 24, 2020 |
| Final PTC | TBD | TBD |
| Trial | June 22, 2020 | August 24, 2020 |

SIGNED February 18, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE