IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br>    Defendant. | CASE NO 3:18-cv-161-N<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### UNIDEN AMERICA CORPORATION'S
### MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in Uniden's Brief Supporting Its Motion for Summary Judgment and accompanying Appendix, Uniden respectfully moves for:

(1) Summary judgment that Escort cannot establish that it is the exclusive owner of U.S. Patent Nos. RE39,038 and RE40,653 (the "Asserted Patents") and thus lacks standing in this action;

(2) Partial summary judgment that Escort is not entitled to pre-suit damages for the LRD950, R3, and DFR7 products under 35 U.S.C. § 287 because Escort failed to properly mark any of its relevant products or materials, or otherwise give notice that the LRD950, R3, and DFR7 products allegedly infringe the Asserted Patents prior to the time Escort filed its Complaint;

(3) Partial summary judgment that Escort is not entitled to any damages for the R7 product under 35 U.S.C. § 287 because Escort failed to properly mark any of its relevant products or materials, or otherwise give notice that the R7 product allegedly infringes the Asserted Patents prior to the expiration of the Asserted Patents; and

(4) Partial summary judgment that Escort is not entitled to enhanced damages because Escort has not met its burden to show that Uniden's conduct was willful.

Uniden respectfully requests that the Court grant its Motion for Summary Judgment. Each of the matters required by Local Rule 56.3 will be set forth in Uniden's Brief Supporting its Motion for Summary Judgment.

-1-

Dated: April 23, 2020								Respectfully submitted,

												By:	/s/ David B. Conrad
													Neil J. McNabnay
													njm@fr.com
													Texas Bar No. 24002583
													David B. Conrad
													conrad@fr.com
													Texas Bar No. 24049042
													Theresa M. Dawson
													tdawson@fr.com
													Texas Bar No. 24065128
													Michael Ellis
													ellis@fr.com
													Texas Bar No. 24102726
													Noel F. Chakkalakal
													 Texas Bar No. 24053676
													chakkalakal@fr.com

													FISH & RICHARDSON P.C.
													1717 Main Street, Suite 5000
													Dallas, TX 75201
													(214) 747-5070 (Telephone)
													(214) 747-2091 (Facsimile)

													**ATTORNEYS FOR DEFENDANT**
													**UNIDEN AMERICA CORPORATION**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 23, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

									/s/ David B. Conrad
									David B. Conrad