UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br> *Plaintiff*,<br><br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br> *Defendant*. | CIVIL ACTION NO.: 3:18-cv-00161-N<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANT UNIDEN AMERICA CORPORATION'S MOTION TO STRIKE
PORTIONS OF PHILIP GREEN'S EXPERT REPORT**

For reasons set forth in the accompanying memorandum of law, Defendant Uniden America Corporation ("Uniden") respectfully moves the Court for an order striking two categories of opinions from Mr. Green's expert report. *First*, lost profits opinions that rely on unreliable data (among other issues). *Second*, opinions on price erosion that do not address price elasticity or market factors.

Dated: April 23, 2020                                   Respectfully submitted,

                 By: /s/ *David B. Conrad*
                    Neil J. McNabnay
                    njm@fr.com
                    Texas Bar No. 24002583
                    David B. Conrad
                    conrad@fr.com
                    Texas Bar No. 24049042
                    Theresa M. Dawson
                    tdawson@fr.com
                    Texas Bar No. 24065128
                    Michael R. Ellis
                    ellis@fr.com
                    Texas Bar No. 24102726
                    Noel Chakkalakal
                    chakkalakal@fr.com
                    Texas Bar No. 24053676

                    **FISH & RICHARDSON P.C.**
                    1717 Main Street, Suite 5000
                    Dallas, TX 75201
                    (214) 747-5070 (Telephone)
                    (214) 747-2091 (Facsimile)

*Counsel for Defendant*
*Uniden America Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the on April 23, 2020, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). I hereby certify that I have served all counsel who are deemed to have consented to electronic service or by another manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ David B. Conrad*
David B. Conrad

**CERTIFICATE OF CONFERENCE UNDER L.R. 7.1(b)**

Pursuant to Local Rule 7.1(b), I hereby certify that on April 23, 2020, I conferred with counsel of record for Escort in this matter. Both sides explained their substantive positions, but agreement could not be reached. Therefore, this motion is opposed.

*/s/ David B. Conrad*
David B. Conrad