IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br>                  Plaintiff,<br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br>                  Defendant. | Case No. 3:18-cv-161-N |

## PLAINTIFF ESCORT INC.'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF PHILIP GREEN'S EXPERT REPORT

Escort and Uniden are competitors in the GPS-enabled radar detector market, making probable lost profits, including price erosion, an appropriate measure of damages in this case. Uniden does nothing by its motion and supporting brief except express disagreement with the facts that underpin Mr. Green's lost sales and price erosion opinions and calculations. Such disagreements are best left to the jury. For these reasons, and those set forth in Escort's accompanying memorandum of law, Uniden's motion should be denied in all respects.

DATED: May 14, 2020

                                              Respectfully submitted,

                                              /s/ *Edward R. Nelson III*
                                              Edward R. Nelson III
                                              ed@nbafirm.com
                                              NELSON BUMGARDNER ALBRITTON PC
                                              3131 W. 7th Street, Suite 300
                                              Fort Worth, Texas 76107
                                              P. 817-377-9111

                                              Timothy E. Grochocinski
                                              tim@nbafirm.com
                                              Joseph P. Oldaker
                                              joseph@nbafirm.com
                                              NELSON BUMGARDNER ALBRITTON PC

15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708-675-1974

*COUNSEL FOR PLAINTIFF*
*ESCORT INC.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel for all parties of record on May 14, 2020 via the Court's CM/ECF system.

/s/ *Edward R. Nelson III*