IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESCORT INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNIDEN AMERICA CORPORATION,<br><br>    Defendant. | CASE NO 3:18-cv-161-N<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### UNIDEN AMERICA CORPORATION'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND TO TERMINATE ELECTRONIC NOTICES

On behalf of Defendant Uniden America Corporation ("Uniden"), the undersigned files this Unopposed Motion to Withdraw Attorney and respectfully requests that Theresa M. Dawson be permitted to withdraw herein as attorney of record for Uniden in the above-captioned matter. As of June 22, 2020, Ms. Dawson is no longer with the firm Fish & Richardson P.C. and no longer represents Uniden in this matter. The law firm of Fish & Richardson P.C. will continue to represent Uniden.

Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, Uniden respectfully requests that the Court withdraw Theresa M. Dawson as attorney of record from the docket in this case and terminate all electronic notifications to her.

Dated: July 1, 2020                                              Respectfully submitted,

                                                                 By:  */s/ David B. Conrad*
                                                                      Neil J. McNabnay
                                                                      njm@fr.com
                                                                      Texas Bar No. 24002583
                                                                      David B. Conrad
                                                                      conrad@fr.com
                                                                      Texas Bar No. 24049042
                                                                      Michael Ellis
                                                                      ellis@fr.com
                                                                      Texas Bar No. 24102726
                                                                      Noel F. Chakkalakal
                                                                      Texas Bar No. 24053676
                                                                      chakkalakal@fr.com

                                                                      FISH & RICHARDSON P.C.
                                                                      1717 Main Street, Suite 5000
                                                                      Dallas, TX 75201
                                                                      (214) 747-5070 (Telephone)
                                                                      (214) 747-2091 (Facsimile)

                                                                      **ATTORNEYS FOR DEFENDANT**
                                                                      **UNIDEN AMERICA CORPORATION**


## CERTIFICATE OF CONFERENCE

I certify that on the 1st day of July, 2020, I conferred with Plaintiff's counsel concerning the relief sought in this motion. Plaintiff does not oppose.

                                                                      */s/ David B. Conrad*
                                                                      David B. Conrad

-2-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 1, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ David B. Conrad*
David B. Conrad
