IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ESCORT INC.,** <br>        Plaintiff, <br> v. <br> **UNIDEN AMERICA CORPORATION,** <br>        Defendant. | Case No. 3:18-cv-161-N |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

   Plaintiff Escort, Inc. ("Escort") and Defendant Uniden America Corp. ("Uniden") hereby notify the Court that all matters in controversy between the parties in this matter have been settled in principle and that the parties are in the process of drafting and finalizing settlement and dismissal papers. Thus, the parties respectfully request that the Court stay all deadlines in this matter for thirty (30) days so that appropriate dismissal papers may be submitted by the parties.

1

DATED: July 23, 2020

| | |
|---|---|
| /s/ *Timothy E. Grochocinski* | /s/ *David Conrad* |
| Timothy E. Grochocinski | Neil J. McNabnay |
| tim@nbafirm.com | njm@fr.com |
| Joseph P. Oldaker | Texas Bar No. 24002583 |
| joseph@nbafirm.com | David B. Conrad |
| NELSON BUMGARDNER ALBRITTON P.C. | conrad@fr.com |
| 15020 S. Ravinia Ave., Suite 29 | Texas Bar No. 24049042 |
| Orland Park, Illinois 60462 | Michael R. Ellis |
| P. 708-675-1974 | ellis@fr.com |
| | Texas Bar No. 24102726 |
| Edward R. Nelson III | Noel Chakkalakal |
| ed@nbafirm.com | chakkalakal@fr.com |
| Chris Granaghan | Texas Bar No. 24053676 |
| chris@nbafirm.com | |
| NELSON BUMGARDNER ALBRITTON P.C. | FISH & RICHARDSON P.C. |
| 3131 W. 7th Street, Suite 300 | 1717 Main Street, Suite 5000 |
| Fort Worth, Texas 76107 | Dallas, Texas 75201 |
| P. 817-377-9111 | P. 214-747-5070 |
| | F. 214-747-2091 |
| *COUNSEL FOR PLAINTIFF* | |
| *ESCORT INC.* | *COUNSEL FOR DEFENDANT* |
| | *UNIDEN AMERICA CORP.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on July 23, 2020.

/s/ *Timothy E. Grochocinski*