IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ESCORT INC.,** <br> Plaintiff, <br> v. <br> **UNIDEN AMERICA CORPORATION,** <br> Defendant. | Case No. 3:18-cv-161-N |

### ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("the Motion"). The Court, having fully considered the Motion, along with the other papers on file with the Court, is of the opinion that the Motion should be, and is hereby, **GRANTED**. It is therefore **ORDERED** that all deadlines in this case are hereby stayed for 30 days from the date of this Order.