IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESCORT INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:18-CV-00161-N |
| | § | |
| UNIDEN AMERICA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The parties have announced that this case has been resolved and the joint motion to stay [129] is granted.  Any trial setting and scheduling order are vacated.  The parties have thirty days to file dismissal papers.  If the parties do not file dismissal papers within thirty days, the Court will dismiss this case without prejudice without further notice.

Signed July 23, 2020.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE