IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Escort Inc.**,<br>　　　　　　Plaintiff,<br>v.<br>**Uniden America Corporation,**<br>　　　　　　Defendant. | Case No. 3:18-cv-161-N |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Escort Inc. ("Escort") and Defendant Uniden America Corporation ("Uniden"), hereby state that they have finalized their agreement settling matters in controversy between them. Accordingly, Escort and Uniden stipulate to the dismissal of all of their claims against one another in this case, WITH PREJUDICE.

For this reason, Escort and Uniden ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**Dated: August 14, 2020**　　　　　　　　　　　**Respectfully submitted,**

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>State Bar No. 00797142<br>**Nelson Bumgardner Albritton PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111 (telephone)<br>903.758.7397 (facsimile)<br>ed@nbafirm.com<br><br>Timothy E. Grochocinski<br>Illinois Bar No. 6295055<br>Joseph P. Oldaker | */s/ David B. Conrad*<br>Neil J. McNabnay (TX No. 24002583)<br>mcnabnay@fr.com<br>David B. Conrad (TX No. 24049042)<br>conrad@fr.com<br>Michael R. Ellis (TX No. 24102726)<br>ellis@fr.com<br>Noel Chakkalakal<br>chakkalakal@fr.com<br>**FISH & RICHARDSON P.C.**<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>P. 214-747-5070 |

| | |
|---|---|
| Illinois Bar No. 6295319<br>**Nelson Bumgardner Albritton PC**<br>15020 S. Ravinia Avenue, Suite 20<br>Orland Park, Illinois 60462<br>708.675.1974 (telephone)<br>tim@nbafirm.com<br><br>*COUNSEL FOR PLAINTIFF<br>ESCORT INC.* | *COUNSEL FOR DEFENDANT<br>UNIDEN AMERICA CORP.* |

### CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was served on counsel for all parties of record on August 14, 2020 via the Court's CM/ECF system.

                                     */s/ Edward R. Nelson III*