IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Escort Inc.**,<br>                    Plaintiff,<br>v.<br>**Uniden America Corporation,**<br>                    Defendant. | Case No. 3:18-cv-161-N |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Plaintiff Escort Inc. ("Escort") and Defendant Uniden America Corporation ("Uniden") pertaining to the above-captioned action. Having considered the Joint Stipulation of Dismissal, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Escort's claims against Uniden and Uniden's claims against Escort are DISMISSED WITH PREJUDICE from this action as set forth in the Joint Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses, and attorneys' fees.